B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pav, Joseph J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pav, Denise A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Interest in: Pav Realty, Inc.,<br>Pav Realty, Inc. d/b/a Midwest Property Management,<br>LaDolce Vita De la Piazza,<br>Colorado Investment Partners, LLC.,<br>Pav Custom Builders, LLC.,<br>Riverside Trails** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Denise A. Borowczyk** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-6589** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-3021** |
| Street Address of Debtor (No. & Street, City, and State):<br>**14144 131st Street<br>Lemont, IL 60439**<br>ZIP CODE **60439-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**14144 131st Street<br>Lemont, IL 60439**<br>ZIP CODE **60439-0000** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

---------------------------------------------------------

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                    THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

**B1 (Official Form 1) (4/10)**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Joseph J Pav**<br>**Denise A Pav** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (4/10)**                                                                                     **Page 4**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Joseph J Pav**<br>**Denise A Pav** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph J Pav**
Signature of Debtor **Joseph J Pav**

X **/s/ Denise A Pav**
Signature of Joint Debtor **Denise A Pav**

Telephone Number (If not represented by attorney)
**April  6, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)
**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)
**Querrey & Harrow, Ltd.**
Firm Name
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
Address
                    **Email:rbenjamin@querrey.com**
**(312)540-7000 Fax:(312)540-0578**
Telephone Number
**April  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Joseph J Pav**
**Denise A Pav**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Joseph J Pav**
                        **Joseph J Pav**

Date:    **April  6, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph J Pav**
     **Denise A Pav**

                              Debtor(s)

Case No. _____

Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Denise A Pav**

                         **Denise A Pav**

Date:   **April 6, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Joseph J Pav,**
      **Denise A Pav**

Case No. _____

_____,
                             Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 8 | 17,010,850.00 | | |
| B - Personal Property | Yes | 4 | 1,273,253.20 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 18 | | 37,145,715.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 35 | | 202,692.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 50 | | 8,010,088.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 4 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,845.58 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 22,093.00 |
| Total Number of Sheets of ALL Schedules | | 129 | | | |
| Total Assets | | | 18,284,103.20 | | |
| Total Liabilities | | | | 45,358,496.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph J Pav,**                                    Case No. _____
         **Denise A Pav**

_____ ,
                                        Debtors         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Joseph J Pav,**                           Case No. _____
           **Denise A Pav**

                                     Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Single family brick**<br>**14144 131st Street**<br>**Lemont, IL  60439** | **Tenants in common** | **J** | **2,100,000.00** | **3,241,035.01** |
| **2 flat**<br>**4816 W. 24th Street**<br>**Cicero, IL  60804** | **Fee simple** | **H** | **177,000.00** | **201,325.00** |
| **8 unit**<br>**6525 Stanley Avenue**<br>**Berywn, IL  60402** | **Beneficial interest in**<br>**Chicago Land Title Trust**<br>**#8748** | **H** | **355,000.00** | **1,506,727.00** |
| **5 unit**<br>**6446 W. 18th Street**<br>**Berwyn, IL  60402** | **Beneficial interest in**<br>**Chicago Land Title Trust**<br>**#3639** | **J** | **225,000.00** | **268,499.00** |
| **Single family unit and 2 flat**<br>**6622-24 W. Pershing Road**<br>**Berwyn, IL  60402**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in**<br>**Chicago Land Title Trust**<br>**#7330** | **H** | **230,000.00** | **Unknown** |
| **Single family**<br>**1314 S. Grove Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in**<br>**Inland Bank Trust**<br>**#01-522** | **H** | **70,000.00** | **174,350.00** |
| **Single family**<br>**1430 S. 61st Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in**<br>**Inland Bank Trust**<br>**#01-522** | **H** | **42,000.00** | **104,324.00** |
| **Single family**<br>**1515 S. East End**<br>**Berwyn, IL  60402** | **Beneficial interest in**<br>**Inland Bank Trust**<br>**#01-522** | **H** | **145,000.00** | **199,788.00** |
| **6 unit**<br>**1821 S. Harlem Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in**<br>**Inland Bank Trust**<br>**#01-522** | **H** | **395,000.00** | **287,764.00** |

                                    Sub-Total >       **3,739,000.00**       (Total of this page)

  **7**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Joseph J Pav,**                            Case No. _____
           **Denise A Pav**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9 unit**<br>**2402 S. Clarence Avenue**<br>**Berwyn, IL 60402** | **Beneficial interest in Inland Bank Trust #01-522** | **H** | **412,000.00** | **563,531.00** |
| **Single family**<br>**2431 S. Clarence Avenue**<br>**Berwyn, IL 60402** | **Beneficial interest in Inland Bank Trust #01-522** | **H** | **174,000.00** | **199,767.00** |
| **Single family**<br>**3420 S. 60th Court**<br>**Cicero, IL 60804**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #01-522** | **H** | **180,000.00** | **Unknown** |
| **3 unit**<br>**3600 S. Clarence Avenue**<br>**Berwyn, IL 60402** | **Beneficial interest in Inland Bank Trust #01-522** | **H** | **260,000.00** | **353,395.00** |
| **3 unit**<br>**4128 S. Gunderson Avenue**<br>**Stickney, IL 60402** | **Beneficial interest in Inland Bank Trust #01-522** | **H** | **199,000.00** | **240,864.00** |
| **Office building (7 offices)**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Beneficial interest in Inland Bank Trust #06-553** | **H** | **590,000.00** | **1,235,517.00** |
| **10 unit and 2 store fronts**<br>**3244 S. Oak Park Avenue**<br>**Berwyn, IL 60402**<br>**- see 6446 W. 18th Street for debt** | **Beneficial interest in Chicago Land Title Trust #820232** | **H** | **480,000.00** | **Unknown** |
| **2 unit**<br>**2532 S. Grove**<br>**Berwyn, IL 60402** | **Beneficial interest in Chicago Land Title Trust #910971** | **W** | **142,000.00** | **232,223.00** |
| **3 unit**<br>**3206 S. 52nd Court**<br>**Cicero, IL 60804** | **Beneficial interest in Chicago Land Title Trust #910971** | **W** | **150,000.00** | **266,718.00** |
| **4 unit**<br>**3218 S. 49th Avenue**<br>**Cicero, IL 60804** | **Beneficial interest in Chicago Land Title Trust #910971** | **W** | **160,000.00** | **279,067.00** |
| **2 unit**<br>**2324 S. Cuyler Avenue**<br>**Berwyn, IL 60402** | **Beneficial interest in Chicago Land Title Trust #910971** | **W** | **215,000.00** | **306,270.00** |

Sub-Total >      **2,962,000.00**      (Total of this page)

Sheet __1__ of __7__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Joseph J Pav,**                                    Case No. _____
        **Denise A Pav**

                                            ,
                                  Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family**<br>**6518 W. 26th Street**<br>**Berwyn, IL  60402** | **Beneficial interest in Chicago Land Title Trust #910971** | W | 151,000.00 | 199,447.00 |
| **Vacant lot**<br>**2626 S. Kenilworth**<br>**Berwyn, IL  60402** | **Beneficial interest in Chicago Land Title Trust #910971** | W | 5,000.00 | 0.00 |
| **Single family**<br>**1800 S. Lombard**<br>**Berwyn, IL  60402** | **Beneficial interest in Chicago Land Title Trust #11975** | J | 145,000.00 | 218,239.00 |
| **Single family**<br>**929 Portsmouth**<br>**West Chester, IL  60154** | **Beneficial interest in Inland Bank Trust #00-502** | J | 159,000.00 | 184,167.00 |
| **2 unit**<br>**1218 S. Ridgeland Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | J | 163,000.00 | 1,984,018.00 |
| **3 unit**<br>**1234 S. Grove**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | J | 170,000.00 | 217,780.00 |
| **Single family**<br>**1324 S. 57th Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | J | 120,000.00 | 295,098.00 |
| **Single family**<br>**1341 S. 56th Court**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | J | 150,000.00 | 175,358.00 |
| **2 unit**<br>**1411 S. Cuyler Avenue**<br>**Berwyn, IL  60402**<br>** - see 2524 S. Kenilworth for debt** | **Beneficial interest in Inland Bank Trust #00-502** | J | 200,000.00 | Unknown |
| **Single family**<br>**1415 S. Clarence Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #01-522** | J | 150,000.00 | 199,039.00 |
| **Store front and apartment**<br>**1533 S. Laramie Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | J | 125,000.00 | 244,936.00 |

Sub-Total >     **1,538,000.00**     (Total of this page)

Sheet  **2**  of  **7**  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Joseph J Pav,**
        **Denise A Pav**

Case No. _____

_____ ,
                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family**<br>**1811 S. Clinton Avenue**<br>**Berwyn, IL  60402**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **200,000.00** | **Unknown** |
| **Single family**<br>**1813 S. Clinton Avenue**<br>**Berwyn, IL  60402**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **190,000.00** | **Unknown** |
| **3 unit**<br>**1817 S. Kenilworth Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **240,000.00** | **350,437.00** |
| **3 unit**<br>**1831 S. Wesley Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **220,000.00** | **338,334.00** |
| **Single family**<br>**1833 S. Euclid Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **195,000.00** | **159,190.00** |
| **Single family**<br>**1912 S. 61st Avenue**<br>**Cicero, IL  60804**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **142,000.00** | **Unknown** |
| **Single family**<br>**1929 S. Central Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **122,000.00** | **193,236.00** |
| **3 unit**<br>**2103 S. Kenilworth Avenue**<br>**Berwyn, IL  60402**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **205,000.00** | **Unknown** |
| **Single family**<br>**2216 S. Clinton Avenue**<br>**Berwyn, IL  60402**<br>**- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **215,000.00** | **Unknown** |
| **5 unit**<br>**2218 S. Oak Park Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **225,000.00** | **430,061.00** |

Sub-Total >     **1,954,000.00**     (Total of this page)

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6A (Official Form 6A) (12/07) - Cont.

In re    **Joseph J Pav,**                                             Case No. _____
         **Denise A Pav**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family**<br>**2412 S. Euclid Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **215,000.00** | **363,137.00** |
| **Single family**<br>**2419 S. Clarence Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **220,000.00** | **369,808.00** |
| **Single family**<br>**2630 S. 61st Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **151,000.00** | **202,118.00** |
| **Single family**<br>**2524 S. Kenilworth Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **190,000.00** | **903,097.00** |
| **Single family**<br>**2710 Highland Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **154,000.00** | **186,097.00** |
| **Single family**<br>**2722 S. 59th Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **130,000.00** | **171,540.00** |
| **Single family**<br>**3132 S. 55th Court**<br>**Cicero, IL  60804**<br> **- see 3409 S. Central for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **175,000.00** | **Unknown** |
| **2 unit**<br>**3225 S. 54th Avenue**<br>**Cicero, IL  60804**<br> **- see 3409 S. Central for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **177,000.00** | **Unknown** |
| **Single family**<br>**3243 S. Austin Blvd.**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **140,000.00** | **310,181.00** |
| **2 unit**<br>**3332 S. 60th Court**<br>**Cicero, IL  60804**<br> **- see 2524 S. Kenilworth for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **185,000.00** | **Unknown** |

Sub-Total >    **1,737,000.00**    (Total of this page)

Sheet __**4**__ of __**7**__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Joseph J Pav,**                                          Case No. _____
       **Denise A Pav,**

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family**<br>**3334 S. 57th Avenue**<br>**Cicero, IL  60804**<br>  **- see 3409 S. Central for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **165,000.00** | **Unknown** |
| **Single family**<br>**3409 S. Central Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **102,000.00** | **1,426,577.00** |
| **Single family**<br>**3521 S. 53rd Avenue**<br>**Cicero, IL  60804**<br>  **- see 3409 S. Central for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **180,000.00** | **Unknown** |
| **2 units**<br>**3601 S. Wesley Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **165,000.00** | **216,323.00** |
| **Single family**<br>**3716 S. Euclid Avenue**<br>**Berwyn, IL  60402** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **185,000.00** | **192,400.00** |
| **Single family**<br>**3820 S. 58th Avenue**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **95,000.00** | **150,669.00** |
| **Single family**<br>**3849 S. Oak Park Avenue**<br>**Berwyn, IL  60402**<br>  **- see 3409 S. Central for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **165,000.00** | **Unknown** |
| **Single family**<br>**4325 S. Clinton Avenue**<br>**Stickney, IL  60402**<br>  **- see 1218 S. Ridgeland for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **168,000.00** | **Unknown** |
| **Single family**<br>**4919 W. 29th Place**<br>**Cicero, IL  60804**<br>  **- see 3409 S. Central for debt** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **127,000.00** | **Unknown** |
| **2 units**<br>**5041 W. 29th Place**<br>**Cicero, IL  60804** | **Beneficial interest in Inland Bank Trust #00-502** | **J** | **152,000.00** | **180,140.00** |
| | | Sub-Total > | **1,504,000.00** | (Total of this page) |

Sheet   **5**   of   **7**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Joseph J Pav,**
        **Denise A Pav**

Case No. _____

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family**<br>**6542 Fairfield Avenue**<br>**Berwyn, IL  60402**<br> **- see 2524 S. Kenilworth for debt** | **Beneficial interest in**<br>**Inland Bank Trust**<br>**#00-502** | **J** | **198,000.00** | **Unknown** |
| **66.97 acres vacant**<br>**Timberline and West New Avenue**<br>**Lemont, IL** | **20% beneficial interest in**<br>**Chicago Land Title Trust**<br>**#8105** | **-** | **845,000.00** | **4,215,465.00** |
| **Single family and vacant land**<br>**16453 127th Street**<br>**Lemont, IL  60439** | **20% beneficial interest in**<br>**Chicago Land Title Trust**<br>**#8105** | **-** | **353,600.00** | **2,250,615.00** |
| **60 unit**<br>**7860-7900 Ogden Avenue**<br>**Lyons, IL  60534** | **25% beneficial interest in**<br>**Chicago Land Title Trust**<br>**#980135** | **-** | **750,000.00** | **3,675,318.00** |
| **6 unit**<br>**9122 W. 31st Street**<br>**Brookfield, IL  60513**<br> **- see also 6525 Stanley for additional mortgage** | **25% beneficial interest in**<br>**Chicago Land Title Trust**<br>**#6420** | **-** | **100,000.00** | **330,419.00** |
| **2 units**<br>**2524 S. 58th Court**<br>**Cicero, IL  60804** | **50% beneficial interest in**<br>**Inland Bank Trust**<br>**#03-535** | **-** | **82,500.00** | **195,267.00** |
| **2 unit**<br>**2830 S. 51st Avenue**<br>**Cicero, IL  60804** | **50% beneficial interest in**<br>**Inland Bank Trust**<br>**#03-535** | **-** | **57,500.00** | **149,862.00** |
| **2 unit**<br>**3122 S. Clinton Avenue**<br>**Berwyn, IL  60402** | **50% beneficial interest in**<br>**Inland Bank Trust**<br>**#03-535** | **-** | **104,000.00** | **241,524.00** |
| **154.14 acres vacant**<br>**23541 S. Center Road**<br>**Green Gardens Township, IL** | **30% beneficial interest in**<br>**Marquette Bank Trust**<br>**#15819** | **J** | **404,250.00** | **859,794.00** |
| **142.14 acres vacant**<br>**104th & Stunkel**<br>**Green Gardens Township, IL** | **30% beneficial interest in**<br>**Marquette Bank Trust**<br>**#14800** | **J** | **319,500.00** | **529,567.00** |
| **3733 S. 52nd Court**<br>**Cicero, IL  60804** | **Beneficial interest in**<br>**Inland Bank Trust**<br>**#00-502** | **J** | **165,000.00** | **195,631.00** |
| | | Sub-Total > | **3,379,350.00** | (Total of this page) |

Sheet __**6**__ of __**7**__ continuation sheets attached to the Schedule of Real Property

**B6A (Official Form 6A) (12/07) - Cont.**

In re     **Joseph J Pav,**                                                                    Case No. _____
          **Denise A Pav**

_____,
                                        Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1835 S. Harlem Avenue**<br>**Berwyn, IL  60402** | **41.66% in fee simple jointly held with Denise and siblings** | **J** | **197,500.00** | **364,000.00** |

|  | Sub-Total > | **197,500.00** | (Total of this page) |
|---|---|---|---|

Sheet __7__ of __7__ continuation sheets attached to the Schedule of Real Property

| Total > | **17,010,850.00** |
|---|---|

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Joseph J Pav,**                                          Case No. _____
       **Denise A Pav,**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Personal Bank of Lemont Checking** | W | 300.00 |
| | | **MB Financial Checking** | H | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | J | 300.00 |
| 7. Furs and jewelry. | | **Engagement ring** | W | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AIG $11,465,785 No cash surrender value** | H | 0.00 |
| | | **AIG $8,315,432 No cash surrender value** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 7,600.00 |
|---|---|---|
|  | (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph J Pav,**                                             Case No. _____
         **Denise A Pav**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Coverdell ESA for benefit of Serena A. Pav, minor as of December 31, 2008** | W | 16,364.70 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fifth Third Traditional IRA** | W | 19,025.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Pav Realty, Inc.** | H | 100.00 |
| | | **100% Pav Realty, Inc. d/b/a Midwest Property Management** | H | 0.00 |
| | | **4% LaDolce Vita De la Piazza** | W | 1.00 |
| | | **25% partner Colorado Investment Partners, LLC** | H | 325,000.00 |
| | | **25% partner Pav Custom Builders, LLC** | H | 0.00 |
| | | **25% Riverside Trails** | H | 897,500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Joseph J. Pav, irrevocable trust** | H | 0.00 |
| | | **Denise A. Pav, irrevocable trust** | W | 0.00 |

                                                      Sub-Total >    **1,257,990.70**
                                                  (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Joseph J Pav,**                                                      Case No. _____
        **Denise A Pav**

                                                            ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Commission for pending real estate sale closing April 26, 2010: 1341 Maple, Berwyn, IL** | W | 1,537.50 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevy Tahoe** | H | 3,000.00 |
| | | **2005 Chrysler 300** | W | 3,125.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **7,662.50**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph J Pav,**
       **Denise A Pav**    Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,273,253.20** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Joseph J Pav,**
        **Denise A Pav**                            Case No. _____

                           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **6,000.00** | **6,000.00** |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Engagement ring** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Fifth Third Traditional IRA** | **735 ILCS 5/12-1006** | **19,025.00** | **19,025.00** |
| **Stock and Interests in Businesses** | | | |
| **100% Pav Realty, Inc.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **4% LaDolce Vita De la Piazza** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Chevy Tahoe** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,000.00** |
| | **735 ILCS 5/12-1001(b)** | **600.00** | |
| **2005 Chrysler 300** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,125.00** |
| | **735 ILCS 5/12-1001(b)** | **725.00** | |

                                         Total:       **32,051.00**       **32,051.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Joseph J Pav,**
       **Denise A Pav,**

                            Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A1 Credit Corp** <br> **101 Hudson Street** <br> **35th Floor** <br> **Jersey City, NJ 07302** | | J | **Letters of credit** <br><br><br><br> Value $        **Unknown** | | | | **1,513,281.00** | **Unknown** |
| Account No. <br><br> **Andrew & Shirley A. Jendrusiak** <br> **3562 San Carlos Drive** <br> **Saint James City, FL 33956** | X | J | **Unperfected mortgage** <br> **60 unit** <br> **7860-7900 Ogden Avenue** <br> **Lyons, IL 60534** <br><br> Value $        **750,000.00** | | | X | **163,484.00** | **163,484.00** |
| Account No. **800-0001-1230263-9001-900000 1** <br><br> **Charter One** <br> **1215 Superior Avenue** <br> **Cleveland, OH 44114** | | J | **1st mortgages** <br> **3332 S. 60th Court, Cicero, IL 60804** <br> **2524 S. Kenilworth, Berwyn, IL 60402** <br> **6542 Fairfield, Berwyn, IL 60402** <br> **1411 S. Cuyler, Berwyn, IL 60402** <br><br> Value $        **773,000.00** | | | | **903,097.00** | **130,097.00** |
| Account No. **800-0001-1230263-9002-900000 1** <br><br> **Charter One** <br> **1215 Superior Avenue** <br> **Cleveland, OH 44114** | | J | **1st mortgage** <br> **2 unit** <br> **3122 S. Clinton Avenue** <br> **Berwyn, IL 60402** <br><br> Value $        **104,000.00** | | | | **241,524.00** | **137,524.00** |

__17__   continuation sheets attached

Subtotal
(Total of this page)      **2,821,386.00**      **431,105.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph J Pav,**
         **Denise A Pav**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **800-0001-1230263-9003-900000** | 1 | | 1st mortgages: 3409 S. Central, Cicero; 3849 S. Oak Park, Berwyn; 3225 S. 54th Avenue, Cicero; 3334 S. 57th, Cicero; 3132 S. 55th Court, Cicero; 4919 W. 29th Place, Cicero; 3521 S. 53rd Ave, Cicero, IL. | | | | | |
| **Charter One** **1215 Superior Avenue** **Cleveland, OH 44114** | | J | | | | | | |
| | | | Value $        **1,091,000.00** | | | | **1,426,577.00** | **335,577.00** |
| Account No. **5160416** | | | 1st mortgage Single family 1341 S. 56th Court Cicero, IL  60804 | | | | | |
| **Citizens Bank** **PO Box 1029** **Hammond, IN 46320** | | J | | | | | | |
| | | | Value $          **150,000.00** | | | | **175,358.00** | **25,358.00** |
| Account No. **5160374** | | | 1st mortgage 3 unit 1817 S. Kenilworth Avenue Berwyn, IL  60402 | | | | | |
| **Citizens Bank** **PO Box 1029** **Hammond, IN 46320** | | J | | | | | | |
| | | | Value $          **240,000.00** | | | | **350,437.00** | **110,437.00** |
| Account No. **5160382** | | | 1st mortgage 3 unit 1831 S. Wesley Avenue Berwyn, IL  60402 | | | | | |
| **Citizens Bank** **PO Box 1029** **Hammond, IN 46320** | | J | | | | | | |
| | | | Value $          **220,000.00** | | | | **338,334.00** | **118,334.00** |
| Account No. **5160432** | | | 1st mortgage Single family 1929 S. Central Avenue Cicero, IL  60804 | | | | | |
| **Citizens Bank** **PO Box 1029** **Hammond, IN 46320** | | J | | | | | | |
| | | | Value $          **122,000.00** | | | | **193,236.00** | **71,236.00** |

Sheet __1__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **2,483,942.00** | **660,942.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**                                           Case No. _____

_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **5160390** | | | | | 1st mortgage Single family 2630 S. 61st Avenue Cicero, IL 60804 | | | | | |
| Citizens Bank PO Box 1029 Hammond, IN 46320 | | | | J | | | | | | |
| | | | | | Value $        151,000.00 | | | | 202,118.00 | 51,118.00 |
| Account No. **5166710** | | | | | 1st mortgage Single family 2722 S. 59th Avenue Cicero, IL 60804 | | | | | |
| Citizens Bank PO Box 1029 Hammond, IN 46320 | | | | J | | | | | | |
| | | | | | Value $        130,000.00 | | | | 171,540.00 | 41,540.00 |
| Account No. **5166728** | | | | | 1st mortgage 2 units 3601 S. Wesley Avenue Berwyn, IL 60402 | | | | | |
| Citizens Bank PO Box 1029 Hammond, IN 46320 | | | | J | | | | | | |
| | | | | | Value $        165,000.00 | | | | 216,323.00 | 51,323.00 |
| Account No. **5166744** | | | | | 1st mortgage Single family 2431 S. Clarence Avenue Berwyn, IL 60402 | | | | | |
| Citizens Bank PO Box 1029 Hammond, IN 46320 | | | | J | | | | | | |
| | | | | | Value $        174,000.00 | | | | 199,767.00 | 25,767.00 |
| Account No. **5166736** | | | | | 1st mortgage Single family 1515 S. East End Berwyn, IL 60402 | | | | | |
| Citizens Bank PO Box 1029 Hammond, IN 46320 | | | | J | | | | | | |
| | | | | | Value $        145,000.00 | | | | 199,788.00 | 54,788.00 |

Sheet **2** of **17** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    989,536.00    224,536.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph J Pav,**
       **Denise A Pav**

Case No. _____

_____,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **5160408**<br><br>Citizens Bank<br>PO Box 1029<br>Hammond, IN 46320 | J | | | | 1st mortgage<br>3 unit<br>3600 S. Clarence Avenue<br>Berwyn, IL 60402<br><br>Value $          260,000.00 | | | | 353,395.00 | 93,395.00 |
| Account No. **5160440**<br><br>Citizens Bank<br>PO Box 1029<br>Hammond, IN 46320 | J | | | | 1st mortgage<br>3 unit<br>4128 S. Gunderson Avenue<br>Stickney, IL 60402<br><br>Value $          199,000.00 | | | | 240,864.00 | 41,864.00 |
| Account No. **5160366**<br><br>Citizens Bank<br>PO Box 1029<br>Hammond, IN 46320 | J | | | | 1st mortgage<br>Single family<br>1800 S. Lombard<br>Berwyn, IL 60402<br><br>Value $          145,000.00 | | | | 218,239.00 | 73,239.00 |
| Account No. **5166751**<br><br>Citizens Bank<br>PO Box 1029<br>Hammond, IN 46320 | J | | | | 1st mortgage<br>Single family<br>6518 W. 26th Street<br>Berwyn, IL 60402<br><br>Value $          151,000.00 | | | | 199,447.00 | 48,447.00 |
| Account No. **5160457**<br><br>Citizens Bank<br>PO Box 1029<br>Hammond, IN 46320 | J | | | | 1st mortgage<br>Office building (7 offices)<br>6447 W. Cermak Road<br>Berwyn, IL 60402<br><br>Value $          590,000.00 | | | | 783,599.00 | 193,599.00 |

Sheet  **3**  of  **17**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,795,544.00 | 450,544.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**
                                                                    Case No. _____
_____,
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **160035056** <br><br> **Citizens Bank** <br> **PO Box 1029** <br> **Hammond, IN 46320** | | J | 2nd mortgage <br> Office building (7 offices) <br> 6447 W. Cermak Road <br> Berwyn, IL 60402 <br><br> Value $        590,000.00 | | | | 451,918.00 | 451,918.00 |
| Account No. **11708748** <br><br> **Citizens Community Bank** <br> **3322 S. Oak Park Avenue** <br> **Berwyn, IL 60402** | | J | Mortgage collateralized by: 1218 S. Ridgeland Ave; 1811 S. Clinton Ave; 1813 S. Clinton Ave; 1912 S. 61st Ave; 2103 S. Kenilworth; 2216 S. Clinton; 3420 S. 60th Ct; 4325 S. Clinton; 6622-24 W. Pershing Road <br><br> Value $             0.00 | | | | 1,984,018.00 | 1,984,018.00 |
| Account No. **56075000** <br><br> **Elgin State Bank** <br> **c/o Bazos Freeman Kramer Schuster** <br> **1250 Larkin Ave., Ste. 100** <br> **Elgin, IL 60123** | | J | 1st mortgage <br> 66.97 acres vacant <br> Timberline and West New Avenue <br> Lemont, IL <br><br> Value $        845,000.00 | | | | 2,192,741.00 | 1,347,741.00 |
| Account No. <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60123** | | J | 2nd mortgage <br> 66.97 acres vacant <br> Timberline and West New Avenue <br> Lemont, IL <br><br> Value $        845,000.00 | | | | 2,022,724.00 | 2,022,724.00 |
| Account No. **015455-00** <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60123** | X | J | 1st mortgage <br> Single family <br> 2412 S. Euclid Avenue <br> Berwyn, IL 60402 <br><br> Value $        215,000.00 | | | | 224,223.00 | 9,223.00 |

| | | |
|---|---|---|
| Sheet __4__ of __17__ continuation sheets attached to <br> Schedule of Creditors Holding Secured Claims | Subtotal <br> (Total of this page) | 6,875,624.00 | 5,815,624.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph J Pav,**
       **Denise A Pav**

Case No. _____

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **015454-00**<br><br>Elgin State Bank<br>1001 S. Randall Road<br>Elgin, IL 60123 | | | J | | 1st mortgage<br>Single family<br>2419 S. Clarence Avenue<br>Berwyn, IL  60402 | | | | | |
| | | | | | Value $              **220,000.00** | | | | **230,894.00** | **10,894.00** |
| Account No. **0904671179-00059**<br><br>Elgin State Bank<br>1001 S. Randall Road<br>Elgin, IL 60123 | | | J | | 1st mortgage<br>Single family<br>3243 S. Austin Blvd.<br>Cicero, IL  60804 | | | | | |
| | | | | | Value $              **140,000.00** | | | | **171,267.00** | **31,267.00** |
| Account No. **01545800**<br><br>Elgin State Bank<br>1001 S. Randall Road<br>Elgin, IL 60123 | | | J | | 1st mortgage<br>Single family<br>3716 S. Euclid Avenue<br>Berwyn, IL  60402 | | | | | |
| | | | | | Value $              **185,000.00** | | | | **192,400.00** | **7,400.00** |
| Account No. **015457-00**<br><br>Elgin State Bank<br>1001 S. Randall Road<br>Elgin, IL 60123 | | | J | | 1st mortgage<br>Single family<br>3820 S. 58th Avenue<br>Cicero, IL  60804 | | | | | |
| | | | | | Value $               **95,000.00** | | | | **150,669.00** | **55,669.00** |
| Account No. **12055000**<br><br>Elgin State Bank<br>1001 S. Randall Road<br>Elgin, IL 60123 | | H | | | 1st mortgage<br>5 unit<br>6446 W. 18th Street<br>Berwyn, IL  60402 | | | | | |
| | | | | | Value $              **225,000.00** | | | | **268,499.00** | **43,499.00** |

Sheet  **5**  of  **17**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **1,013,729.00** | **148,729.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph J Pav,**                                                Case No. _____
         **Denise A Pav**
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **0154500**<br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** | | | J | | **1st mortgage**<br>**3 unit**<br>**1234 S. Grove**<br>**Berwyn, IL  60402**<br><br>Value $          **170,000.00** | | | | **217,780.00** | **47,780.00** |
| Account No. **015453-00**<br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** | | | J | | **1st mortgage**<br>**Single family**<br>**1324 S. 57th Avenue**<br>**Cicero, IL  60804**<br><br>Value $          **120,000.00** | | | | **156,184.00** | **36,184.00** |
| Account No. **01545200**<br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** | | | J | | **1st mortgage**<br>**3733 S. 52nd Court**<br>**Cicero, IL  60804**<br><br>Value $          **165,000.00** | | | | **195,631.00** | **30,631.00** |
| Account No.<br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** | | | J | | **Mortgage:  60 unit, 7860-7900 Ogden Avenue, Lyons, IL  60534**<br>**(Debtor holds a 25% interest in Riverside Trails which is the beneficiary of the trust that holds the property.)**<br>Value $          **750,000.00** | | | | **3,511,834.00** | **2,761,834.00** |
| Account No.<br><br>**Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** | | | J | | **1st mortgage: Single family, 6527 W. 26th Place, Berwyn, IL  60402**<br>**(Debtor holds a 25% interest in Riverside Trails which is the beneficiary of the trust that holds the property.)**<br>Value $           **45,000.00** | | | | **183,682.00** | **138,682.00** |

Sheet __**6**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **4,265,111.00** | **3,015,111.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Joseph J Pav,**          Case No. _____
     **Denise A Pav**

_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **01725000** <br><br> **Elgin State Bank** <br> **1001 S. Randall Road** <br> **Elgin, IL 60123** | | J | 1st mortgage: Shopping mall, 2900 Colorado, Joliet, IL 60431 **(Debtors hold a 25% interest in Colorado Investment Partners, LLC which is the beneficiary of the trust that holds the property.)** <br> Value $ **325,000.00** | | | | 2,376,128.00 | 2,051,128.00 |
| Account No. <br><br> **Family Federal Savings of Illinois** <br> **c/o Gomberg Sharfman Gold & Ostler** <br> **208 S. LaSalle St., #1410** <br> **Chicago, IL 60604** | | J | 1st mortgage 2 unit 2532 S. Grove Berwyn, IL 60402 <br> Value $ **142,000.00** | | | | Unknown | Unknown |
| Account No. <br><br> **Family Federal Savings of Illinois** <br> **c/o Gomberg Sharfman Gold & Ostler** <br> **208 S. LaSalle St., #1410** <br> **Chicago, IL 60604** | | J | 1st mortgage 4 unit 3218 S. 49th Avenue Cicero, IL 60804 <br> Value $ **160,000.00** | | | | Unknown | Unknown |
| Account No. <br><br> **Family Federal Savings of Illinois** <br> **c/o Gomberg Sharfman Gold & Ostler** <br> **208 S. LaSalle St., #1410** <br> **Chicago, IL 60604** | | J | 1st mortgage 3 unit 3206 S. 52nd Court Cicero, IL 60804 <br> Value $ **150,000.00** | | | | Unknown | Unknown |
| Account No. <br><br> **Family Federal Savings of Illinois** <br> **c/o Gomberg Sharfman Gold & Ostler** <br> **208 S. LaSalle St., #1410** <br> **Chicago, IL 60604** | | J | 1st mortgage 4 unit 3218 S. 49th Avenue Cicero, IL 60804 <br> Value $ **160,000.00** | | | | Unknown | Unknown |

Sheet __7__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,376,128.00 | 2,051,128.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph J Pav,**                                                      Case No. _____
         **Denise A Pav**
_____,
                                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **0181632906** | | | | | 1st mortgage 2 unit 2532 S. Grove Berwyn, IL  60402 | | | | | |
| **Family Federal Savings of Illinois** 5225 W. 25th Street Cicero, IL 60804 | | W | | | | | | | | |
| | | | | | Value $            **142,000.00** | | | | **221,085.00** | **79,085.00** |
| Account No. **0180104408** | | | | | 2nd mortgage 2 unit 2532 S. Grove Berwyn, IL  60402 | | | | | |
| **Family Federal Savings of Illinois** 5225 W. 25th Street Cicero, IL 60804 | | J | | | | | | | | |
| | | | | | Value $            **142,000.00** | | | | **11,138.00** | **11,138.00** |
| Account No. **0181636902** | | | | | 1st mortgage 3 unit 3206 S. 52nd Court Cicero, IL  60804 | | | | | |
| **Family Federal Savings of Illinois** 5225 W. 25th Street Cicero, IL 60804 | | J | | | | | | | | |
| | | | | | Value $            **150,000.00** | | | | **266,718.00** | **116,718.00** |
| Account No. **0181636804** | | | | | 1st mortgage 4 unit 3218 S. 49th Avenue Cicero, IL  60804 | | | | | |
| **Family Federal Savings of Illinois** 5225 W. 25th Street Cicero, IL 60804 | | J | | | | | | | | |
| | | | | | Value $            **160,000.00** | | | | **279,067.00** | **119,067.00** |
| Account No. **0904671179-00034** | | | | | 2nd mortgage 14144 131st Street Lemont, IL dated 5/27/09 | | | X | | |
| **Fifth Third Bank** 346 W. Carol Lane Elmhurst, IL 60126 | | J | | | | | | | | |
| | | | | | Value $                **0.00** | | | | **344,267.54** | **344,267.54** |

Sheet  **8**  of  **17**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            **1,122,275.54** | **670,275.54**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph J Pav,**
    **Denise A Pav**

Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0904671179-00059** <br><br> **Fifth Third Bank** <br> **346 W. Carol Lane** <br> **Elmhurst, IL 60126** | | J | **2nd mortgage** <br> **14144 131st Street** <br> **Lemont, IL** <br> **dated 5/27/09** <br><br> Value $        **0.00** | | | X | **141,135.47** | **141,135.47** |
| Account No. **0904671179-00059** <br><br> **Fifth Third Bank** <br> **346 W. Carol Lane** <br> **Elmhurst, IL 60126** | | J | **2nd mortgage** <br> **Single family** <br> **2412 S. Euclid Avenue** <br> **Berwyn, IL  60402** <br><br> Value $        **215,000.00** | | | | **138,914.00** | **138,914.00** |
| Account No. **0904671179-00059** <br><br> **Fifth Third Bank** <br> **346 W. Carol Lane** <br> **Elmhurst, IL 60126** | | J | **2nd mortgage** <br> **Single family** <br> **2419 S. Clarence Avenue** <br> **Berwyn, IL  60402** <br> **- see 2412 S. Euclid for second** <br> **mortgage debt** <br><br> Value $        **220,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **0904671179-00059** <br><br> **Fifth Third Bank** <br> **346 W. Carol Lane** <br> **Elmhurst, IL 60126** | | J | **2nd mortgage** <br> **Single family** <br> **3243 S. Austin Blvd.** <br> **Cicero, IL  60804** <br> **- see 2412 S. Euclid for second** <br> **mortgage debt** <br><br> Value $        **140,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **0904671179-00059** <br><br> **Fifth Third Bank** <br> **346 W. Carol Lane** <br> **Elmhurst, IL 60126** | | J | **1st mortgage** <br> **Single family** <br> **1324 S. 57th Avenue** <br> **Cicero, IL  60804** <br><br> Value $        **120,000.00** | | | | **138,914.00** | **138,914.00** |

Sheet  **9**  of  **17**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **418,963.47** | **418,963.47** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph J Pav,**
      **Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0904671179-00059** | | | **2nd mortgage 929 Portsmouth Westchester, IL 60154 - see 2412 S. Euclid for second mortgage** | | | | | |
| **Fifth Third Bank 346 W. Carol Lane Elmhurst, IL 60126** | J | | Value $         **0.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | **First Mortgage** **\*Notice only\* Foreclosure complaint 09 L 12178, Cook County, IL** | | | | | |
| **Fifth Third Bank c/o Crowley Barrett & Karaba 20 S Clark St., Ste. 2310 Chicago, IL 60603** | J | | Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | **First Mortgage** **6 unit 1821 S. Harlem Avenue Berwyn, IL  60402** | | | | | |
| **First Arm Investment Group Inc. c/o Leon Zelechowski, Ltd. 111 W Washington, Ste. 1051 Chicago, IL 60602** | J | | Value $   **395,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **11-005962-6** | | | **1st mortgage 14144 131st Street Lemont, IL  60439** | | | | | |
| **George Washington Savings Bank 10240 S. Cicero Avenue Oak Lawn, IL 60453** | J | | Value $ **2,600,000.00** | | | | **2,461,392.00** | **0.00** |
| Account No. **81-000668-4** | | | **2nd mortgage 14144 131st Street Lemont, IL  60439** | | | | | |
| **George Washington Savings Bank 10240 S. Cicero Avenue Oak Lawn, IL 60453** | J | | Value $         **0.00** | | | | **294,240.00** | **294,240.00** |

Sheet **10** of **17** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **2,755,632.00** | **294,240.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**

Case No. _____

_____,
                                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1666200<br><br>Inland Bank<br>5456 S. LaGrange Road<br>La Grange, IL 60525 | | J | 1st mortgage<br>4816 W. 24th Street<br>Cicero, IL 60804<br><br>Value $ 177,000.00 | | | | 201,325.00 | 24,325.00 |
| Account No. 1652200<br><br>Inland Bank<br>5456 S. LaGrange Road<br>La Grange, IL 60525 | | J | 1st mortgage<br>1533 S. Laramie<br>Cicero, IL 60804<br><br>Value $ 0.00 | | | | 244,936.00 | 244,936.00 |
| Account No. 1677500<br><br>Inland Bank<br>5456 S. LaGrange Road<br>La Grange, IL 60525 | | J | 1st mortgage<br>1430 S. 61st Avenue<br>Cicero, IL 60804<br><br>Value $ Unknown | | | | 104,324.00 | Unknown |
| Account No. 1654600<br><br>Inland Bank<br>5456 S. LaGrange Road<br>La Grange, IL 60525 | | J | 1st mortgage<br>1314 S. Grove<br>Berwyn, IL 60402<br><br>Value $ 0.00 | | | | 174,350.00 | 174,350.00 |
| Account No. 1667700<br><br>Inland Bank<br>5456 S. LaGrange Road<br>La Grange, IL 60525 | | J | 1st mortgage<br>1415 S. Clarence Avenue<br>Berwyn, IL 60402<br><br>Value $ 150,000.00 | | | | 199,039.00 | 49,039.00 |

Sheet __11__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 923,974.00 | 492,650.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1665000** <br><br> **Inland Bank** <br> **5456 S. LaGrange Road** <br> **La Grange, IL 60525** | | J | **1st mortgage** <br> **2710 Highland Avenue** <br> **Berwyn, IL 60402** <br><br><br> Value $ **0.00** | | | | 186,097.00 | 186,097.00 |
| Account No. **1660300** <br><br> **Inland Bank** <br> **5456 S. LaGrange Road** <br> **La Grange, IL 60525** | | J | **1st mortgage: 1533 S. 57th Avenue** <br> **Cicero, IL 60804** <br> **(Debtor holds a 25% interest in Riverside Trails which is the beneficiary of the trust that holds the property.)** <br> Value $ **27,500.00** | | | | 130,728.00 | 103,228.00 |
| Account No. **1634800** <br><br> **Inland Bank** <br> **5456 S. LaGrange Road** <br> **La Grange, IL 60525** | | J | **1st mortgage** <br> **929 Portsmouth** <br> **West Chester, IL** <br><br><br> Value $ **159,000.00** | | | | 184,167.00 | 25,167.00 |
| Account No. **1683000** <br><br> **Inland Bank** <br> **305 W. St. Charles Road** <br> **Villa Park, IL 60181** | X | J | **2nd mortgage** <br> **5 unit** <br> **2218 S. Oak Park Avenue** <br> **Berwyn, IL 60402** <br><br> Value $ **225,000.00** | | | | 151,948.00 | 151,948.00 |
| Account No. **1670800** <br><br> **Inland Bank** <br> **305 W. St. Charles Road** <br> **Villa Park, IL 60181** | | J | **2nd mortgage** <br> **Shopping mall** <br> **2900 Colorado** <br> **Joliet, IL 60431** <br><br> Value $ **325,000.00** | | | | 39,855.00 | 39,855.00 |

Sheet **12** of **17** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 692,795.00 | 506,295.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph J Pav,**
      **Denise A Pav**

Case No. _____

_____,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br>**Inland Bank & Trust fka AmeriMark c/o Latimer LeVay Jurasek LLC 55 W Monroe St., Ste. 1100 Chicago, IL 60603** | | | | J | **\*Notice only\* Foreclosure complaint 10 CH 12578, Cook County** <br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. <br><br>**Joseph T. Selbka & Lydia R. Selbka c/o Law Offices Joseph P. Selbka 53 W. Jackson Blvd., Ste. 1118 Chicago, IL 60604** | X | | | J | **Note and mortgage Single family and vacant land 16453 127th Street Lemont, IL 60439** <br><br> Value $       **353,600.00** | | | | **2,250,615.00** | **1,897,015.00** |
| Account No. <br><br>**Kimberly A. Rooney, et al. c/o Wolin Kelter & Rosen Ltd. 55 W. Monroe St., Ste. 3600 Chicago, IL 60603** | X | | | J | **1st mortgage 142.14 acres vacant 104th & Stunkel Green Gardens Township, IL** <br><br> Value $       **319,500.00** | | | | **0.00** | **0.00** |
| Account No. **271724467** <br><br>**MB Financial 475 E. 162nd Street South Holland, IL 60473** | X | | | J | **1st mortgage 1835 S. Harlem Avenue Berwyn, IL 60402** <br><br> Value $       **197,500.00** | | | | **159,000.00** | **0.00** |
| Account No. **4219427** <br><br>**MB Financial 475 E. 162nd Street South Holland, IL 60473** | | | | J | **2nd mortgage 1835 S. Harlem Avenue Berwyn, IL 60402** <br><br> Value $       **197,500.00** | | | | **205,000.00** | **166,500.00** |

Sheet __13__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**2,614,615.00**    **2,063,515.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph J Pav,**
    **Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MB Financial Bank**<br>**475 E. 162nd Street**<br>**South Holland, IL 60473** | X | J | **Mortgage**<br>**6 unit**<br>**9122 W. 31st Street**<br>**Brookfield, IL 60513**<br>**- see also 6525 Stanley for additional mortgage**<br><br>Value $       **100,000.00** | | | | **330,419.00** | **230,419.00** |
| Account No. <br><br>**National City Bank**<br>**c/o Dana O'Brien, Pierce & Assoc**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** | | J | **1st mortgage**<br>**2 units**<br>**2524 S. 58th Court**<br>**Cicero, IL 60804**<br><br>Value $       **82,500.00** | | | | **0.00** | **0.00** |
| Account No. <br><br>**National City Bank**<br>**c/o Dana O'Brien, Pierce & Assoc**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** | | J | **1st mortgage**<br>**Single family**<br>**1833 S. Euclid Avenue**<br>**Berwyn, IL 60402**<br><br>Value $       **195,000.00** | | | | **0.00** | **0.00** |
| Account No. <br><br>**National City Bank**<br>**c/o Crowley & Lamb, P.C.**<br>**350 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60654** | | J | **1st mortgage**<br>**6 unit**<br>**1821 S. Harlem Avenue**<br>**Berwyn, IL 60402**<br><br>Value $       **395,000.00** | | | | **0.00** | **0.00** |
| Account No. <br><br>**National City Bank**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** | | J | **1st mortgage**<br>**2 units**<br>**5041 W. 29th Place**<br>**Cicero, IL 60804**<br><br>Value $       **152,000.00** | | | | **0.00** | **0.00** |

Sheet __14__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **330,419.00** | **230,419.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph J Pav,**
      **Denise A Pav**

Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. <br><br>**National City Bank** <br>**c/o Lydia Siu, Pierce & Assoc** <br>**1 N. Dearborn, Suite 1300** <br>**Chicago, IL 60602** | | J | | 1st mortgage <br>2 unit <br>2830 S. 51st Avenue <br>Cicero, IL  60804 <br><br>Value $      57,500.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**National City Bank** <br>**c/o Crowley & Lamb, P.C.** <br>**350 N. LaSalle St., Ste. 900** <br>**Chicago, IL 60654** | | J | | 1st mortgage <br>5 unit <br>2218 S. Oak Park Avenue <br>Berwyn, IL  60402 <br><br>Value $      225,000.00 | | | | 0.00 | 0.00 |
| Account No. 0005767520 <br><br>**PNC Mortgage** <br>**PO Box 533510** <br>**Atlanta, GA 30353** | X | J | | 1st mortgage <br>Single family <br>1833 S. Euclid Avenue <br>Berwyn, IL  60402 <br><br>Value $      195,000.00 | | | | 159,190.00 | 0.00 |
| Account No. 90050-0921-3 <br><br>**PNC Mortgage** <br>**PO Box 533510** <br>**Atlanta, GA 30353** | | J | | 1st mortgage <br>5 unit <br>2218 S. Oak Park Avenue <br>Berwyn, IL  60402 <br><br>Value $      225,000.00 | | | | 278,113.00 | 53,113.00 |
| Account No. 0005772894 <br><br>**PNC Mortgage** <br>**PO Box 533510** <br>**Atlanta, GA 30353** | | J | | 1st mortgage <br>2 units <br>5041 W. 29th Place <br>Cicero, IL  60804 <br><br>Value $      152,000.00 | | | | 180,140.00 | 28,140.00 |

Sheet __15__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 617,443.00 | 81,253.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph J Pav,**                                 Case No. _____
        **Denise A Pav**

                                      ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **7619** <br><br> PNC Mortgage <br> PO Box 533510 <br> Atlanta, GA 30353 | | | J | | 1st mortgage <br> 2 unit <br> 2324 S. Cuyler Avenue <br> Berwyn, IL 60402 <br><br> Value $        215,000.00 | | | | 306,270.00 | 91,270.00 |
| Account No. **0005772879** <br><br> PNC Mortgage <br> PO Box 533510 <br> Atlanta, GA 30353 | | | J | | 1st mortgage <br> 2 units <br> 2524 S. 58th Court <br> Cicero, IL 60804 <br><br> Value $        82,500.00 | | | | 195,267.00 | 112,767.00 |
| Account No. **0005772890** <br><br> PNC Mortgage <br> PO Box 533510 <br> Atlanta, GA 30353 | | | J | | 1st mortgage <br> 2 unit <br> 2830 S. 51st Avenue <br> Cicero, IL 60804 <br><br> Value $        57,500.00 | | | | 149,862.00 | 92,362.00 |
| Account No. **10 007209761** <br><br> Sovereign Bank <br> 195 Montague Street <br> Brooklyn, NY 11201 | | | J | | 1st mortgage <br> 9 unit <br> 2402 S. Clarence Avenue <br> Berwyn, IL 60402 <br><br> Value $        412,000.00 | | | | 563,531.00 | 151,531.00 |
| Account No. <br><br> Sylvester J. Ptak <br> 5717 W. 35th Street <br> Cicero, IL 60804 | X | | J | | 1st mortgage <br> 154.14 acres vacant <br> 23541 S. Center Road <br> Green Gardens Township, IL <br><br> Value $        404,250.00 | | | | 859,794.00 | 455,544.00 |

Sheet **16** of **17** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        **2,074,724.00**      **903,474.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph J Pav,**
      **Denise A Pav**

Case No. _____

                                                 ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sylvester J. Ptak & Lorraine Ptak<br>5717 W. 35th Street<br>Cicero, IL 60804 | | J | 1st mortgage<br>142.14 acres vacant<br>104th & Stunkel<br>Green Gardens Township, IL<br><br>Value $          319,500.00 | | | | 529,567.00 | 210,067.00 |
| Account No. 5559766<br><br>The Private Bank<br>70 West Madison<br>Suite 200<br>Chicago, IL 60602 | X | J | Collateral for<br>6525 Stanley Ave., Berwyn, IL 60402;<br>3244 S. Oak Park, Berwyn, IL 60402;<br>1246 S. 57th, Cicero, IL 60804;<br>9122 W. 31st, Brookfield, IL 60513<br>A.I. Credit Corp (2) letters of credit<br>$490,000 and $392,000.<br>Value $          835,000.00 | | | | 1,506,727.00 | 671,727.00 |
| Account No. 09001<br><br>The Private Bank<br>70 West Madison<br>Suite 200<br>Chicago, IL 60602 | | J | 1st mortgage: Condominium, 426 S.<br>Euclid Ave., Unit 1N, Oak Park, IL  60302.<br>(Debtor holds a 25% interest in Riverside<br>Trails which is the beneficiary of the<br>trust that holds the property.)<br><br>Value $           37,500.00 | | | | 155,667.00 | 118,167.00 |
| Account No. 09002<br><br>The Private Bank<br>70 West Madison<br>Suite 200<br>Chicago, IL 60602 | | J | 1st mortgage: Condominium, 426 S.<br>Euclid Ave., Unit 2N, Oak Park, IL  60302.<br>(Debtor holds a 25% interest in Riverside<br>Trails which is the beneficiary of the<br>trust that holds the property.)<br><br>Value $           37,500.00 | | | | 157,186.00 | 119,686.00 |
| Account No.<br><br>The Private Bank<br>70 West Madison<br>Suite 200<br>Chicago, IL 60602 | | J | Second mortgage<br>9122 W. 31st Street<br>Brookfield, IL<br>cross collateralized with other property<br><br>Value $                0.00 | | | | 624,727.00 | 624,727.00 |

Sheet __17__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 2,973,874.00 | 1,744,374.00 |
| Total<br>(Report on Summary of Schedules) | 37,145,715.01 | 20,203,178.01 |

B6E (Official Form 6E) (4/10)

.

In re   **Joseph J Pav,**                                                    Case No. _____
        **Denise A Pav**
                                                                     ,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**34**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re      **Joseph J Pav,**
           **Denise A Pav**
_____ ,
                                        Debtors                    Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allen & Josephine Hoard** <br> **929 Portsmouth** <br> **Westchester, IL** | | J | Security Deposit | | | | 2,092.50 | 0.00 | 2,092.50 |
| Account No. <br><br> **Amanda Coleman** <br> **6624 W. Pershing Road** <br> **Unit #2** <br> **Berwyn, IL 60402** | | J | Security Deposit | | | | 650.00 | 0.00 | 650.00 |
| Account No. <br><br> **Anais Soto & Adalberto Nova** <br> **3218 S. 49th Ave.** <br> **Unit #1R** <br> **Cicero, IL 60804** | | J | Security Deposit | | | | 892.50 | 0.00 | 892.50 |
| Account No. <br><br> **Angel Custodio** <br> **5731 W. 21st Street, Unit 2E** <br> **Cicero, IL 60804** | | J | Security Deposit | | | | 1,275.00 | 0.00 | 1,275.00 |
| Account No. <br><br> **Angelina Anzures** <br> **3043 Elm Street, Unit #3S** <br> **River Grove, IL 60171** | | J | Security Deposit | | | | 1,238.00 | 0.00 | 1,238.00 |

Sheet _1_ of _34_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | 6,148.00 | 6,148.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**
_____,
Debtors

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Anne Butler 6525 Stanley Ave. Unit #A Berwyn, IL 60402 | | J | | | | | 1,087.50 | 0.00 | 1,087.50 |
| Account No. | | | Security Deposit | | | | | | |
| Antonio Rainy & Courtney Cox 3043 Elm Street, Unit #3N River Grove, IL 60171 | | J | | | | | 650.00 | 0.00 | 650.00 |
| Account No. | | | Security Deposit | | | | | | |
| Aretha Samuels 2103 S. Kenilworth Ave. Unit #G Berwyn, IL 60402 | | J | | | | | 695.00 | 0.00 | 695.00 |
| Account No. | | | Security Deposit | | | | | | |
| Armando Perez Martinez 3244 S. Oak Park Ave. Unit #9 Berwyn, IL 60402 | | J | | | | | 450.00 | 0.00 | 450.00 |
| Account No. | | | Security Deposit | | | | | | |
| Bethena & Thaddus Johnson 2532 S. Grove Ave. Unit #1 Berwyn, IL 60402 | | J | | | | | 1,192.50 | 0.00 | 1,192.50 |

Sheet __2__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,075.00 | 4,075.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**
　　**Denise A Pav**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Betty Day & Tahisha Morris**<br>**2402 S. Clarence Ave.**<br>**Unit #7**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,087.50 | 0.00<br><br>1,087.50 |
| Account No.<br><br>**Bonnie Carlson & Fred Galluzzi**<br>**1344 S. Austin Blvd, #GW**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | 350.00 | 0.00<br><br>350.00 |
| Account No.<br><br>**Brenda Dale**<br>**2324 S. Cuyler Ave.**<br>**Unit #1**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 865.50 | 0.00<br><br>865.50 |
| Account No.<br><br>**Brenda Guerrero & Jimmy Casillas**<br>**2402 S. Clarence Ave.**<br>**Unit #3**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 975.00 | 0.00<br><br>975.00 |
| Account No.<br><br>**Brian Redmon**<br>**2409 S. Clarence Ave**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 2,192.50 | 0.00<br><br>2,192.50 |

Sheet __3___ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 5,470.50 | 5,470.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
          **Denise A Pav**
                                                                          Case No. _____
                                                    ,
                                            Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brian Shelton** <br> **4412 S. Grove Ave.** <br> **Stickney, IL 60402** | | J | Security Deposit <br> Garage - 6624 Pershing Road | | | | 100.00 | 0.00 <br><br> 100.00 |
| Account No. <br><br> **Brian Wisner** <br> **6622 W. Pershing Road** <br> **Berwyn, IL 60402** | | J | Security Deposit | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Carlos Ponton** <br> **6447 W. Cermak Rd** <br> **Berwyn, IL 60402** | | J | Security Deposit | | | | 817.50 | 0.00 <br><br> 817.50 |
| Account No. <br><br> **Carmen Morales** <br> **4816 W. 24th St.** <br> **Unit #2** <br> **Cicero, IL 60804** | | J | Security Deposit | | | | 1,392.50 | 0.00 <br><br> 1,392.50 |
| Account No. <br><br> **Carole Norton** <br> **1809 S. Kenilworth Ave** <br> **Berwyn, IL 60402** | | J | Security Deposit <br> Garage - 1817 S Kenilworth | | | | 125.00 | 0.00 <br><br> 125.00 |

Sheet __4__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,435.00 | 2,435.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**    **Denise A Pav**

Case No. _____

_____,

Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Charles & Michelle Queen** 4325 S. Clinton Ave. Stickney, IL 60402 | | J | Security Deposit | | | | 2,587.50 | 162.50 / 2,425.00 |
| Account No. **Charles Leonardi & Dan Goldman** 3055 Elm Street, Unit 1S River Grove, IL 60171 | | J | Security Deposit | | | | 1,072.50 | 0.00 / 1,072.50 |
| Account No. **Charles M. Niedrich** 7890 W. Ogden Avenue #1D Lyons, IL 60534 | | J | Security Deposit | | | | 1,192.50 | 0.00 / 1,192.50 |
| Account No. **Charlie & Brandy Guy** 2412 S. Euclid Ave Berwyn, IL 60402 | | J | Security Deposit | | | | 1,995.00 | 0.00 / 1,995.00 |
| Account No. **Charlotte Williams** 4851 W. 28th St Unit 2R Cicero, IL 60804 | | J | Security Deposit | | | | 750.00 | 0.00 / 750.00 |

Sheet __5__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|
| Subtotal | | 162.50 |
| (Total of this page) | 7,597.50 | 7,435.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
         **Denise A Pav**

Case No. _____

_____,
                                                                Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chimere Finley**<br>**3244 S. Oak Park Ave.**<br>**Unit #6**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 |
| | | | | | | | 595.00 | 595.00 |
| Account No.<br><br>**Christy Faulkner**<br>**3716 S. Euclid Ave**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | | 75.00 |
| | | | | | | | 2,500.00 | 2,425.00 |
| Account No.<br><br>**Claribel Miranda & Jon Jay Lewis**<br>**2218 S. Oak Park Ave.**<br>**Unit #G**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 |
| | | | | | | | 1,125.00 | 1,125.00 |
| Account No.<br><br>**Claudia & Jesus Hernandez**<br>**3206 S. 52nd Ct.**<br>**Unit #1R**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | | 0.00 |
| | | | | | | | 712.50 | 712.50 |
| Account No.<br><br>**Cornelious McDade & Nicole Neeley**<br>**3244 S. Oak Park Ave.**<br>**Unit #2**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 |
| | | | | | | | 975.00 | 975.00 |

Sheet _6__ of _34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 75.00 |
|---|---|---|
| (Total of this page) | 5,907.50 | 5,832.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Joseph J Pav,**
　　　　**Denise A Pav**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Crystal Robinson & James Reeder**<br>**1821 S. Harlem Ave.**<br>**Unit #2W**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | <br><br>1,125.00 | 0.00<br><br>1,125.00 |
| Account No.<br><br>**Cynthia Meza & Rudy Parra**<br>**1821 S. Harlem Ave.**<br>**Unit #1E**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | <br><br>1,125.00 | 0.00<br><br>1,125.00 |
| Account No.<br><br>**Dalia Flores**<br>**1234 S. Grove Ave #G**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | <br><br>625.00 | 0.00<br><br>625.00 |
| Account No.<br><br>**Danush Sukie**<br>**3206 S. 52nd Ct.**<br>**Unit #1F**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | <br><br>825.00 | 0.00<br><br>825.00 |
| Account No.<br><br>**David & Linda Skupien**<br>**3436 S. Grove Ave**<br>**Berwyn, IL 60402** | | J | Security Deposit<br>Garage - 6446 W. 18th St. | | | | <br><br>225.00 | 0.00<br><br>225.00 |

Sheet __7__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 3,925.00 | 3,925.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**
**Denise A Pav**
_____,
Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Security Deposit | | | | | | |
| David Anderson & Tiffany Gibson 1813 S. Clinton Ave. Berwyn, IL 60402 | | J | | | | | | 1,495.00 | 0.00 | 1,495.00 |
| Account No. | | | | Security Deposit | | | | | | |
| David Mayer 3244 S. Oak Park Ave. Unit #4 Berwyn, IL 60402 | | J | | | | | | 550.00 | 0.00 | 550.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Davinia Barnes 1344 S. Austin Blvd, Unite 1E Cicero, IL 60804 | | J | | | | | | 825.00 | 0.00 | 825.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Debra Jaros 3051 Elm Street, Unit 3N River Grove, IL 60171 | | J | | | | | | 1,012.50 | 0.00 | 1,012.50 |
| Account No. | | | | Security Deposit | | | | | | |
| Deloise&Claudell Britt/Mary Edwards 2419 S. Clarence Ave Berwyn, IL 60402 | | J | | | | | | 3,390.00 | 965.00 | 2,425.00 |

Sheet __8__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 965.00 |
|---|---|---|
| | | 7,272.50 |
| | | 6,307.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**                      Case No. _____

        **Denise A Pav**

                                 Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diana & Stephany James**<br>**6446 W. 18th St, Unit 2E**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 900.00 | 0.00 | 900.00 |
| Account No.<br><br>**Doris J. Moore Faust**<br>**1415 S. Clarence Ave.**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 2,790.00 | 365.00 | 2,425.00 |
| Account No.<br><br>**Dorothy & Gregory Smylie**<br>**1817 S. Kenilworth Ave., Unit #2**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,462.50 | 0.00 | 1,462.50 |
| Account No.<br><br>**Dorothy, Johnnie & Melvin Smith**<br>**1929 S. Central Ave**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | 2,062.50 | 0.00 | 2,062.50 |
| Account No.<br><br>**Dr. Leslie Braun**<br>**P.O. Box 501**<br>**Vermillon Bay, ON P0V 2V0**<br>**CANADA** | | J | Security Deposit<br>Garage - 2103 S. Kenilworth | | | | 120.00 | 0.00 | 120.00 |

Sheet **9** of **34** continuation sheets attached to      Subtotal                 365.00

Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    7,335.00      6,970.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**
　　　**Denise A Pav**
                                                                        Case No. _____
                                                    ,
                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ea Stewart & Robert Yound**<br>**2324 S. Cuyler Ave.**<br>**Unit #2**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,287.50 | 0.00<br><br>1,287.50 |
| Account No.<br><br>**Eboni Presswood & Courtney Hendrix**<br>**1811 S. Clinton Ave.**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 2,615.00 | 190.00<br><br>2,425.00 |
| Account No.<br><br>**Edward Caro**<br>**912 S. Lyman Ave.**<br>**Oak Park, IL 60304** | | J | Security Deposit<br>Garage - 2324 S. Cuyler | | | | 75.00 | 0.00<br><br>75.00 |
| Account No.<br><br>**Edwinita Allen**<br>**Kristopher Williams**<br>**3244 S. Oak Park Ave., Unit #1**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,027.50 | 0.00<br><br>1,027.50 |
| Account No.<br><br>**Eliseo & Cecilia Lopez**<br>**3243 S. Austin Blvd.**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | 1,795.00 | 0.00<br><br>1,795.00 |

Sheet __10__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 190.00 |
| (Total of this page) | 6,800.00 |  6,610.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**
**Denise A Pav**
Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Security Deposit | | | | | | |
| Eliza Quinones 3047 Elm Street, Unit 2N River Grove, IL 60171 | | J | | | | | | 1,237.50 | 0.00 | 1,237.50 |
| Account No. | | | | Security Deposit | | | | | | |
| Elizabeth Zambrano 3540 S. 53rd Ct, Unit 2 Cicero, IL 60804 | | J | | | | | | 1,725.00 | 0.00 | 1,725.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Erika McDaniel 1218 S. Ridgeland Ave Unit #1 Berwyn, IL 60402 | | J | | | | | | 1,387.50 | 0.00 | 1,387.50 |
| Account No. | | | | Security Deposit | | | | | | |
| Ernesto Mejia 3055 Elm Street, Unit 3S River Grove, IL 60171 | | J | | | | | | 781.25 | 0.00 | 781.25 |
| Account No. | | | | Security Deposit | | | | | | |
| Esperanza & Daniel Rodriguez 6542 Fairfield Ave Berwyn, IL 60402 | | J | | | | | | 1,470.00 | 0.00 | 1,470.00 |

Sheet __11__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 6,601.25 | | 6,601.25 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,** Case No. _____
      **Denise A Pav**

_____,
                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | | | | | | |
| Essie Boatman & Joanne Berry 2710 S. Highland Ave. Berwyn, IL 60402 | J | | | | | | | 1,992.50 | 0.00 | 1,992.50 |
| Account No. | | | | Security Deposit | | | | | | |
| Eva Colon & Francisco Aguilar 3334 S. 57th Avenue Cicero, IL 60804 | J | | | | | | | 1,482.00 | 0.00 | 1,482.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Fayneshia Dale 2218 S. Oak Park Ave. Unit #1F Berwyn, IL 60402 | J | | | | | | | 579.50 | 0.00 | 579.50 |
| Account No. | | | | Security Deposit Garage - 2830 S. 51st Ave. | | | | | | |
| George Pieper & Phyllis Rosell 3250 S. Kenilworth Ave. Berwyn, IL 60402 | J | | | | | | | 60.00 | 0.00 | 60.00 |
| Account No. | | | | Security Deposit | | | | | | |
| Gregory Gordon 2324 S. Cuyler Ave. Unit #G Berwyn, IL 60402 | J | | | | | | | 900.00 | 0.00 | 900.00 |

Sheet __12__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,014.00 | 5,014.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Security Deposit | | | | | |
| Gregory McKeithen 6525 Stanley Ave. Unit #E Berwyn, IL 60402 | | J | | | | | 937.50 | 0.00 937.50 |
| Account No. | | | Security Deposit | | | | | |
| Grisella Rodriguez 3051 Elm Street, Unit 2S River Grove, IL 60171 | | J | | | | | 613.00 | 0.00 613.00 |
| Account No. | | | Security Deposit | | | | | |
| Haikila Johnson 1817 S. Kenilworth Ave, Unit #1 Berwyn, IL 60402 | | J | | | | | 930.00 | 0.00 930.00 |
| Account No. | | | Security Deposit | | | | | |
| Humberto Diaz 6525 Stanley Ave. Unit #D Berwyn, IL 60402 | | J | | | | | 675.00 | 0.00 675.00 |
| Account No. | | | Security Deposit | | | | | |
| Iris Perez 3244 S. Oak Park Ave. Unit #3 Berwyn, IL 60402 | | J | | | | | 952.50 | 0.00 952.50 |

Sheet __13__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,108.00 | 4,108.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
    **Denise A Pav**
                                          ,    Case No. _____

                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jermeka Neil<br>6446 W. 18th St, Unit 1W<br>Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 1,275.00 | | 1,275.00 |
| Account No.<br><br>**Jocquin Henderson<br>3244 S. Oak Park Ave.<br>Unit #5<br>Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 710.50 | | 710.50 |
| Account No.<br><br>**John Kuri<br>6447 W. Cermak Rd<br>Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 350.00 | | 350.00 |
| Account No.<br><br>**Jorge & Rose Vasquez<br>1912 S. 61st Ave.<br>60804** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 2,392.50 | | 2,392.50 |
| Account No.<br><br>**Jose & Rafailla Jiminez<br>2402 S. Clarence Ave.<br>Unit #4<br>Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 1,102.50 | | 1,102.50 |

Sheet __14__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                  Subtotal                     0.00
(Total of this page)    5,830.50          5,830.50

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**       Case No. _____
       **Denise A Pav**

                                                  Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jose Luis Cortes & Linda Morales**<br>**4816 W. 24th St.**<br>**Unit #1**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,042.50 | 0.00 | 1,042.50 |
| Account No.<br><br>**Josefina Arenas & David Mondragon**<br>**3244 S. Oak Park Ave.**<br>**Unit #8**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 825.00 | 0.00 | 825.00 |
| Account No.<br><br>**Juan Torres**<br>**3043 Elm Street, Unit #2S**<br>**River Grove, IL 60171** | | J | Security Deposit | | | | 1,275.00 | 0.00 | 1,275.00 |
| Account No.<br><br>**Juliana Garcia**<br>**1833 S. Euclid Ave.**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,475.00 | 0.00 | 1,475.00 |
| Account No.<br><br>**Kareem & Alberta Neal**<br>**4851 W. 28th St (Front House)**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | 1,792.50 | 0.00 | 1,792.50 |

Sheet __15__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 6,410.00 | 6,410.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
         **Denise A Pav**
                                                            Case No. _____
                                                                                                    ,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Security Deposit | | | | | |
| Karen Cloutier 3601 S. Wesley Ave, Unit 2 Berwyn, IL 60402 | | | J | | | | | 1,312.50 | 0.00 1,312.50 |
| Account No. | | | | Security Deposit | | | | | |
| Karl Snow 3043 Elm Street, Unit #1N River Grove, IL 60171 | | | J | | | | | 975.00 | 0.00 975.00 |
| Account No. | | | | Security Deposit | | | | | |
| Kathy Magda 3055 Elm Street, Unit 2N River Grove, IL 60171 | | | J | | | | | 1,237.50 | 0.00 1,237.50 |
| Account No. | | | | Security Deposit | | | | | |
| Kendra Sanders 2218 S. Oak Park Ave. Unit #2R Berwyn, IL 60402 | | | J | | | | | 795.00 | 0.00 795.00 |
| Account No. | | | | Security Deposit | | | | | |
| Kennetta & Saifu Carter 6446 W. 18th St, Unit 2W Berwyn, IL 60402 | | | J | | | | | 1,275.00 | 0.00 1,275.00 |

Sheet __16__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,595.00 | 5,595.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**          Case No. _____
       **Denise A Pav**

                                                   ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kristopher Kowal** <br>**16453 127th Street** <br>**Lemont, IL 60439** | | J | Security Deposit | | | | 2,242.50 | 0.00 | 2,242.50 |
| Account No. <br><br>**Lakysha Payton** <br>**5731 W. 21st Street, Unit 1W** <br>**Cicero, IL 60804** | | J | Security Deposit | | | | 740.00 | 0.00 | 740.00 |
| Account No. <br><br>**Laticia Jackson** <br>**2402 S. Clarence Ave.** <br>**Unit #5** <br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,075.00 | 0.00 | 1,075.00 |
| Account No. <br><br>**Latonya Smith** <br>**6525 Stanley Ave.** <br>**Unit #F** <br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 685.00 | 0.00 | 685.00 |
| Account No. <br><br>**LaVera Taylor & George Smith** <br>**1821 S. Harlem Ave.** <br>**Unit #1W** <br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 825.00 | 0.00 | 825.00 |

Sheet __17__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 0.00 | |
|---|---|---|---|---|
| | (Total of this page) | 5,567.50 | | 5,567.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**
    **Denise A Pav**

Case No. _____

                                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Laverne Bernal<br>5731 W. 21st Street, Unit 1E<br>Cicero, IL 60804 | | J | Security Deposit | | | | 1,125.00 | 0.00 | 1,125.00 |
| Account No.<br><br>LeShawn & Sylvester Martin<br>2343 East Ave<br>Berwyn, IL 60402 | | J | Security Deposit | | | | 2,395.00 | 0.00 | 2,395.00 |
| Account No.<br><br>Lluvia Ramirez<br>3332 S 60th Court<br>Cicero, IL 60804 | | J | Security Deposit | | | | 2,400.00 | 0.00 | 2,400.00 |
| Account No.<br><br>Luis & Gloria Patron/Cheryl Arnette<br>3218 S. 49th Ave.<br>Unit #1 & #2<br>Cicero, IL 60804 | | J | Security Deposit | | | | 2,362.50 | 0.00 | 2,362.50 |
| Account No.<br><br>Luis Rodriguez<br>2716 S Ridgeland Ave Apt #7<br>Berwyn, IL 60402 | | J | Security Deposit<br>Garage - 1234 Grove Ave | | | | 75.00 | 0.00 | 75.00 |

Sheet __18__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 8,357.50 | 8,357.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Joseph J Pav,**
        **Denise A Pav**
                                                                    Case No. _____
                                            ,
                                        Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lynn & Walter Hoenisch**<br>**4128 S. Gunderson Ave**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 1,320.00 | 0.00 | 1,320.00 |
| Account No.<br><br>**Macias**<br>**3047 Elm Street, Unit #1N**<br>**River Grove, IL 60171** | | J | Security Deposit | | | | 825.00 | 0.00 | 825.00 |
| Account No.<br><br>**Marchello & Stacy Cole**<br>**1411 S. Cuyler Ave., Unit #2**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | 795.00 | 0.00 | 795.00 |
| Account No.<br><br>**Marco A. Sanchez**<br>**1838 S. Clinton Ave.**<br>**Berwyn, IL 60402** | | J | Security Deposit<br>Garage - 1833 S. Euclid Ave. | | | | 150.00 | 0.00 | 150.00 |
| Account No.<br><br>**Margareta Guzman**<br>**3055 Elm Street, Unit 2S**<br>**River Grove, IL 60171** | | J | Security Deposit | | | | 725.00 | 0.00 | 725.00 |

Sheet **19** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 3,815.00 | 0.00<br>3,815.00 |
|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**    Case No. _____
**Denise A Pav**
_____,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br>**Maria & Joe Gomez**<br>**2524 S. Kenilworth Ave**<br>**Berwyn, IL 60402** | | J | | Security Deposit | | | | 2,692.50 | 267.50<br><br>2,425.00 |
| Account No.<br>**Maria Medina**<br>**3051 Elm Street, Unit 1S**<br>**River Grove, IL 60171** | | J | | Security Deposit | | | | 685.00 | 0.00<br><br>685.00 |
| Account No.<br>**Martha Quintero & Antonio Vega**<br>**2103 S. Kenilworth Ave.**<br>**Unit #2**<br>**Berwyn, IL 60402** | | J | | Security Deposit | | X | | 1,387.50 | 0.00<br><br>1,387.50 |
| Account No.<br>**Martha Webber**<br>**6446 W 18th Street, Unit G**<br>**Berwyn, IL 60402** | | J | | Security Deposit | | | | 1,502.50 | 0.00<br><br>1,502.50 |
| Account No.<br>**Melinda Cordero & Jose Torres**<br>**1218 S. Ridgeland Ave.**<br>**Unit #1**<br>**Berwyn, IL 60402** | | J | | Security Deposit | | | | 1,195.00 | 0.00<br><br>1,195.00 |

Sheet __20__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 267.50 |
| (Total of this page) | 7,462.50 / 7,195.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**                                                    Case No. _____
        **Denise A Pav**
                                                            ,
                                        Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit Garage - 3122 Clinton | | | | | | |
| Melvin Malden 1715 S. 2nd Ave Maywood, IL 60153 | | J | | | | | | 0.00 | |
| | | | | | | | 150.00 | | 150.00 |
| Account No. | | | Security Deposit | | | | | | |
| Michael Johnson 6525 Stanley Ave. Unit #H Berwyn, IL 60402 | | J | | | | | | 0.00 | |
| | | | | | | | 1,042.50 | | 1,042.50 |
| Account No. | | | Security Deposit | | | | | | |
| Michael Reed & Elishia Teague 2524 S. 58th Court Unit #2 Cicero, IL 60804 | | J | | | | | | 0.00 | |
| | | | | | | | 1,192.50 | | 1,192.50 |
| Account No. | | | Security Deposit | | | | | | |
| Michelle Bright 3055 Elm Street, Unit 3N River Grove, IL 60171 | | J | | | | | | 0.00 | |
| | | | | | | | 1,147.50 | | 1,147.50 |
| Account No. | | | Security Deposit | | | | | | |
| Michelle Hubbard 1344 S. Austin Blvd, Unite #2E Cicero, IL 60804 | | J | | | | | | 0.00 | |
| | | | | | | | 850.00 | | 850.00 |

Sheet __21__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)    4,382.50    4,382.50

B6E (Official Form 6E) (4/10) - Cont.

In re   **Joseph J Pav,**                                                    Case No. _____
        **Denise A Pav**

                                              _____,
                                              Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| **Michelle Sinn & Scott Yordy** **3225 S. 54th Ave (Rear House)** **Cicero, IL 60804** | | J | | | | | | 0.00 | |
| | | | | | | | 1,087.50 | | 1,087.50 |
| Account No. | | | Security Deposit | | | | | | |
| **Milton Luter & Victor Luter** **2218 S. Oak Park Ave.** **Unit #1R** **Berwyn, IL 60402** | | J | | | | | | 0.00 | |
| | | | | | | | 865.00 | | 865.00 |
| Account No. | | | Security Deposit | | | | | | |
| **Monica Dotson** **2830 S. 51st Ave.** **Unit #2** **Cicero, IL 60804** | | J | | | | | | 0.00 | |
| | | | | | | | 975.00 | | 975.00 |
| Account No. | | | Security Deposit | | | | | | |
| **Myrna & Francisco Fisher** **2630 S. 61st Ave** **Cicero, IL 60804** | | J | | | | | | 0.00 | |
| | | | | | | | 2,192.50 | | 2,192.50 |
| Account No. | | | Security Deposit | | | | | | |
| **Nancy Diaz & Victor Hernandez** **3244 S. Oak Park Ave.** **Unit #10** **Berwyn, IL 60402** | | J | | | | | | 0.00 | |
| | | | | | | | 825.00 | | 825.00 |

Sheet __22__ of __34__ continuation sheets attached to       Subtotal       | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)   | 5,945.00 |   | 5,945.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Joseph J Pav,**
        **Denise A Pav**
_____,
                        Debtors

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Nicholas Friend & Valencia Coleman 1344 S. Austin Blvd, Unit 1W Cicero, IL 60804** | | J | Security Deposit | | | | 745.00 | 0.00 | 745.00 |
| Account No. **Nicole Ambrosia & Randy Reynolds 1515 East Ave Berwyn, IL 60402** | | J | Security Deposit | | | | 2,111.50 | 0.00 | 2,111.50 |
| Account No. **Norma & Araceli Mondragon 4919 W. 29th Place Cicero, IL 60804** | | J | Security Deposit | | | | 1,450.00 | 0.00 | 1,450.00 |
| Account No. **Norma Pena & Juana Juarez 1930 S. Central Ave Cicero, IL 60804** | | J | Security Deposit | | | | 1,450.00 | 0.00 | 1,450.00 |
| Account No. **Pablo Lopez & Elbacia Perez 5041 W. 29th Place Unit #1 Cicero, IL 60804** | | J | Security Deposit | | | | 862.50 | 0.00 | 862.50 |

Sheet __23__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 6,619.00 | 6,619.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
        **Denise A Pav**
_____,
                                                    Debtors

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Pamela Benson 2524 S. 58th Court Unit #1 Cicero, IL 60804 | | J | Security Deposit | | | | 1,148.00 | 0.00 | 1,148.00 |
| Account No. Paulette Hawkins & Tia Jones 6446 W. 18th St., Unit 1E Berwyn, IL 60402 | | J | Security Deposit | | | | 850.00 | 0.00 | 850.00 |
| Account No. Pedro & Elizabeth Guzman 2218 S. Oak Park Ave. Unit #2F Berwyn, IL 60402 | | J | Security Deposit | | | | 825.00 | 0.00 | 825.00 |
| Account No. Randall & Roslyn Matthews 3820 S. 58th Ave Cicero, IL 60804 | | J | Security Deposit | | | | 1,342.50 | 0.00 | 1,342.50 |
| Account No. Randy & Kathy Pafford 3733 S. 52nd Ct (Rear House) Cicero, IL 60804 | | J | Security Deposit | | | | 1,327.50 | 0.00 | 1,327.50 |

Sheet __24__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 5,493.00 | 5,493.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**                                           Case No. _____
        **Denise A Pav**
                                                          ,
                                  Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| **Richard & Carmen LaBarbara 1411 S. Cuyler Ave, Unit #1 Berwyn, IL 60402** | | J | | | | | 1,440.00 | 0.00 | 1,440.00 |
| Account No. | | | Security Deposit | | | | | | |
| **Richard Ramirez 3132 S. 55th Ct Cicero, IL 60804** | | J | | | | | 1,667.00 | 0.00 | 1,667.00 |
| Account No. | | | Security Deposit | | | | | | |
| **Robert Garcia 3244 S. Oak Park Ave. Store #1 Berwyn, IL 60402** | | J | | | | | 1,750.00 | 0.00 | 1,750.00 |
| Account No. | | | Security Deposit | | | | | | |
| **Robert Wakefield & Nicole Lemon 1600 S. Lombard Ave Berwyn, IL 60402** | | J | | | | | 1,733.50 | 0.00 | 1,733.50 |
| Account No. | | | Security Deposit | | | | | | |
| **Robin Bomicino 3051 Elm Street, Unit 3S River Grove, IL 60171** | | J | | | | | 1,031.25 | 0.00 | 1,031.25 |

Sheet **25** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 7,621.75 | 7,621.75 |

B6E (Official Form 6E) (4/10) - Cont.

In re      **Joseph J Pav,**                                                    Case No. _____
           **Denise A Pav**
                                                            ,
                                        Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | |
| Ron Crawford & Jennifer Gavrick 2216 S. Clinton Ave. Berwyn, IL 60402 | | J | | | | | | 965.00 |
| | | | | | | | 3,390.00 | 2,425.00 |
| Account No. | | | Security Deposit | | | | | |
| Ronald Burdick 7900 W. Ogden Avenue #GB Lyons, IL 60534 | | J | | | | | | 0.00 |
| | | | | | | | 1,012.50 | 1,012.50 |
| Account No. | | | Security Deposit | | | | | |
| Roque & Nadya Mondragon 5731 W 21st Street, Unit 2W Cicero, IL 60804 | | J | | | | | | 0.00 |
| | | | | | | | 975.00 | 975.00 |
| Account No. | | | Security Deposit | | | | | |
| Rosalina Garcia 3055 Elm Street, Unit 1N River Grove, IL 60171 | | J | | | | | | 0.00 |
| | | | | | | | 825.00 | 825.00 |
| Account No. | | | Security Deposit Garage - 1234 Grove Ave | | | | | |
| Rose Ann Buonicore 1243 S Euclid Ave Berwyn, IL 60402 | | J | | | | | | 0.00 |
| | | | | | | | 50.00 | 50.00 |

Sheet __26__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

965.00

6,252.50        5,287.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**                Case No. _____
        **Denise A Pav**

                                         ,
                                     Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | |
| **Rose White**<br>**1246 S. 57th Avenue**<br>**Unit #7**<br>**Cicero, IL 60804** | | J | | | | | | 0.00 |
| | | | | | | | 1,042.50 | 1,042.50 |
| Account No. | | | Security Deposit | | | | | |
| **Rose, Esther & Shirley Hester**<br>**2722 S. 59th Avenue**<br>**Cicero, IL 60804** | | J | | | | | | 0.00 |
| | | | | | | | 2,395.00 | 2,395.00 |
| Account No. | | | Security Deposit | | | | | |
| **Rosemary Snipes**<br>**1234 S Grove Ave #3**<br>**Berwyn, IL 60402** | | J | | | | | | 0.00 |
| | | | | | | | 743.75 | 743.75 |
| Account No. | | | Security Deposit | | | | | |
| **Ruben Mata**<br>**3225 S. 54th Avenue (Front House)**<br>**Cicero, IL 60804** | | J | | | | | | 0.00 |
| | | | | | | | 1,295.00 | 1,295.00 |
| Account No. | | | Security Deposit | | | | | |
| **Rudy Flores**<br>**3409 S. Cicero Avenue**<br>**Cicero, IL 60804** | | J | | | | | | 0.00 |
| | | | | | | | 1,492.50 | 1,492.50 |

Sheet __27__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    6,968.75     6,968.75

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**
        **Denise A Pav**

Case No. _____

                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sam Gialdini** <br> **4115 S. Harlem Ave** <br> **Berwyn, IL 60402** | | J | Security Deposit <br> **Garage - 4128 Gunderson** | | | | 110.00 | 0.00 | 110.00 |
| Account No. <br><br> **Sam Person** | | J | Security Deposit <br> **Garage - 5731 W 21st St** | | | | 300.00 | 0.00 | 300.00 |
| Account No. <br><br> **Samantha Bell & Walter Watkins** <br> **3540 S. 53rd Ct, Unit 1** <br> **Cicero, IL 60804** | | J | Security Deposit | | | | 875.00 | 0.00 | 875.00 |
| Account No. <br><br> **Samantha Neloms** <br> **2103 S. Kenilworth Ave.** <br> **Unit #1** <br> **Berwyn, IL 60402** | | J | Security Deposit | | | | 1,342.50 | 0.00 | 1,342.50 |
| Account No. <br><br> **Sandro Sanchez** <br> **1533 S. Laramie Ave.** <br> **Cicero, IL 60804** | | J | Security Deposit | | | | 0.00 | 0.00 | 0.00 |

Sheet __28__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 2,627.50 | | 2,627.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re     **Joseph J Pav,**                               Case No. _____

           **Denise A Pav**

                                                       ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Security Deposit | | | | | |
| Scott Isitoro 6525 Stanley Ave. Unit #C Berwyn, IL 60402 | | J | | | | | | | 0.00 |
| | | | | | | | | 1,042.50 | 1,042.50 |
| Account No. | | | | Security Deposit | | | | | |
| Selina Davenport 1821 S. Harlem Ave. Unit #GE Berwyn, IL 60402 | | J | | | | | | | 0.00 |
| | | | | | | | | 1,072.50 | 1,072.50 |
| Account No. | | | | Security Deposit | | | | | |
| Sharese & Joanne Longmire 1324 S 57th Ave Cicero, IL 60804 | | J | | | | | | | 0.00 |
| | | | | | | | | 1,400.00 | 1,400.00 |
| Account No. | | | | Security Deposit | | | | | |
| Sharonna Lavell Henderson 2402 S. Clarence Ave. Unit #8 Berwyn, IL 60402 | | J | | | | | | | 0.00 |
| | | | | | | | | 996.00 | 996.00 |
| Account No. | | | | Security Deposit | | | | | |
| Sherrise Webster 4851 W. 28th St, Unit 1R Cicero, IL 60804 | | J | | | | | | | 0.00 |
| | | | | | | | | 797.50 | 797.50 |

Sheet __29__ of __34__ continuation sheets attached to              Subtotal           0.00

Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)      5,308.50       5,308.50

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**                                            Case No. _____
**Denise A Pav**
                                                            ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Security Deposit | | | | | |
| Steve Converse & Maritza Zigumbo 3849 S. Oak Park Ave Berwyn, IL 60402 | | J | | | | | | | 0.00 |
| | | | | | | | | 2,062.50 | 2,062.50 |
| Account No. | | | | Security Deposit | | | | | |
| Sual Carrillo 3043 Elm Street, Unit #2N River Grove, IL 60171 | | J | | | | | | | 0.00 |
| | | | | | | | | 725.00 | 725.00 |
| Account No. | | | | Security Deposit | | | | | |
| Susana Olivares & Juan Valdez 3206 S. 52nd Ct. Unit #2 Cicero, IL 60804 | | J | | | | | | | 0.00 |
| | | | | | | | | 1,192.50 | 1,192.50 |
| Account No. | | | | Security Deposit | | | | | |
| Tamara & Matthew Miles John & Sandra Herrera 2532 S. Grove Ave., Unit #2 Berwyn, IL 60402 | | J | | | | | | | 0.00 |
| | | | | | | | | 1,387.50 | 1,387.50 |
| Account No. | | | | Security Deposit | | | | | |
| Tawanda Hudson 2402 S. Clarence Ave. Unit #2 Berwyn, IL 60402 | | J | | | | | | | 0.00 |
| | | | | | | | | 960.00 | 960.00 |

Sheet **30** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 6,327.50 | 6,327.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph J Pav,**                 Case No. _____
         **Denise A Pav**

                                           Debtors         ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Terrance Change 3244 S. Oak Park Ave. Unit #7 Berwyn, IL 60402 | | J | | | | | | 0.00 | |
| | | | | | | | 915.00 | | 915.00 |
| Account No. | | | Security Deposit | | | | | | |
| Terry & Anita McBeth/Lily Brown 1341 S 56th Ct Cicero, IL 60804 | | J | | | | | | 0.00 | |
| | | | | | | | 2,176.50 | | 2,176.50 |
| Account No. | | | Security Deposit | | | | | | |
| Thomas & Kathy Osika 6518 W. 26th Street Berwyn, IL 60402 | | J | | | | | | 0.00 | |
| | | | | | | | 905.00 | | 905.00 |
| Account No. | | | Security Deposit | | | | | | |
| Tony Carillo 5041 W. 29th Place Unit #2 Cicero, IL 60804 | | J | | | | | | 0.00 | |
| | | | | | | | 1,200.00 | | 1,200.00 |
| Account No. | | | Security Deposit | | | | | | |
| Tony Sanchez 3218 S. 49th Ave. Unit #2R Cicero, IL 60804 | | J | | | | | | 0.00 | |
| | | | | | | | 625.00 | | 625.00 |

Sheet **31** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 5,821.50 | | 5,821.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph J Pav,**    Case No. _____
       **Denise A Pav**

                              ,

                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | | | |
| Tracy & Ibraham Omar/Cathy Lundry 6624 W. Pershing Road Unit #1 Berwyn, IL 60402 | | J | | | | | 1,575.00 | 0.00 | 1,575.00 |
| Account No. | | | Security Deposit | | | | | | |
| Vernell Reeder & Zelma Reeder 1511 S. Elmwood Ave, Unit #1 Berwyn, IL 60402 | | J | | | | | 862.50 | 0.00 | 862.50 |
| Account No. | | | Security Deposit | | | | | | |
| Vicki Holman 1821 S. Harlem Ave. Unit #2E Berwyn, IL 60402 | | J | | | | | 1,252.50 | 0.00 | 1,252.50 |
| Account No. | | | Security Deposit | | | | | | |
| Victor Spehar 6525 Stanley Ave. Unit #B Berwyn, IL 60402 | | J | | | | | 1,042.50 | 0.00 | 1,042.50 |
| Account No. | | | Security Deposit | | | | | | |
| Victoria Loyola & Donald Burnett 2402 S. Clarence Ave. Unit #6 Berwyn, IL 60402 | | J | | | | | 695.00 | 0.00 | 695.00 |

Sheet __32__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 5,427.50 | | 5,427.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Joseph J Pav,**                                    Case No. _____
       **Denise A Pav**
                                                 ,
                                  Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wayne & Sandra Buturusis**<br>**1511 S. Elmwood Ave, Unit #G**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 1,125.00 | | 1,125.00 |
| Account No.<br><br>**William Jones**<br>**5045 W. 24th St.**<br>**#303**<br>**Cicero, IL 60804** | | J | Security Deposit<br>   Garage - 2532 S. Grove Ave. | | | | | 0.00 | |
| | | | | | | | 60.00 | | 60.00 |
| Account No.<br><br>**Xochitl Marquez**<br>**2402 S. Clarence Ave.**<br>**Unit #9**<br>**Berwyn, IL 60402** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 1,087.50 | | 1,087.50 |
| Account No.<br><br>**Yvette Moore & Philip Varnado**<br>**1344 S. Austin Blvd, Unit #2W**<br>**Cicero, IL 60804** | | J | Security Deposit | | | | | 0.00 | |
| | | | | | | | 1,192.50 | | 1,192.50 |
| Account No. | | | | | | | | | |

Sheet __33__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,465.00 | 3,465.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____ ,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **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** | | | **1040 Income Taxes** | | | | | | |
| **Internal Revenue Service Department of the Treasury Cincinnati, OH 45999-0030** | | J | | | | | | | 10,995.55 |
| | | | | | | | 14,705.15 | | 3,709.60 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __34__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 10,995.55 | |
| (Total of this page) | 14,705.15 | 3,709.60 |
| Total | 13,985.55 | |
| (Report on Summary of Schedules) | 202,692.40 | 188,706.85 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Joseph J Pav,**
　　　　**Denise A Pav,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Accurate Irrigation, Inc<br>17031 Ozark Ave<br>Tinley Park, IL 60477** | | | **Goods and services for 14144 131st St, Lemont** | | | | 500.00 |
| Account No.<br><br>**Adeline Stejskal Living Trust<br>c/o Mildred Baskiewicz<br>6627 Sheffield Lane<br>Willowbrook, IL 60521** | | J | **2007-2009 loans** | | | | 275,000.00 |
| Account No. **7457100**<br><br>**Adventist Hinsdale Hosp<br>P.O. Box 9247<br>Oak Brook, IL 60522-9247** | | | **Medical services** | | | | 610.00 |
| Account No. **6363870**<br><br>**Adventist LaGrange Hosp<br>P.O. Box 9234<br>Oak Brook, IL 60522-9234** | | | **Medical services** | | | | 290.00 |

__49__  continuation sheets attached

Subtotal
(Total of this page)  **276,400.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
S/N:33609-100329   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
      **Denise A Pav**
                                                    ,
                                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **6406087**<br><br>**Adventist LaGrange Hosp**<br>**P.O. Box 9234**<br>**Oak Brook, IL 60522-9234** | | W | | | **Medical services** | | | | **1,017.72** |
| Account No. **6405524**<br><br>**Adventist LaGrange Hosp**<br>**P.O. Box 9234**<br>**Oak Brook, IL 60522-9234** | | W | | | **Medical services** | | | | **1,092.72** |
| Account No. **121711055**<br><br>**Advocate Good Samaritan Hospital**<br>**PO Box 93548**<br>**Chicago, IL 60673** | | W | | | **Medical services** | | | | **599.38** |
| Account No. **1141**<br><br>**Algor Plumbing & Heating**<br>**5220 W Cermak Rd**<br>**Cicero, IL 60804** | | | | | **Goods and services for Midwest Property Mgmt** | | | | **2,606.86** |
| Account No. **3715-490334-02006**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | | | | **Goods and services** | | | | **15,073.92** |

Sheet no. __**1**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
        (Total of this page)
        **20,390.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**
    **Denise A Pav**
                                ,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3715-372218-41002** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-8000** | | | Goods and services | | | | 1,367.95 |
| Account No. **AS0001153L** <br><br> **American General Life Insurance Co** <br> **P.O. Box 4880** <br> **Houston, TX 77210-4880** | | H | Bond | | | X | Unknown |
| Account No. **AS0001152L** <br><br> **American General Life Insurance Co** <br> **P.O. Box 4880** <br> **Houston, TX 77210-4880** | | W | Bond | | | X | Unknown |
| Account No. <br><br> **American Marine of Delavan** <br> **P.O. Box 102** <br> **Delavan, WI 53115** | | | Goods and services | | | | 1,468.00 |
| Account No. **FC 6** <br><br> **American Telephone & Data** <br> **P. O. Box 649** <br> **Wheaton, IL 60189-0649** | | | Goods and services for Midwest Property Mgmt | | | | 189.13 |

Sheet no. __2__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,025.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Denise A Pav**

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Arlene Lencioni 6513 W. 33rd Street Berwyn, IL 60402** | | J | | **2008 loan** | | | | **233,151.00** |
| Account No. 815 267-3524 393 6 **AT&T P.O. Box 8100 Aurora, IL 60507-8100** | | | | **Goods and services for 2900 Colorado Ave, Joliet** | | | | **31.47** |
| Account No. 5490-9936-4198-1503 **Bank of America P.O. Box 851001 Dallas, TX 75285-1001** | | | | **Goods and services** | | | | **17,341.24** |
| Account No. A 00015853 **Bolt Scavenger Svc 5819 W Ogden Ave Cicero, IL 60804** | | | | **Goods and services for Midwest Property Mgmt** | | | | **2,417.00** |
| Account No. 4104-1400-1874-1109 **Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153** | | | | **Goods and services** | | | | **3,312.60** |

Sheet no. __3__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　　**256,253.31**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
      **Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4301-5420-0453-4383** <br><br> **Cardmember Service** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | | Goods and services | | | | 7,702.60 |
| Account No. **4388-5760-2009-8649** <br><br> **Cardmember Service** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | | Goods and services | | | | 807.26 |
| Account No. **4970359** <br><br> **Chicago Sun Times Circulation** <br> **c/o Biehl & Biehl, Inc.** <br> **PO Box 87410** <br> **Carol Stream, IL 60188** | | W | Goods and services | | | | 39.03 |
| Account No. **10029096** <br><br> **Chicago SunTimes, Inc.** <br> **P.O. Box 1003** <br> **Tinley Park, IL 60477** | | J | Contingent corporate obligation <br> Midwest Properties | | | | 3,526.20 |
| Account No. **CB720232** <br><br> **Chicago Title Land Trust** <br> **171 N Clark St** <br> **Ste 575** <br> **Chicago, IL 60601** | | | Goods and services | | | | 235.00 |

Sheet no. __4__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,310.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **300011975**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | Goods and services | | | | 373.00 |
| Account No. **30000103639**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | Goods and services | | | | 595.00 |
| Account No. **B7800810531**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | Goods and services | | | | 675.00 |
| Account No. **CB910178**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | Goods and services | | | | 1,335.00 |
| Account No. **3000108748**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | Goods and services | | | | 440.00 |

Sheet no. __5__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,418.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**                                              Case No. _____
        **Denise A Pav**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3000107330**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | H | | Goods and services | | | | 715.00 |
| Account No. **3000107329**<br><br>**Chicago Title Land Trust**<br>**171 N Clark St**<br>**Ste 575**<br>**Chicago, IL 60601** | | | | | Goods and services | | | | 290.00 |
| Account No.<br><br>**Chuck Tomas**<br>**P.O. Box 3079**<br>**Friday Harbor, WA 98250** | | | | | Goods and services | | | | 200,000.00 |
| Account No.<br><br>**Chuck Tomas**<br>**P.O. Box 3079**<br>**Friday Harbor, WA 98250** | | H | | | 2009 loans | | | | 200,000.00 |
| Account No. **K91220**<br><br>**CIT Tech Financing**<br>**% McCarthy,Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146** | | | | | Goods and services for Midwest Property Mgmt | | | | 4,396.05 |

| | | |
|---|---|---|
| Sheet no. _**6**_ of _**49**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 405,401.05 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Joseph J Pav,**
          **Denise A Pav**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6032-5903-0238-0190** <br><br> **Citi** <br> **P.O. Box 22060** <br> **Tempe, AZ 85285-2060** | | | Goods and services | | | | **1,446.47** |
| Account No. **6032-5903-2522-0837** <br><br> **Citi** <br> **P.O. Box 183041** <br> **Columbus, OH 43218-3041** | | | Goods and services | | | | **1,083.75** |
| Account No. **5160424** <br><br> **Citizens Financial Bank** <br> **P.O. Box 1029** <br> **Hammond, IN 46320** | | | Unsecured loan | | | | **207,140.05** |
| Account No. **0030511702-1** <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | Goods and services for 1314 S Grove Ave, Berwyn | | | | **1,400.77** |
| Account No. **0030543202-5** <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | Goods and services for 2532 S Grove Ave, Berwyn | | | | **2,583.13** |

Sheet no. __7__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**213,654.17**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Denise A Pav**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 0030851502-2<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 2103 S. Kenilworth Ave, Berwyn | | | | 2,313.28 |
| Account No. 0040179401-0<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 2402 S Clarence Ave, Berwyn | | | | 5,656.68 |
| Account No. 0040622401-7<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 1821 S Harlem Ave, Berwyn | | | | 4,080.92 |
| Account No. 0040998002-6<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 2218 S Oak Park Ave, Berwyn | | | | 9,092.42 |
| Account No. 0041022101-9<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 3244 S Oak Park Ave, Berwyn | | | | 1,607.62 |

Sheet no. __8__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**22,750.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0041197501-0 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 6525 Stanley Ave, Berwyn | | | | 4,150.23 |
| Account No. 0011052101-3 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 6622 Pershing Rd, Berwyn | | | | 3,414.37 |
| Account No. 0020297902-9 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 2324 S Cuyler Ave, Berwyn | | | | 2,402.74 |
| Account No. 0021056802-4 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 1218 S Ridgeland Ave, Berwyn | | | | 3,175.55 |
| Account No. 0030159302-7 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 1415 S Clarence Ave, Berwyn | | | | 525.89 |

Sheet no. __9__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,668.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
     **Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 0030349403-2 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 1515 S East Ave, Berwyn | | | | 213.09 |
| Account No. 102285-02 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 1811 S Clinton Ave, Berwyn | | | | 563.38 |
| Account No. 0010228703-3 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 1813 S Clinton Ave, Berwyn | | | | 254.07 |
| Account No. 304633-04 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 1833 S Euclid Ave, Berwyn | | | | 552.29 |
| Account No. 0010237402-3 <br><br> City of Berwyn <br> 6700 W 26th St <br> Berwyn, IL 60402 | | | | | Goods and services for 2216 S Clinton Ave, Berwyn | | | | 202.21 |

Sheet no. __10__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,785.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**
       **Denise A Pav**                      Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0020746702-6 <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | **Goods and services for 2710 S Highland Ave, Berwyn** | | | | 869.03 |
| Account No. 0010252302-5 <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | **Goods and services for 3122 S Clinton Ave, Berwyn** | | | | 596.91 |
| Account No. 0030498202-6 <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | **Goods and services for 3716 S Euclid Ave, Berwyn** | | | | 360.42 |
| Account No. 0030180402-4 <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | **Goods and services for 2419 S Clarence Ave, Berwyn** | | | | 251.14 |
| Account No. 0030472504-3 <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | **Goods and services for 2412 S Euclid Ave, Berwyn** | | | | 1,559.73 |

Sheet no. __11__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,637.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
      **Denise A Pav**                                                    Case No. _____

                                  ,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. 0020895402-0<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 1600 S Lombard Ave, Berwyn | | | | 124.77 |
| Account No. 0030509902-0<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 1234 S Grove Ave, Berwyn | | | | 1,397.19 |
| Account No. 0020406501-0<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 1511 S Elmwood Ave, Berwyn | | | | 1,406.64 |
| Account No. 0030845502-1<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 1817 S Kenilworth Ave, Berwyn | | | | 1,228.03 |
| Account No. 0031261802-3<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 1831 S Wesley Ave, Berwyn | | | | 1,049.99 |

Sheet no. __12__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
              (Total of this page)        **5,206.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**                                          Case No. _____
       **Denise A Pav**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **204235-02**<br><br>**City of Berwyn**<br>**6700 W 26th St**<br>**Berwyn, IL 60402** | | | **Goods and services for 2334 S Elmwood Ave, Berwyn** | | | | 659.86 |
| Account No. **0030368102-9**<br><br>**City of Berwyn**<br>**6700 W 26th St**<br>**Berwyn, IL 60402** | | | **Goods and services for 2343 S East Ave, Berwyn** | | | | 431.29 |
| Account No. **0030179802-6**<br><br>**City of Berwyn**<br>**6700 W 26th St**<br>**Berwyn, IL 60402** | | | **Goods and services for 2409 S Clarence Ave, Berwyn** | | | | 178.62 |
| Account No. **0030862302-4**<br><br>**City of Berwyn**<br>**6700 W 26th St**<br>**Berwyn, IL 60402** | | | **Goods and services for 2524 S Kenilworth Ave, Berwyn** | | | | 264.36 |
| Account No. **0012052302-5**<br><br>**City of Berwyn**<br>**6700 W 26th St**<br>**Berwyn, IL 60402** | | | **Goods and services for 3122 S Clinton Ave, Berwyn** | | | | 381.40 |

Sheet no. __**13**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,915.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
    **Denise A Pav** Case No. _____

                                                                    ,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0030203202-0<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 3600 S Clarence Ave, Berwyn | | | | 1,447.96 |
| Account No. 0031297602-4<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 3601 S Wesley Ave, Berwyn | | | | 1,022.54 |
| Account No. 0031037602-4<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 3849 S Oak Park Ave, Berwyn | | | | 1,242.63 |
| Account No. 0040014401-4<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 6446 W 18th St, Berwyn | | | | 4,177.48 |
| Account No. 0010020902-0<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | | | | Goods and services for 6527 W 26th Pl, Berwyn | | | | 100.13 |

Sheet no. __14__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **7,990.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**          Case No. _____
       **Denise A Pav**
_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **105079-07** <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | | **Goods and services for 6542 Fairfield Ave, Berwyn** | | | | 566.49 |
| Account No. **09-003114** <br><br> **City of Berwyn** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | | | **Goods and services for 2334 S Elmwood Ave, Berwyn** | | | | 550.00 |
| Account No. **10-000311** <br><br> **City of Berwyn** <br> **City Hall, Main Lobby** <br> **6700 West 26th Street** <br> **Berwyn, IL 60402** | - | | | **Fine** | | | | 800.00 |
| Account No. **09-002747; 09-003114** <br><br> **City of Berwyn** <br> **Attn: Mary K. DelMedico** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | H | | **Fines** <br> **P.I.N.16-30-214-028-0000** | | | | 600.00 |
| Account No. **09-003220** <br><br> **City of Berwyn** <br> **Attn: Mary K. DelMedico** <br> **6700 W 26th St** <br> **Berwyn, IL 60402** | | H | | **Fine** <br> **P.I.N. 16-19-330-001-0000** | | | | 150.00 |

Sheet no. __**15**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,666.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
         **Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0031037602-4<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | - | Water and waste services | | | | 2,479.55 |
| Account No. 10-000020<br><br>City of Berwyn<br>6700 W 26th St<br>Berwyn, IL 60402 | | H | Fine<br>P.I.N. 16-20-303-021-0000 | | | | 550.00 |
| Account No. 4836484009<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | Goods and services for 6525 Stanley Ave, Berwyn | | | | 1,418.60 |
| Account No. 5169061031<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | Goods and services for 3420 S 60th Ct, Cicero | | | | 171.98 |
| Account No. 4754125038<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | Goods and services for 2324 S Cuyler Ave, Berwyn | | | | 102.18 |

Sheet no. __16__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,722.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5258034011**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 2218 S Oak Park Ave, Berwyn** | | | | 911.21 |
| Account No. **4922263012**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 1821 S Harlem Ave, Berwyn** | | | | 144.67 |
| Account No. **4332412007**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 2402 S. Clarence Ave, Berwyn** | | | | 942.77 |
| Account No. **4752426005**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 3244 S Oak Park Ave, Berwyn** | | | | 4,717.18 |
| Account No. **4833546011**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 4851 W 28th St, Cicero** | | | | 87.18 |

Sheet no. __17__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,803.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5092469009** <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | **Goods and services for 5731 W 21st St, Cicero** | | | | 55.68 |
| Account No. 5510045007 <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | **Goods and services for 6446 W 18th St, Berwyn** | | | | 1,304.45 |
| Account No. 5260190042 <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | **Goods and services for 1929 S Central Ave, Cicero** | | | | 114.57 |
| Account No. 4838162024 <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | **Goods and services for 2343 S East Ave, Berwyn** | | | | 571.24 |
| Account No. 4332661064 <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | **Goods and services for 2412 S Euclid Ave, Berwyn** | | | | 21.91 |

Sheet no. __18__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,067.85

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
    **Denise A Pav**

                                         ,
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4976314006**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **Goods and services for 3043 N Elm St, River Grove** | | | | 484.89 |
| Account No. **5329119025**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **Goods and services for 9122 W 31st St, Brookfield** | | | | 58.18 |
| Account No. **4976339003**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **Goods and services for 3055 N Elm St, River Grove** | | | | 142.90 |
| Account No. **4833544062**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **Goods and services for 4851 W 28th St, Cicero** | | | | 310.34 |
| Account No. **4924218006**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | **Goods and services for 1344 S Austin Blvd, Cicero** | | | | 711.75 |

Sheet no. __**19**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,708.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **4595009013**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 2900 Colorado Ave, Joliet** | | | | 85.73 |
| Account No. **5250393004**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 7860 W Ogden Ave, Lyons** | | | | 56.10 |
| Account No. **5250408000**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 7870 W Ogden Ave, Lyons** | | | | 54.39 |
| Account No. **5250421003**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 7880 W Ogden Ave, Lyons** | | | | 46.73 |
| Account No. **4914192004**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | | **Goods and services for 7890 W Ogden Ave, Lyons** | | | | 43.92 |

Sheet no. **20** of **49** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

286.87

B6F (Official Form 6F) (12/07) - Cont.

In re     **Joseph J Pav,**
          **Denise A Pav**

                                                                                    Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5250449001** <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | **Goods and services for 7900 W Ogden Ave, Lyons** | | | | **51.15** |
| Account No. **5334161013** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | - | | | **Utilities** | | | | **306.32** |
| Account No. **6011-0076-7162-8880** <br><br> **Discover** <br> **P.O. Box 6103** <br> **Carol Stream, IL 60197-6103** | | | | **Goods and services** | | | | **3,113.58** |
| Account No. **5114** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | **Goods and services for 2218 S Oak Park Ave, Berwyn** | | | | **210.00** |
| Account No. **5115** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | **Goods and services for 1821 S Harlem Ave, Berwyn** | | | | **210.00** |

Sheet no. __**21**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal
                                                             (Total of this page)          **3,891.05**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**
       **Denise A Pav**
                                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5117** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | | Goods and services for 2402 S Clarence Ave, Berwyn | | | | 210.00 |
| Account No. **5118** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | | Goods and services for 6446 W 18th St, Berwyn | | | | 240.00 |
| Account No. **5119** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | | Goods and services for 6447 W Cermak Rd, Berwyn | | | | 210.00 |
| Account No. **5120** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | | Goods and services for 6525 Stanley Ave, Berwyn | | | | 210.00 |
| Account No. **5319** <br><br> **Disposal Waste Svcs** <br> **6201 W Canal Bank Rd** <br> **P.O. Box 164059** <br> **Forest View, IL 60402** | | | | | Goods and services for 3244 S. Oak Park Ave, Berwyn | | | | 360.00 |

Sheet no. __22__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,230.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**

Case No. _____

                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **24-093070731** <br><br> **Dominion Retail** <br> **% CBCS 24** <br> **P.O. Box 164059** <br> **Columbus, OH 43216-4059** | | | | | **Goods and services for 7860 W Ogden Ave, Lyons** | | | | 2,852.78 |
| Account No. **24-093070719** <br><br> **Dominion Retail** <br> **% CBCS 24** <br> **P.O. Box 164059** <br> **Columbus, OH 43216-4059** | | | | | **Goods and services for 7870 W Ogden Ave, Lyons** | | | | 3,017.65 |
| Account No. **24-093070715** <br><br> **Dominion Retail** <br> **% CBCS 24** <br> **P.O. Box 164059** <br> **Columbus, OH 43216-4059** | | | | | **Goods and services for 7880 W Ogden Ave, Lyons** | | | | 3,117.09 |
| Account No. **24-093070734** <br><br> **Dominion Retail** <br> **% CBCS 24** <br> **P.O. Box 164059** <br> **Columbus, OH 43216-4059** | | | | | **Goods and services for 7890 W Ogden Ave, Lyons** | | | | 2,275.88 |
| Account No. **1163080000** <br><br> **Dominion Retail** <br> **% CBCS 24** <br> **P.O. Box 164059** <br> **Columbus, OH 43216-4059** | | | | | **Goods and services for 7900 W Ogden Ave, Lyons** | | | | 2,314.44 |

Sheet no. __23__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,577.84

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**
     **Denise A Pav**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Elgin State Bank** <br>**1001 S Randall Rd** <br>**Elgin, IL 60123-0541** | | | **Goods and services for Timberline & West New Ave, Lemont** | | | | 2,500.00 |
| Account No. **015951-00** <br><br>**Elgin State Bank** <br>**1001 S. Randall Road** <br>**Elgin, IL 60123** | | H | **Guarantor of mortgage** | | | | 432,017.00 |
| Account No. **015950-00** <br><br>**Elgin State Bank** <br>**1001 S. Randall Road** <br>**Elgin, IL 60123** | | H | **Guarantor of mortgage** | | | | 502,457.00 |
| Account No. **5523-0123-0000-4399** <br><br>**Fifth Third Bank** <br>**P.O. Box 740789** <br>**Cincinnati, OH 45274-0789** | | | **Goods and services** | | | | 14,801.03 |
| Account No. **0900769704-00059** <br><br>**Fifth Third Bank** <br>**346 W. Carol Ln** <br>**MDGOPS11** <br>**Elmhurst, IL 60126** | | | **Unsecured loan** | | | | 671.69 |

Sheet no. __24__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

952,446.72

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**    Case No. _____
         **Denise A Pav**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0900769712-00091 <br><br> **Fifth Third Bank** <br> **346 W. Carol Ln** <br> **MDGOPS11** <br> **Elmhurst, IL 60126** | | | Unsecured loan | | | | 2,372.77 |
| Account No. 106569-3840 <br><br> **Fifth Third Bank** <br> **346 W. Carol Lane** <br> **Elmhurst, IL 60126** | | J | Note dated 5/27/09 used to pay off letter of credit presented by AIG. | | | | 101,682.72 |
| Account No. 7957500 <br><br> **Figatner-Scott Co** <br> **6217 W Cermak Rd** <br> **Berwyn, IL 60402** | | | Goods and services for Midwest Property Mgmt | | | | 2,649.15 |
| Account No. 21199-0001-1121115 <br><br> **First Insurance Funding Corp.** <br> **PO Box 66468** <br> **Chicago, IL 60666** | | - | Goods and services for Pav Real Estate & Midwest | | | | 16,046.25 |
| Account No. 6440-0001M <br><br> **Garfield & Merel, Ltd** <br> **Two Prudential Plaza** <br> **180 N Stetson Ave #1300** <br> **Chicago, IL 60661** | | | Goods and services | | | | 5,173.81 |

Sheet no. __25__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **127,924.70**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**                           Case No. _____
        **Denise A Pav**

                                           ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60807**<br><br>**Groot**<br>**P.O. Box 92257**<br>**Elk Grove Village, IL 60009** | | | Goods and services for 5731 W 21st St, Cicero | | | | 280.20 |
| Account No. **64342**<br><br>**Groot**<br>**P.O. Box 92257**<br>**Elk Grove Village, IL 60009** | | | Goods and services for 9122 W 31st St, Brookfield | | | | 121.63 |
| Account No. **P1154**<br><br>**H.H. Holmes Testing Labs**<br>**170 Shepard Ave**<br>**Attn: Todd Nelson**<br>**Wheeling, IL 60090** | | | Goods and services for Timberline & West New Ave, Lemont | | | | 6,746.75 |
| Account No. **6004-3005-8055-3557**<br><br>**HSBC Business**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** | | | Goods and services | | | | 3,737.28 |
| Account No. **6004-3005-8012-3393**<br><br>**HSBC Business**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** | | | Goods and services | | | | 1,157.12 |

Sheet no. __26__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                            (Total of this page)     **12,042.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**
　　　**Denise A Pav**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **00-502** <br><br> **Inland Bank** <br> **305 W St. Charles Rd** <br> **Villa Park, IL 60181** | | | J | | Goods and services | | | | 150.00 |
| Account No. **06-553** <br><br> **Inland Bank** <br> **305 W St. Charles Rd** <br> **Villa Park, IL 60181** | | | | | Goods and services | | | | 220.00 |
| Account No. **1671600** <br><br> **Inland Bank** <br> **5456 S. LaGrange Rd** <br> **Countryside, IL 60525** | | | | | Unsecured loan | | | | 253,246.51 |
| Account No. <br><br> **Josephine Lampignano** <br> **3043-55 Elm Street** <br> **River Grove, IL 60171** | | | J | | Potential claims arising from real estate sale | | X | X | Unknown |
| Account No. **646203** <br><br> **Konica Minolta** <br> **100 Williams Dr** <br> **Ramsey, NJ 07446** | | | | | Goods and services for Midwest Property Mgmt | | | | 1,562.13 |

Sheet no. __27__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

255,178.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
      **Denise A Pav**
                                                  , Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **maj-426-1N-pav1n**<br><br>**Majestic Condo Asso**<br>**% Mastercare Bldg Svcs.**<br>**41 Chicago Ave.**<br>**Oak Park, IL 60302** | | | **Goods and services for 426 S Euclid Ave #1N, Oak Park** | | | | 210.78 |
| Account No. **maj-42n-2n-pav2n**<br><br>**Majestic Condo Asso**<br>**% Mastercare Bldg Svcs.**<br>**41 Chicago Ave.**<br>**Oak Park, IL 60302** | | | **Goods and services for 426 S Euclid Ave #2N, Oak Park** | | | | 210.78 |
| Account No.<br><br>**Majestic Condo Asso**<br>**% Mastercare Bldg Svcs.**<br>**41 Chicago Ave.**<br>**Oak Park, IL 60302** | | | **Goods and services for 426 S Euclid Ave #1N, Oak Park** | | | | 1,458.00 |
| Account No.<br><br>**Majestic Condo Asso**<br>**% Mastercare Bldg Svcs.**<br>**41 Chicago Ave.**<br>**Oak Park, IL 60302** | | | **Goods and services for 426 S Euclid Ave #2N, Oak Park** | | | | 1,458.00 |
| Account No.<br><br>**Maria Estrada**<br>**c/o Steven J. Critz**<br>**221 N. LaSalle St., Ste. 2006**<br>**Chicago, IL 60601** | X | J | **Slip & fall lawsuit**<br>**2009 L 14505** | X | X | | 50,000.00 |

Sheet no. __28__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                     (Total of this page)     53,337.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,** Case No. _____
 **Denise A Pav**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MB 15819** <br><br> **Marquette Bank** <br> **6155 S Pulaski Rd** <br> **Chicago, IL 60629** | | | Goods and services | | | | 815.00 |
| Account No. **MB 14800** <br><br> **Marquette Bank** <br> **6155 S Pulaski Rd** <br> **Chicago, IL 60629** | | | Goods and services | | | | 450.00 |
| Account No. **50782** <br><br> **Master Elevator Co** <br> **7255 N Harlem Ave** <br> **Niles, IL 60714** | | | Goods and services for 6447 W. Cermak Rd, Berwyn | | | | 550.00 |
| Account No. <br><br> **Matthew J. Conti** <br> **218 N Jefferson St** <br> **Ste 400** <br> **Chicago, IL 60661** | | | Goods and services | | | | 1,312.50 |
| Account No. **410007518** <br><br> **Middlesex Mutual Assurance Company** <br> **PO Box 981035** <br> **Boston, MA 02298** | - | | Premium | | | | 19,008.00 |

Sheet no. __29__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **22,135.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**
                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83045** | | | Medical services | | | | |
| **Midwest Digestive Disease Speclsts** **360 W. Butterfield Road** **Suite 280** **Elmhurst, IL 60126** | | W | | | | | 497.12 |
| Account No. **902** | | | Goods and services | | | | |
| **National City** **P.O. Box 856177** **Louisville, KY 40285-6177** | | | | | | | 15,106.30 |
| Account No. **9002761** | | | Goods and services for Midwest Property Mgmt | | | | |
| **NCO Group** **P.O. Box 73521** **Cleveland, OH 44193** | | | | | | | 341.31 |
| Account No. **15-80-77-0000** | | | Goods and services for 1821 S Harlem Ave, Berwyn | | | | |
| **Nicor Gas** **P.O. Box 0632** **Aurora, IL 60507-0632** | | | | | | | 9,894.39 |
| Account No. **31-31-05-2609** | | | Goods and services for 2103 S. Kenilworth Ave, Berwyn | | | | |
| **Nicor Gas** **P.O. Box 0632** **Aurora, IL 60507-0632** | | | | | | | 2,861.75 |

Sheet no. __**30**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     28,700.87

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**
                                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **67-28-54-6521** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | **Goods and services for 2218 S Oak Park Ave, Berwyn** | | | | **2,273.93** |
| Account No. **78-38-29-4759** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | **Goods and services for 2532 S Grove Ave, Berwyn** | | | | **4,816.03** |
| Account No. **87-56-36-6651** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | **Goods and services for 3218 S 49th Ave, Cicero** | | | | **2,491.88** |
| Account No. **02-98-47-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | **Goods and services for 3244 S Oak Park Ave, Berwyn** | | | | **1,811.85** |
| Account No. **45-05-55-3769** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | **Goods and services for 3420 S 60th Ct, Cicero** | | | | **1,274.05** |

Sheet no. **31** of **49** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,667.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**                                                      Case No. _____
**Denise A Pav**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **11-90-57-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | Goods and services for 6525 Stanley Ave, Berwyn | | | | 41,362.07 |
| Account No. **36-63-46-2488** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | Goods and services for 6624 W Pershing Rd, Berwyn | | | | 264.52 |
| Account No. **92-21-99-8932** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | Goods and services for 1234 S Grove Ave, Berwyn | | | | 555.68 |
| Account No. **11-46-86-1953** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | Goods and services for 1929 S Central Ave, Cicero | | | | 669.39 |
| Account No. **06-11-29-2731** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | Goods and services for 1817 S Kenilworth Ave, Berwyn | | | | 9,497.45 |

Sheet no. __32__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **52,349.11**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
**Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **22-82-34-9475** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 1831 S Wesley Ave, Berwyn** | | | | **5,067.64** |
| Account No. **13-66-67-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 2343 S East Ave, Berwyn** | | | | **1,469.13** |
| Account No. **75-95-64-8496** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 2409 S Central Ave, Berwyn** | | | | **2,531.37** |
| Account No. **43-98-19-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 3043 N Elm St, River Grove** | | | | **3,740.09** |
| Account No. **90-59-83-9954** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 3055 N Elm St, River Grove** | | | | **609.30** |

Sheet no. __33__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,417.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
       **Denise A Pav**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **90-53-97-7400** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 3540 S 53rd Ct, Cicero** | | | | **3,580.23** |
| Account No. **58-95-84-2488** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 3601 S Wesley Ave, Berwyn** | | | | **3,046.40** |
| Account No. **72-07-47-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 4128 S Gunderson Ave, Stickney** | | | | **6,305.06** |
| Account No. **58-20-84-9730** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 4851 W 28th St, Cicero** | | | | **1,353.20** |
| Account No. **81-13-67-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 5731 W 21st St, Cicero** | | | | **5,204.99** |

Sheet no. __**34**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,489.88**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**
　　　**Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **19-65-26-7013** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 6448 W 18th St, Berwyn** | | | | **663.72** |
| Account No. **68126640** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 3218 S 49th Ave, Cicero** | | | | **10,270.69** |
| Account No. **30-63-08-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 7860 W Ogden Ave, Lyons** | | | | **2,531.37** |
| Account No. **40-63-08-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 7870 W Ogden Ave, Lyons** | | | | **2,565.28** |
| Account No. **70-63-08-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | **Goods and services for 7880 W Ogden Ave, Lyons** | | | | **2,861.97** |

Sheet no. __**35**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,893.03**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**                                           Case No. _____
         **Denise A Pav**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **70-63-08-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | **Goods and services for 7890 W Ogden Ave, Lyons** | | | | 1,164.64 |
| Account No. **11-63-08-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | **Goods and services for 7900 W Ogden Ave, Lyons** | | | | 3,199.19 |
| Account No. **81-57-18-0000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | | | | | **Goods and services for 9122 W 31st St, Brookfield** | | | | 341.61 |
| Account No. **9148952** <br><br> **Paetec** <br> **P.O. Box 3177** <br> **Cedar Rapids, IA 62406-3177** | | | | | **Goods and services for Midwest Property Mgmt** | | | | 282.26 |
| Account No. **01600500146-00003** <br><br> **Park National Bank** <br> **P.O. Box 4000** <br> **Oak Park, IL 60303** | | | | | **Unsecured loan** | | | | 459,753.61 |

Sheet no. __**36**__ of __**49**__ sheets attached to Schedule of          Subtotal          464,741.31
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**                                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **01600500146-00004** <br><br> **Park National Bank** <br> **P.O. Box 4000** <br> **Oak Park, IL 60303** | | | Unsecured loan | | | | 195,249.04 |
| Account No. **01600500146-00005** <br><br> **Park National Bank** <br> **P.O. Box 4000** <br> **Oak Park, IL 60303** | | | Unsecured loan | | | | 2,817,296.64 |
| Account No. **01600500146-00001** <br><br> **Park National Bank** <br> **P.O. Box 4000** <br> **Oak Park, IL 60303** | | | Unsecured loan | | | | 626,561.30 |
| Account No. **01600500146-00006** <br><br> **Park National Bank** <br> **P.O. Box 4000** <br> **Oak Park, IL 60303** | | | Unsecured loan | | | | 616,663.23 |
| Account No. <br><br> **R & R Enterprises** <br> **15311 S. Corbin Street** <br> **Plainfield, IL 60544** | | J | Contingent corporate obligation regarding Colorado Investment Partners, LLC. | | | | 2,846.00 |

Sheet no. __37__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,258,616.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**                                                    Case No. _____
       **Denise A Pav**
_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Reinke Excavating, Inc** <br> **10 S 440 Drew Ave** <br> **Burr Ridge, IL 60527** | | | | Goods and services for 14144 131st St, Lemont | | | | 18,829.77 |
| Account No. <br><br> **Rieff Schramm & Kanter** <br> **100 N. LaSalle St** <br> **23rd Floor** <br> **Chicago, IL 60602-2402** | | | | Goods and services | | | | 78,736.82 |
| Account No. **150840** <br><br> **Roake & Assoc** <br> **% Teller Levit Silvertrust,PC** <br> **11 E Adams St** <br> **Chicago, IL 60603** | | | | Goods and services for Timberline & West New Ave, Lemont | | | | 19,769.49 |
| Account No. **5121 0719 6493 1152** <br><br> **Sears Credit Cards** <br> **P.O. Box 183082** <br> **Columbus, OH 43218-3082** | | | | Goods and services | | | | 342.91 |
| Account No. **9099897** <br><br> **Smithereen** <br> **7400 N Melvina Ave** <br> **Niles, IL 60714-3908** | | | | Goods and services for 7860-7900 W Ogden Ave, Lyons | | | | 870.00 |

Sheet no. __38__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                   Subtotal
                                     (Total of this page)     **118,548.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
         **Denise A Pav**
                                                                      Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 9419120<br><br>State Fire Marshall<br>1035 Stevenson Dr<br>Springfield, IL 62703 | | | | | Goods and services for 2402 S Clarence Ave, Berwyn | | | | 100.00 |
| Account No. 9424748<br><br>State Fire Marshall<br>1035 Stevenson Dr<br>Springfield, IL 62703 | | | | | Goods and services for 1821 S Harlem Ave, Berwyn | | | | 100.00 |
| Account No. 9409206<br><br>State Fire Marshall<br>1035 Stevenson Dr<br>Springfield, IL 62703 | | | | | Goods and services for 3244 S Oak Park Ave, Berwyn | | | | 100.00 |
| Account No. 9418748<br><br>State Fire Marshall<br>1035 Stevenson Dr<br>Springfield, IL 62703 | | | | | Goods and services for 6525 Stanley Ave, Berwyn | | | | 100.00 |
| Account No. 9428462<br><br>State Fire Marshall<br>1035 Stevenson Dr<br>Springfield, IL 62703 | | | | | Goods and services for 7860-7900 W Ogden Ave, Lyons | | | | 400.00 |

Sheet no. __39__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                800.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**                                                  Case No. _____
**Denise A Pav**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 9428647 **State Fire Marshall** **1035 Stevenson Dr** **Springfield, IL 62703** | | | | | Goods and services for 7870 W Ogden Ave, Lyons | | | | 100.00 |
| Account No. 21543 **Suburban Life Pub.** **1101 W 31st St** **Ste 100** **Downers Grove, IL 60515** | | | | | Goods and services for Midwest Property Mgmt | | | | 3,884.63 |
| Account No. 5121 0801 0178 6973 **TGI Mastercard** **P.O. Box 183082** **Columbus, OH 43218-3082** | | | | | Goods and services | | | | 1,194.01 |
| Account No. **The Lannert Group, Inc.** **215 Fulton St** **Geneva, IL 60134** | | | | | Goods and services for Timberline & West New Ave, Lemont | | | | 11,329.00 |
| Account No. 551808301 **The Private Bank** **70 W Madison, Ste 200** **Chicago, IL 60602** | | | | | Goods and services | | | | 5,068.06 |

Sheet no. __40__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,575.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**                                          Case No. _____
        **Denise A Pav**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **551808302** <br><br> **The Private Bank** <br> **70 W Madison, Ste 200** <br> **Chicago, IL 60602** | | | Goods and services | | | | 4,074.44 |
| Account No. **551808302** <br><br> **The Private Bank** <br> **70 W Madison, Ste 200** <br> **Chicago, IL 60602** | | | Goods and services | | | | 3,974.44 |
| Account No. **5554888** <br><br> **The Private Bank** <br> **70 West Madison** <br> **Suite 200** <br> **Chicago, IL 60602** | | J | Balance due after presentment and honor of letter of credit. | | | | 225,000.00 |
| Account No. **10921750** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | Goods and services for 1533 S Laramie Ave, Cicero | | | | 2,442.88 |
| Account No. **31425110** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | Goods and services for 2524 S 58th Ct, Cicero | | | | 2,295.85 |

Sheet no. __41__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

237,787.61

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**                                                                    Case No. _____
         **Denise A Pav**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40713580** <br><br> **Town of Cicero** <br>**4949 W Cermak Rd** <br>**Cicero, IL 60804** | | | **Goods and services for 2830 S 51st Ave, Cicero** | | | | 2,148.95 |
| Account No. **40714520** <br><br> **Town of Cicero** <br>**4949 W Cermak Rd** <br>**Cicero, IL 60804** | | | **Goods and services for 3206 S 52nd Ct, Cicero** | | | | 1,816.98 |
| Account No. **40612880** <br><br> **Town of Cicero** <br>**4949 W Cermak Rd** <br>**Cicero, IL 60804** | | | **Goods and services for 3218 S 49th Ave, Cicero** | | | | 3,902.93 |
| Account No. **42143500** <br><br> **Town of Cicero** <br>**4949 W Cermak Rd** <br>**Cicero, IL 60804** | | | **Goods and services for 3420 S 60th Ct, Cicero** | | | | 400.75 |
| Account No. **30709380** <br><br> **Town of Cicero** <br>**4949 W Cermak Rd** <br>**Cicero, IL 60804** | | | **Goods and services for 4816 W 24th St, Cicero** | | | | 2,477.21 |

Sheet no. __42__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,746.82**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph J Pav,**
    **Denise A Pav**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40202620** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | **Goods and services for 5041 W 29th Pl, Cicero** | | | | 1,566.30 |
| Account No. **20305270** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | **Goods and services for 1929 S Central Ave, Cicero** | | | | 3,129.12 |
| Account No. **31933710** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | **Goods and services for 2630 S 61st Ave, Cicero** | | | | 421.54 |
| Account No. **31527170** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | **Goods and services for 2722 S 59th Ave, Cicero** | | | | 667.90 |
| Account No. **41634430** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | **Goods and services for 3820 S 58th Ave, Cicero** | | | | 356.68 |

Sheet no. __43__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,141.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**
        **Denise A Pav**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **42041040** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | Goods and services for 3243 S Austin Blvd, Cicero | | | | 1,995.60 |
| Account No. **40715790** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | Goods and services for 3733 S 52nd Ct, Cicero | | | | 2,708.82 |
| Account No. **20508450** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | Goods and services for 1324 S 57th Ave, Cicero | | | | 1,500.00 |
| Account No. **50405312** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | Goods and services for 1344 S Austin Blvd, Cicero | | | | 412.33 |
| Account No. **20305280** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | Goods and services for 1930 S Central Ave, Cicero | | | | 920.72 |

Sheet no. __44__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,537.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**                                                        Case No. _____
        **Denise A Pav**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **42143350** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | | Goods and services for 3332 S 60th Ct, Cicero | | | | 852.02 |
| Account No. **40816830** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | | Goods and services for 3521 S 53rd Ave, Cicero | | | | 2,022.03 |
| Account No. **40819030** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | | Goods and services for 3540 S 53rd Ct, Cicero | | | | 1,187.45 |
| Account No. **42042210** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | | Goods and services for 3638 S Austin Blvd, Cicero | | | | 2,221.40 |
| Account No. **40100670** <br><br> **Town of Cicero** <br> **4949 W Cermak Rd** <br> **Cicero, IL 60804** | | | | | Goods and services for 4851 W 28th St, Cicero | | | | 1,285.92 |

Sheet no. __45__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              7,568.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph J Pav,**                                                    Case No. _____
        **Denise A Pav**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40202280**<br><br>**Town of Cicero**<br>**4949 W Cermak Rd**<br>**Cicero, IL 60804** | | | Goods and services for 4919 W 29th Pl, Cicero | | | | 176.16 |
| Account No. **20100740**<br><br>**Town of Cicero**<br>**4949 W Cermak Rd**<br>**Cicero, IL 60804** | | | Goods and services for 5731 W 21st St, Cicero | | | | 766.69 |
| Account No. **21329120**<br><br>**Town of Cicero**<br>**4949 W Cermak Rd**<br>**Cicero, IL 60804** | | | Goods and services for 1912 S 61st Ave, Cicero | | | | 0.00 |
| Account No. **40202620 1973**<br><br>**Town of Cicero**<br>**Bureau of Water & Sewerage**<br>**4949 W. Cermak Road**<br>**Cicero, IL 60804** | | - | Water and waste services | | | | 1,788.18 |
| Account No.<br><br>**Town of Cicero**<br>**Rodent Control Dept.**<br>**1342 S. 50th Ct.**<br>**Cicero, IL 60804** | | J | Violation Notice | | | | Unknown |

Sheet no. __46__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,731.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
          **Denise A Pav**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 960278362 <br><br> **U.S. Cellular** <br> **P.O. Box 7835** <br> **Madison, WI 53707** | | | J | | **Contingent corporate obligation regarding Midwest Property Management** | | | | 544.00 |
| Account No. T8002470-0 <br><br> **Veolia Svcs** <br> **4612 W Lake St** <br> **Melrose Park, IL 60160** | | | | | **Goods and services for 1344 S Austin Blvd, Cicero** | | | | 1,273.41 |
| Account No. T8014191-3 <br><br> **Veolia Svcs** <br> **4612 W Lake St** <br> **Melrose Park, IL 60160** | | | | | **Goods and services for 7860-7900 W Ogden Ave, Lyons** | | | | 1,468.67 |
| Account No. 009920-00 <br><br> **Village of Lyons** <br> **4200 Lawndale Ave** <br> **Lyons, IL 60534** | | | | | **Goods and services for 7860 W Ogden Ave, Lyons** | | | | 2,882.76 |
| Account No. 009922-00 <br><br> **Village of Lyons** <br> **4200 Lawndale Ave** <br> **Lyons, IL 60534** | | | | | **Goods and services for 7870 W Ogden Ave, Lyons** | | | | 817.85 |

Sheet no. __47__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,986.69

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph J Pav,**
**Denise A Pav**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **009924-00** <br><br> **Village of Lyons** <br> **4200 Lawndale Ave** <br> **Lyons, IL 60534** | | | | **Goods and services for 7880 W Ogden Ave, Lyons** | | | | 2,044.43 |
| Account No. **009926-00** <br><br> **Village of Lyons** <br> **4200 Lawndale Ave** <br> **Lyons, IL 60534** | | | | **Goods and services for 7890 W Ogden Ave, Lyons** | | | | 1,023.04 |
| Account No. **009928-00** <br><br> **Village of Lyons** <br> **4200 Lawndale Ave** <br> **Lyons, IL 60534** | | | | **Goods and services for 7900 W Ogden Ave, Lyons** | | | | 1,010.11 |
| Account No. **4060070000** <br><br> **Village of River Grove** <br> **2621 Thatcher** <br> **River Grove, IL 60171** | | | | **Goods and services for 3055 N Elm St, River Grove** | | | | 1,741.40 |
| Account No. **4060060000** <br><br> **Village of River Grove** <br> **2621 Thatcher** <br> **River Grove, IL 60171** | | | | **Goods and services for 3043 N Elm St, River Grove** | | | | 3,715.44 |

Sheet no. __48__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,534.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph J Pav,**
     **Denise A Pav**
                                                   ,
                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **102621** <br><br> **Village of Stickney** <br> **6533 W. Pershing Rd** <br> **Stickney, IL 60402** | | | **Goods and services for 4325 S Clinton Ave, Stickney** | | | | 273.90 |
| Account No. **103043** <br><br> **Village of Stickney** <br> **6533 W. Pershing Rd** <br> **Stickney, IL 60402** | | | **Goods and services for 4400 S Clinton Ave, Stickney** | | | | 149.61 |
| Account No. **100148** <br><br> **Village of Stickney** <br> **6533 W. Pershing Rd** <br> **Stickney, IL 60402** | | | **Goods and services for 4128 S Gunderson Ave, Stickney** | | | | 371.33 |
| Account No. **1060680000** <br><br> **Village of Westchester** <br> **10300 Roosevelt Rd** <br> **Westchester, IL 60154** | | | **Goods and services for 929 Portsmouth Ave, Westchester** | | | | 103.36 |
| Account No. **1528094720** <br><br> **Waste Management** <br> **1411 Opus Pl** <br> **Ste 400** <br> **Downers Grove, IL 60515** | | | **Goods and services for 3043-55 N. Elm St, River Grove** | | | | 2,528.89 |

Sheet no. __49__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,427.09

Total
(Report on Summary of Schedules)    8,010,088.60

B6G (Official Form 6G) (12/07)

.

In re    **Joseph J Pav,**                      Case No. _____
          **Denise A Pav**

_____,
                           Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Allen & Josephine Hoard**<br>**929 Portsmouth**<br>**Westchester, IL 60154** | **Residential lease of real property at $1,395.00 per month, terminates 9/30/2010** |
| **Amanda Coleman**<br>**6624 W. Pershing Rd, Unit 2**<br>**Berwyn, IL 60402** | **Residential lease of real property at $650.00 per month, terminates 1/31/2011** |
| **Anais Soto & Adalberto Nova**<br>**3218 S. 49th Ave, Unit 1R**<br>**Cicero, IL 60804** | **Residential lease of real property at $595.00 per month, terminates 3/31/2010** |
| **Anne Butler**<br>**6525 Stanley Ave, Unit A**<br>**Berwyn, IL 60402** | **Residential lease of real property at $725.00 per month, terminates month-to-month** |
| **Aretha Samuels**<br>**2103 S. Kenilworth Ave, Unit G**<br>**Berwyn, IL 60402** | **Residential lease of real property at $695.00 per month, terminates 9/30/2010** |
| **Armando Perez Martinez**<br>**3244 S. Oak Park Ave, Unit 9**<br>**Berwyn, IL 60402** | **Residential lease of real property at $450.00 per month, terminates 2/28/2010** |
| **Bank of America**<br>**135 S. LaSalle**<br>**Chicago, IL 60603** | **Letter of credit #68033361 issued to A1 Credit Corp.**<br>**$95,000.00** |
| **Bethena & Thaddus Johnson**<br>**2532 S. Grove Ave, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $805.00 per month, terminates 2/28/2010** |
| **Betty Day & Tahisha Morris**<br>**2402 S. Clarence Ave, Unit 7**<br>**Berwyn, IL 60402** | **Residential lease of real property at $725.00 per month, terminates 7/31/2010** |
| **Brenda Dale**<br>**2324 S. Cuyler Ave, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $895.00 per month, terminates 1/31/2010** |
| **Brenda Guerrero & Jimmy Casillas**<br>**2402 S. Clarence Ave, Unit 3**<br>**Berwyn, IL 60402** | **Residential lease of real property at $670.00 per month, terminates 2/28/2010** |
| **Brian Wisner**<br>**6622 W. Pershing Rd**<br>**Berwyn, IL 60402** | **Residential lease of real property at $915.00 per month, terminates month-to-month** |

**6**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Joseph J Pav,**                                                      Case No. _____

       **Denise A Pav**

_____ ,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Carmen Morales**<br>**4816 W. 24th St, Unit 2**<br>**Cicero, IL 60804** | **Residential lease of real property at $975.00 per month, terminates 6/30/2010** |
| **Charles & Michelle Queen**<br>**4325 S. Clinton Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,775.00 per month, terminates month-to-month** |
| **Charles M. Niedrich**<br>**7890 W. Ogden Ave, Unit 1D**<br>**Lyons, IL 60534** | **Residential lease of real property at $810.00 per month, terminates month-to-month** |
| **Chimere Finley**<br>**3244 S. Oak Park Ave, Unit 6**<br>**Berwyn, IL 60402** | **Residential lease of real property at $595.00 per month, terminates 10/31/2010** |
| **Claribel Miranda/Jonathan Jay Lewis**<br>**2218 S. Oak Park Ave, Unit G**<br>**Berwyn, IL 60402** | **Residential lease of real property at $750.00 per month, terminates 1/31/2010** |
| **Claudia & Jesus Hernandez**<br>**3206 S. 52nd Ct, Unit 1R**<br>**Cicero, IL 60804** | **Residential lease of real property at $495.00 per month, terminates month-to-month** |
| **Cornelious McDade & Nicole Neeley**<br>**3244 S. Oak Park Ave, Unit 2**<br>**Berwyn, IL 60402** | **Residential lease of real property at $670.00 per month, terminates 2/28/2010** |
| **Cynthia Meza & Rudy Parra**<br>**1821 S. Harlem Ave, Unit 1E**<br>**Berwyn, IL 60402** | **Residential lease of real property at $775.00 per month, terminates 2/28/2010** |
| **Cyrstal Robinson & James Reeder**<br>**1821 S. Harlem Ave Unit 2W**<br>**Berwyn, IL 60402** | **Residential lease of real property at $815.00 per month, terminates 2/28/2010** |
| **Danush Sukie**<br>**3206 S. 52nd Ct, Unit 1F**<br>**Cicero, IL 60804** | **Residential lease of real property at $550.00 per month, terminates 9/30/2010** |
| **David Anderson & Tiffany Gibson**<br>**1813 S. Clinton Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,495.00 per month, terminates 1/31/2010** |
| **David Meyer**<br>**3244 S. Oak Park Ave, Unti 4**<br>**Berwyn, IL 60402** | **Residential lease of real property at $550.00 per month, terminates month-to-month** |
| **Doris J. Moore Faust**<br>**1415 S. Clarence Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,395.00 per month, terminates 3/31/2010** |

Sheet   **1**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Joseph J Pav,**
    **Denise A Pav**

Case No. _____

               Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ea Stewart & Robert Young**<br>**2324 S. Cuyler Ave, Unit 2**<br>**Berwyn, IL 60402** | **Residential lease of real property at $875.00 per month, terminates month-to-month** |
| **Eboni Presswood & Courtney Hendrix**<br>**1811 S. Clinton Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,595.00 per month, terminates 8/31/2010** |
| **Edwinita Allan/Kristopher Williams**<br>**3244 S. Oak Park Ave, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $685.00 per month, terminates month-to-month** |
| **Erika McDaniel**<br>**1218 S. Ridgeland Ave, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $925.00 per month, terminates 8/31/2010** |
| **Essie Boatman & Joanne Berry**<br>**2710 S. Highland Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,350.00 per month, terminates 2/28/2010** |
| **Fayneshia Dale**<br>**2218 S. Oak Park Ave, Unit 1F**<br>**Berwyn, IL 60402** | **Residential lease of real property at $795.00 per month, terminates month-to-month** |
| **Fifth Third Bank**<br>**640 Pasquinelli Drive**<br>**Suite 200**<br>**Westmont, IL 60559** | **Letter of credit #SZ01815 issued to A1 Credit Corp.**<br>**$101,137.00** |
| **Gregory Gordon**<br>**2324 S. Cuyler Ave, Unit G**<br>**Berwyn, IL 60402** | **Residential lease of real property at $450.00 per month, terminates 9/30/2010** |
| **Gregory McKeithen**<br>**6525 Stanley Ave, Unit E**<br>**Berwyn, IL 60402** | **Residential lease of real property at $625.00 per month, terminates 8/31/2010** |
| **Humberto Diaz**<br>**6525 Stanley Ave, Unit D**<br>**Berwyn, IL 60402** | **Residential lease of real property at $450.00 per month, terminates 7/31/2010** |
| **Inland Bank**<br>**305 W. St. Charles Road**<br>**Villa Park, IL 60181** | **Letter of credit #385 issued to A1 Credit Corp.**<br>**$105,000.00** |
| **Iris Perez**<br>**3244 S. Oak Park Ave, Unit 3**<br>**Berwyn, IL 60402** | **Residential lease of real property at $645.00 per month, terminates 5/31/2010** |
| **Jocquin Henderson**<br>**3244 S. Oak Park Ave, Unit 5**<br>**Berwyn, IL 60402** | **Residential lease of real property at $595.00 per month, terminates 11/30/2010** |

Sheet __2__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Joseph J Pav,**                                                    Case No. _____
       **Denise A Pav**
_____,
                             Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Joe Luis Cortes & Linda Morales**<br>**4816 W. 24th St, Unit 1**<br>**Cicero, IL 60804** | **Residential lease of real property at $720.00 per month, terminates 4/30/2010** |
| **Jorge & Rose Vasquez**<br>**1912 S. 61st Ave**<br>**Cicero, IL 60804** | **Residential lease of real property at $1,650.00 per month, terminates 6/30/2010** |
| **Jose & Rafailla Jiminez**<br>**2402 S. Clarence Ave, Unit 4**<br>**Berwyn, IL 60402** | **Residential lease of real property at $735.00 per month, terminates month-to-month** |
| **Josefina Arenas & David Mondragon**<br>**3244 S. Oak Park Ave, Unit 8**<br>**Berwyn, IL 60402** | **Residential lease of real property at $550.00 per month, terminates 2/28/2010** |
| **Juliana Garcia**<br>**1833 S. Euclid Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,475.00 per month, terminates 4/30/2010** |
| **Kendra Sanders**<br>**2218 S. Oak Park Ave, Unit 2R**<br>**Berwyn, IL 60402** | **Residential lease of real property at $795.00 per month, terminates month-to-month** |
| **Kristopher Kowal**<br>**16453 127th Street**<br>**Lemont, IL 60439** | **Residential lease of real property at $1,495.00 per month, terminates 5/31/2010** |
| **Laticia Jackson**<br>**2402 S. Clarence Ave, Unit 5**<br>**Berwyn, IL 60402** | **Residential lease of real property at $750.00 per month, terminates month-to-month** |
| **Latonya Smith**<br>**6525 Stanley Ave, Unit F**<br>**Berwyn, IL 60402** | **Residential lease of real property at $675.00 per month, terminates 9/30/2010** |
| **LaVera Taylor & George Smith**<br>**1821 S. Harlem Ave, unit 1W**<br>**Berwyn, IL 60402** | **Residential lease of real property at $825.00 per month, terminates 1/31/2011** |
| **Luis & Gloria Patron/Cheryl Arnette**<br>**3218 S. 49th Ave, Unit 1&2**<br>**Cicero, IL 60804** | **Residential lease of real property at $1,425.00 per month, terminates 4/30/2010** |
| **Martha Quintero & Antonio Vega**<br>**2103 S. Kenilworth Ave, Unit 2**<br>**Berwyn, IL 60402** | **Residential lease of real property at $925.00 per month, terminates month-to-month** |
| **Martin Luter & Victor Luter**<br>**2218 S. Oak Park Ave, Unit 1R**<br>**Berwyn, IL 60402** | **Residential lease of real property at $865.00 per month, terminates 6/30/2010** |

Sheet   **3**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Joseph J Pav,**                                                    Case No. _____
    **Denise A Pav**

_____,
Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MB Financial**<br>**475 E. 162nd Street**<br>**South Holland, IL 60473** | **Letter of credit # X-1693 issued to A1 Credit Corp.**<br>**$105,144.00** |
| **Melinda Cordero & Jose Torres**<br>**1218 S. Ridgeland Ave, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,195.00 per**<br>**month, terminates 12/31/2010** |
| **Michael Johnson**<br>**6525 Stanley Ave, Unit H**<br>**Berwyn, IL 60402** | **Residential lease of real property at $695.00 per**<br>**month, terminates month-to-month** |
| **Michael Reed & Elishia Teague**<br>**2524 S. 58th Ct, Unit 2**<br>**Cicero, IL 60804** | **Residential lease of real property at $795.00 per**<br>**month, terminates 4/30/2010** |
| **Monica Dotson**<br>**2830 S. 51st Ave, Unit 2**<br>**Cicero, IL 60804** | **Residential lease of real property at $650.00 per**<br>**month, terminates 2/28/2010** |
| **Nancy Diaz & Victor Hernandez**<br>**3244 S. Oak Park Ave, Unit 10**<br>**Berwyn, IL 60402** | **Residential lease of real property at $550.00 per**<br>**month, terminates 10/31/2010** |
| **Pablo Lopez & Elbacia Perez**<br>**5041 W. 29th Place, Unit 1**<br>**Cicero, IL 60804** | **Residential lease of real property at $575.00 per**<br>**month, terminates 7/31/2010** |
| **Pamela Benson**<br>**2524 S. 58th Ct, Unit 1**<br>**Cicero, IL 60804** | **Residential lease of real property at $850.00 per**<br>**month, terminates month-to-month** |
| **Pav Realty Inc.**<br>**6447 West Cermak Road**<br>**Berwyn, IL 60402** | **Non-residential lease of 6447 W. Cermak Road,**<br>**Berwyn, IL 60402 dated 3/27/09 through 3/31/13.** |
| **Pedro & Elizabeth Guzman**<br>**2218 S. Oak Park Ave, Unit 2F**<br>**Berwyn, IL 60402** | **Residential lease of real property at $975.00 per**<br>**month, terminates 8/31/2010** |
| **Robert Garcia**<br>**3244 S. Oak Park Ave, Store 1**<br>**Berwyn, IL 60402** | **Store lease of real property at $875.00 per month,**<br>**terminates 3/31/2011** |
| **Ron Crawford & Jennifer Gavrick**<br>**2216 S. Clinton Ave**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,695.00 per**<br>**month, terminates 3/31/2010** |
| **Ronald Burdick**<br>**7900 W. Ogden Ave, Unit GB**<br>**Lyons, IL 60534** | **Residential lease of real property at $675.00 per**<br>**month, terminates 1/31/2010** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Joseph J Pav,**
       **Denise A Pav**

                              ,

Case No. _____

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rose White**<br>**1246 S. 57th Ave, Unit 7**<br>**Cicero, IL 60804** | **Residential lease of real property at $695.00 per month, terminates 6/30/06** |
| **Samantha Neloms**<br>**2103 S. Kenilworth Ave, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $895.00 per month, terminates 11/30/2010** |
| **Sandro Sanchez**<br>**1533 S. Laramie Ave**<br>**Cicero, IL 60804** | **Residential lease of real property at $1,000.00 per month, terminates Month-to-Month** |
| **Scott Isitoro**<br>**6525 Stanley Ave, Unit C**<br>**Berwyn, IL 60402** | **Residential lease of real property at $695.00 per month, terminates month-to-month** |
| **Selina Davenport**<br>**1821 S. Harlem Ave, Unit GE**<br>**Berwyn, IL 60402** | **Residential lease of real property at $730.00 per month, terminates month-to-month** |
| **Sharonna Lavell Henderson**<br>**2402 S. Clarence Ave, Unit 8**<br>**Berwyn, IL 60402** | **Residential lease of real property at $750.00 per month, terminates 8/31/2010** |
| **Susana Olivares & Juan Valdez**<br>**3206 S. 52nd Ct, Unit 2**<br>**Cicero, IL 60804** | **Residential lease of real property at $795.00 per month, terminates month-to-month** |
| **Tamara & Matthew Miles**<br>**John & Sandra Herrera**<br>**2532 S. Grove Ave, Unit 2**<br>**Berwyn, IL 60402** | **Residential lease of real property at $975.00 per month, terminates 3/31/2010** |
| **Tawanda Hudson**<br>**2402 S. Clarence Ave, Unit 2**<br>**Berwyn, IL 60402** | **Residential lease of real property at $640.00 per month, terminates 7/31/2010** |
| **Terrance Change**<br>**3244 S. Oak Park Ave, Unit 7**<br>**Berwyn, IL 60402** | **Residential lease of real property at $640.00 per month, terminates month-to-month** |
| **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** | **3 letters of credit #551808303, 551808302, 551808301 issued to A1 Credit Corp. $225,000.00, $392,000.00, $490,000.00, respectively** |
| **Tony Carillo**<br>**5041 W. 29th Place, Unit 2**<br>**Cicero, IL 60804** | **Residential lease of real property at $935.00 per month, terminates month-to-month** |
| **Tony Sanchez**<br>**3218 S. 49th Ave, Unit 2R**<br>**Cicero, IL 60804** | **Residential lease of real property at $675.00 per month, terminates 2/28/2010** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Joseph J Pav,**                                      Case No. _____
            **Denise A Pav**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tracy & Ibraham Omar/Cathy Lundry**<br>**6624 W. Pershing Rd, Unit 1**<br>**Berwyn, IL 60402** | **Residential lease of real property at $1,050.00 per month, terminates month-to-month** |
| **Vicki Holman**<br>**1821 S. Harlem Ave Unit 2E**<br>**Berwyn, IL 60402** | **Residential lease of real property at $835.00 per month, terminates 6/30/2010** |
| **Victor Spehar**<br>**6525 Stanley Ave, Unit B**<br>**Berwyn, IL 60402** | **Residential lease of real property at $695.00 per month, terminates 1/31/2010** |
| **Victoria Loyola & Donald Burnett**<br>**2402 S. Clarence Ave, Unit 6**<br>**Berwyn, IL 60402** | **Residential lease of real property at $695.00 per month, terminates 1/31/2011** |
| **Xochitl Marquez**<br>**2402 S. Clarence Ave, Unit 9**<br>**Berwyn, IL 60402** | **Residential lease of real property at $725.00 per month, terminates 7/31/2010** |

Sheet  **6**  of  **6**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re     **Joseph J Pav,**                                   Case No. _____
            **Denise A Pav**

                                         Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amerimark Bank Trust # 00-502**<br>**5456 S. LaGrange Road**<br>**La Grange, IL 60525** | **Maria Estrada**<br>**c/o Steven J. Critz**<br>**221 N. LaSalle St., Ste. 2006**<br>**Chicago, IL 60601** |
| **Inland Bank & Trust #00-502**<br>**2805 Butterfield Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** | **Maria Estrada**<br>**c/o Steven J. Critz**<br>**221 N. LaSalle St., Ste. 2006**<br>**Chicago, IL 60601** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **Andrew & Shirley A. Jendrusiak**<br>**3562 San Carlos Drive**<br>**Saint James City, FL 33956** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **MB Financial**<br>**475 E. 162nd Street**<br>**South Holland, IL 60473** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **Inland Bank**<br>**305 W. St. Charles Road**<br>**Villa Park, IL 60181** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **Sylvester J. Ptak**<br>**5717 W. 35th Street**<br>**Cicero, IL 60804** |
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **Kimberly A. Rooney, et al.**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |

**3**
____ continuation sheets attached to Schedule of Codebtors

In re    **Joseph J Pav,**                      Case No. _____

           **Denise A Pav**

_____,

Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joseph R. Pav**<br>**3951 Forest Avenue**<br>**Western Springs, IL 60558** | **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Andrew & Shirley A. Jendrusiak**<br>**3562 San Carlos Drive**<br>**Saint James City, FL 33956** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **MB Financial**<br>**475 E. 162nd Street**<br>**South Holland, IL 60473** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Inland Bank**<br>**305 W. St. Charles Road**<br>**Villa Park, IL 60181** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Sylvester J. Ptak**<br>**5717 W. 35th Street**<br>**Cicero, IL 60804** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Kimberly A. Rooney, et al.**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** |
| **Julie M. Pav**<br>**925 W. 58th Street**<br>**La Grange, IL 60525** | **Maria Estrada**<br>**c/o Steven J. Critz**<br>**221 N. LaSalle St., Ste. 2006**<br>**Chicago, IL 60601** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

In re    **Joseph J Pav,**                               Case No. _____
       **Denise A Pav**

                                     Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen Lydon**<br>**1713 Winger Drive**<br>**Plainfield, IL 60544** | **Maria Estrada**<br>**c/o Steven J. Critz**<br>**221 N. LaSalle St., Ste. 2006**<br>**Chicago, IL 60601** |
| **Michael Franklin**<br>**408 Garden Terrace**<br>**Shorewood, IL 60404** | **PNC Mortgage**<br>**PO Box 533510**<br>**Atlanta, GA 30353** |
| **Pav Realty, Inc.**<br>**6447 W. Cermak Road**<br>**Berwyn, IL 60402** | **Maria Estrada**<br>**c/o Steven J. Critz**<br>**221 N. LaSalle St., Ste. 2006**<br>**Chicago, IL 60601** |
| **Phillip T. Lombardo**<br>**13870 Kit Lane**<br>**Lemont, IL 60439** | **MB Financial Bank**<br>**475 E. 162nd Street**<br>**South Holland, IL 60473** |
| **Serena A. Pav, a minor**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** |
| **Serena A. Pav, a minor**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Serena A. Pav, a minor**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Sylvester J. Ptak**<br>**5717 W. 35th Street**<br>**Cicero, IL 60804** |
| **Serena A. Pav, a minor**<br>**14144 131st Street**<br>**Lemont, IL 60439** | **Kimberly A. Rooney, et al.**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Elgin State Bank**<br>**1001 S. Randall Road**<br>**Elgin, IL 60123** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Joseph T. Selbka & Lydia R. Selbka**<br>**c/o Law Offices Joseph P. Selbka**<br>**53 W. Jackson Blvd., Ste. 1118**<br>**Chicago, IL 60604** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Andrew & Shirley A. Jendrusiak**<br>**3562 San Carlos Drive**<br>**Saint James City, FL 33956** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **MB Financial**<br>**475 E. 162nd Street**<br>**South Holland, IL 60473** |

Sheet **2** of **3** continuation sheets attached to the Schedule of Codebtors

In re    **Joseph J Pav,**                             Case No. _____
         **Denise A Pav**

                                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Inland Bank**<br>**305 W. St. Charles Road**<br>**Villa Park, IL 60181** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Sylvester J. Ptak**<br>**5717 W. 35th Street**<br>**Cicero, IL 60804** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **Kimberly A. Rooney, et al.**<br>**c/o Wolin Kelter & Rosen Ltd.**<br>**55 W. Monroe St., Ste. 3600**<br>**Chicago, IL 60603** |
| **Steven J. Pav**<br>**6045 Edgewood**<br>**La Grange, IL 60525** | **The Private Bank**<br>**70 West Madison**<br>**Suite 200**<br>**Chicago, IL 60602** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Joseph J Pav**
**Denise A Pav**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Realtor** | **Realtor** |
| Name of Employer | **Pav Realty, Inc.** | **Pav Realty, Inc.** |
| How long employed | **31 years** | |
| Address of Employer | **6447 W. Cermak Road Berwyn, IL 60402** | **6447 W. Cermak Road Berwyn, IL 60402** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 333.00 | $ 3,869.58 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 333.00 | $ 3,869.58 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 333.00 | $ 3,869.58 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **Social Security** | $ 1,747.00 | $ 0.00 |
| **Minor beneficiary Social Security** | $ 896.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,643.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,976.00 | $ 3,869.58 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,845.58 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Joseph J Pav**
         **Denise A Pav**                                                Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 18,634.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 1,142.00 |
| b. Water and sewer | $ | 97.00 |
| c. Telephone | $ | 100.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 175.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 145.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 22,093.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,845.58 |
| b.   Average monthly expenses from Line 18 above | $ | 22,093.00 |
| c.   Monthly net income (a. minus b.) | $ | -15,247.42 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph J Pav**
         **Denise A Pav**
_____
                                    Debtor(s)

Case No. _____

Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **131** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 6, 2010**                Signature    **/s/ Joseph J Pav**
                                                       **Joseph J Pav**
                                                       Debtor

Date    **April 6, 2010**                Signature    **/s/ Denise A Pav**
                                                       **Denise A Pav**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph J Pav**
     **Denise A Pav**                    Case No.
                                  Debtor(s)        Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $33,287.00 | **2008 Denise Pav gross real estate commissions** |
| $49,090.00 | **2008 Joseph Pav gross real estate commissions** |
| $163,829.00 | **2007 Joseph Pav gross real estate commissions** |
| $46,464.00 | **2007 Denise Pav gross real estate commissions** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,869.00** | **2007 Denise Pav interest income** |
| **$2,300.00** | **2007 Denise Pav Schedule C income** |
| **$338.00** | **2007 Joseph Pav interest income** |
| **$281.00** | **2007 Joseph Pav dividend income** |
| **$25,785.00** | **2007 Joseph Pav Schedule C income** |
| **$234,146.00** | **2007 Joseph Pav Schedule D income** |
| **$2,801.00** | **2008 Denise Pav interest income** |
| **$79.00** | **2008 Denise Pav dividend income** |
| **$63,870.00** | **2008 Denise Pav withdrawal from retirement** |
| **$5.00** | **2008 Joseph Pav interest income** |
| **$243.00** | **2008 Joseph Pav dividend income** |
| **$174,624.00** | **2008 Joseph Pav Schedule D income** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **A.I.G.** | **12/29/09** | **$101,137.00** | **$0.00** |
| **A.I.G.** | **1/5/10** | **$1,107,000.00** | **$0.00** |

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Adeline Stejskal Trust** | **4/6/2009** | **$3,000.00** | **$0.00** |
| **Denise Pav** | | | |
| **Philip Lombardo** | **6/25/2009** | **$50.00** | **$0.00** |
| **Denise Pav** | | | |
| **Danny Lombardo** | **6/28/2009 & 8/10/2009** | **$1,000.00** | **$0.00** |
| **Denise Pav** | | | |
| **Alex Petska** | **5/15/09 ($100), 7/25/09 ($100), 8/5/09 ($50), 9/30/09 ($150), 10/24/09 ($500)** | **$900.00** | **$0.00** |
| **Denise Pav** | | | |
| **Joseph J. Pav** | **4/19/2009** | **$2,000.00** | **$0.00** |
| **Denise Pav** | | | |
| **Garfield & Merel** | **5/11/2009** | **$2,500.00** | **$0.00** |
| **Attorney's fees - Denise Pav** | | | |
| **Pauker & Rubin** | **5/19/09 ($425), 5/19/09 ($500), 5/26/09 ($500), 8/5/09 ($100)** | **$1,525.00** | **$0.00** |
| **Attorney's fees - Denise Pav** | | | |
| **Denise Pav** | **8/20/09 ($1,700), 12/8/09 ($600)** | **$2,300.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Steven J. Pav** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Janet Pav** | **11/5/09** | **$150.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Julie Pav** | **7/11/09 ($100), 8/22/09 ($100), 12/24/09 ($175)** | **$375.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Joseph R. Pav** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Steven R. Pav** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Katie Pav** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Jackson Pav** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Michael Shadden** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **William Shadden** | **12/24/09** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Evelyn Pav** | **1/10/10** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Sophia Pav** | **1/10/10** | **$175.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Millie Baskiewicz** | **8/14/09** | **$82.50** | **$0.00** |
| **Flowers - Joseph Pav** | | | |
| **Philip Lombardo** | **11/13/09** | **$2,000.00** | **$0.00** |
| **Joseph Pav** | | | |
| **Linda Skupien** | **4/22/09** | **$200.00** | **$0.00** |
| **Reimbursement - Joseph Pav** | | | |
| **Joseph & Lydia Selbka** | **4/14/09** | **$7,500.00** | **$0.00** |
| **Taxes /Lemont - Joseph Pav** | | | |
| **Midwest Property Management** | **3/18/10 ($3,000), 3/19/10 ($8,050.40)** | **$11,050.40** | **$0.00** |
| **IRS 941 payment - Joseph Pav** | | | |
| **Katie Newsham** | **9/17/09 ($1,875), 10/29/09 ($2,500)** | **$4,375.00** | **$0.00** |
| **Attorney's fees - Joseph Pav** | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citizens Financial Bank 08 CH 43870** | **Foreclosure** | **Cook county** | **pending** |
| **Fifth Third Bank 2009 L 012178** | **Breach of contract** | **Cook County** | **pending** |
| **Citizens Financial Bank 09 CH 15830** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15826** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15827** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15832** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15828** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15824** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15835** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15823** | **Foreclosure** | **Cook County, IL** | **pending** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citizens Financial Bank 09 CH 15831** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15833** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15825** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 08 CH 15834** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 15829** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Citizens Financial Bank 09 CH 11472** | **Foreclosure** | **Cook County, IL** | **pending** |
| **RBS Citizens, N.A., as successor by merger with Charter One Bank, N.A. 09 CH 00851** | **Foreclosure** | **Cook County, IL** | **pending** |
| **RBS Citizens, N.A., as successor by merger with Charter One Bank, N.A. 09 CH 00854** | **Foreclosure** | **Cook County, IL** | **pending** |
| **RBS Citizens, N.A., as successor by merger with Charter One Bank, N.A. 09 CH 00857** | **Foreclosure** | **Cook County, IL** | **pending** |
| **National City Bank, Successor by merger to MidAmerica Bank, FSB 09 CH 03064** | **Foreclosure** | **Cook County, IL** | **pending** |
| **National City Bank, Successor by merger to MidAmerica Bank, FSB 09 CH 05004** | **Foreclosure** | **Cook County, IL** | **pending** |
| **First Arm Investment Group, Inc. as assignee of National City Bank 09 CH 15853** | **Foreclosure** | **Cook County, IL** | **pending** |
| **National City Bank, Successor by merger to MidAmerica Bank, FSB 09 CH 05526** | **Foreclosure** | **Cook County, IL** | **pending** |
| **National City Bank, Successor by merger to MidAmerica Bank, FSB 09 CH 08124** | **Foreclosure** | **Cook County, IL** | **pending** |
| **National City Bank, Successor in interest to MidAmerica Bank, FSB 09 CH 15845** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Family Federal Savings of Illinois 09 CH 32245** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Family Federal Savings of Illinois 09 CH 26461** | **Foreclosure** | **Cook County, IL** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Family Federal Savings of Illinois** **09 CH 26460** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Sylvester J. Ptak** **09 CH 06446** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Kimberly A. Rooney, et al.** **09 CH 06447** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Elgin State Bank, an Ill. Banking Corp.** **09 CH 16291** | **Foreclosure** | **Cook County, IL** | **pending** |
| **Maria Estrada** **2009 L 14505** | **Tort** | **Cook County, IL** | **pending** |
| **Nicor Gas Co.** **09 M4 811** | **Breach of contract** | **Cook County, IL** | **Judgment** |
| **Elgin State Bank** **09 CH 42315** | **Foreclosure** | **Cook County** | **Pending** |
| **MB Financial Bank, N.A.** **10 CH 03699** | **Foreclosure** | **Cook County** | **Pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 12578** | **Foreclosure** | **Cook County** | **pending** |
| **Joseph T. Selbka & Lydia Selbka** **10 CH 12368** | **Foreclosure** | **Cook County** | **pending** |
| **Roake & Assoc.** **10 M1 105822** | **Contract complaint** | **Cook County** | **pending** |
| **Inland Bank and Trust** **10 CH 12576** | **Foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 12577** | **foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust** **09 CH 15845** | **foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 10426** | **Foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 12578** | **Foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 10231** | **Foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 12582** | **Foreclosure** | **Cook County** | **pending** |
| **Inland Bank and Trust, f/k/a AmeriMark Bank** **10 CH 12580** | **Foreclosure** | **Cook County** | **pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 43866** | **3/1/2009** | **1344 S. Austin Blvd., Cicero, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 46162** | **3/1/2009** | **1511 S. Elmwood Ave Berwyn, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 43870** | **3/1/2009** | **1600 S. Lombard Ave Berwyn, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 43862** | **3/1/2009** | **1930 S. Central Ave Cicero, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 44264** | **3/1/2009** | **2334 S. Elmwood Ave Berwyn, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 43868** | **3/1/2009** | **2343 S. East Ave Berwyn, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 44263** | **3/1/2009** | **2409 S Central Ave Berwyn, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 44265** | **3/1/2009** | **3043-47 Elm St River Grove, IL** |
| **Courtland Property Management 7612 W. North Ave Elmwood Park, IL 60707** | **Cook County 08 CH 43864** | **3/1/2009** | **3051-55 Elm St River Grove, IL** |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Courtland Property Management**<br>**7612 W. North Ave**<br>**Elmwood Park, IL 60707** | **Cook County**<br>**08 CH 43861** | **3/1/2009** | **3540 S. 53rd Ct**<br>**Cicero, IL** |
| **Courtland Property Management**<br>**7612 W. North Ave**<br>**Elmwood Park, IL 60707** | **Cook County**<br>**08 CH 43869** | **3/1/2009** | **3638 S. Austin Blvd**<br>**Cicero, IL** |
| **Courtland Property Management**<br>**7612 W. North Ave**<br>**Elmwood Park, IL 60707** | **Cook County**<br>**08 CH 43863** | **3/1/2009** | **4400 S Clinton Ave**<br>**Stickney, IL** |
| **Courtland Property Management**<br>**7612 W. North Ave**<br>**Elmwood Park, IL 60707** | **Cook County**<br>**08 CH 43865** | **3/1/2009** | **4851 W 28th Pl**<br>**Cicero, IL** |
| **Courtland Property Management**<br>**7612 W. North Ave**<br>**Elmwood Park, IL 60707** | **Cook County**<br>**08 CH 43867** | **3/1/2009** | **5731 W. 21st St**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **3409 S. Central**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **3849 S. Oak Park**<br>**Berwyn, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **3225 S. 54th Ave**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **3334 S. 57th Ave**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **3132 S. 55th Ct**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **4919 W. 29th Pl**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00857** | **4/1/2009** | **3521 S. 53rd Ave**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00854** | **4/1/2009** | **3122 S. Clinton**<br>**Berwyn, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00851** | **4/1/2009** | **2524 S. Kenilworth**<br>**Berwyn, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00851** | **4/1/2009** | **3332 S. 60th Ct**<br>**Cicero, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00851** | **4/1/2009** | **6542 Fairfield**<br>**Berwyn, IL** |
| **Mark Weiss Property Management**<br>**2442 N. Lincoln Ave**<br>**Chicago, IL 60614** | **Cook County**<br>**09 CH 00851** | **4/1/2009** | **1411 S. Cuyler**<br>**Berwyn, IL** |

9

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15834 | 6/1/2009 | 1800 S. Lombard Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15830 | 6/1/2009 | 1341 S. 56th Ct Cicero, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15831 | 6/1/2009 | 1515 East Ave Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15826 | 6/1/2009 | 1817 S. Kenilworth Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15827 | 6/1/2009 | 1831 S. Wesley Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15832 | 6/1/2009 | 1929 S. Central Cicero, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15823 | 6/1/2009 | 2431 S. Clarence Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15828 | 6/1/2009 | 2630 S. 61st Ave Cicero, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15824 | 6/1/2009 | 2722 S. 59th Ave Cicero, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15833 | 6/1/2009 | 3600 S. Clarence Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15835 | 6/1/2009 | 3601 S. Wesley Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15825 | 6/1/2009 | 4128 S. Gunderson Stickney, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 15829 | 6/1/2009 | 6518 W. 26th St Berwyn, IL |
| Zenitram Real Estate Services 1452 N. Western Ave Chicago, IL 60622 | Cook County 09 CH 11472 | 6/1/2009 | 6447 W. Cermak Berwyn, IL |
| J2 Real Estate Group, LLC 185 N. Milwaukee, Suite 200 Lincolnshire, IL 60069 | None | 11/1/2009 | 1234 S. Grove Ave Berwyn, IL |
| J2 Real Estate Group, LLC 185 N. Milwaukee, Suite 200 Lincolnshire, IL 60069 | None | 11/1/2009 | 1324 S. 57th Ave Cicero, IL |
| J2 Real Estate Group, LLC 185 N. Milwaukee, Suite 200 Lincolnshire, IL 60069 | None | 11/1/2009 | 2412 S. Euclid Ave Berwyn, IL |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **11/1/2009** | **2419 S. Clarence Ave**<br>**Berwyn, IL** |
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **11/1/2009** | **3243 S. Austin Blvd**<br>**Cicero, IL** |
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **11/1/2009** | **3716 S. Euclid Ave**<br>**Berwyn, IL** |
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **11/1/2009** | **3733 S. 52nd Ct**<br>**Cicero, IL** |
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **11/1/2009** | **3820 S. 58th Ave**<br>**Cicero, IL** |
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **11/1/2009** | **6446 W. 18th St**<br>**Berwyn, IL** |
| **J2 Real Estate Group, LLC**<br>**185 N. Milwaukee, Suite 200**<br>**Lincolnshire, IL 60069** | **None** | **2/1/2010** | **7600-7900 W. Ogden Ave**<br>**Lyons, IL** |

---

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **December 9, 2009**<br>**Joseph J. Pav, G.R.I. Realtor** | **$500.00** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling Service of Atlanta**<br>**100 Edgewood Ave., Suite 1800**<br>**Atlanta, GA 30303** | **December 2009** | **$75.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **December 2009** | **$1,999.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **December 2009**<br>**Midwest Property Management** | **$500.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **March 2010** | **$2,200.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **March 2010**<br>**Pav Realtors** | **$2,300.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Edward Allard**<br>**3525 Oak Avenue**<br>**Brookfield, IL 60513** | **January 15, 2008** | **1814 Scoville Avenue**<br>**Berwyn, IL**<br>**$286,500** |
| **Martin A. Garcia**<br>**6530 W. 27th Street**<br>**Berwyn, IL 60402** | **June 2, 2008** | **3807 S. Wesley Avenue**<br>**Berywn, IL  60402**<br>**$159,250** |
| **Edwin & Jacqueline Melendez**<br>**3515 S. 59th Court**<br>**Cicero, IL 60804** | **July 1, 2008** | **3515 S. 59th Court**<br>**Cicero, IL**<br>**$230,000** |
| **Richard & Lupe Arevalo**<br>**915 W. 18th Place**<br>**Chicago, IL 60680** | **September 3, 2008** | **6944 W. 29th Street**<br>**Berwyn, IL**<br>**$275,000** |
| **Jorge L. Gonzalez**<br>**3819 Wenolah**<br>**Berwyn, IL 60402** | **May 29, 2009** | **2415 Gunderson Avenue**<br>**Berwyn, IL**<br>**$179,900** |
| **Raul F. Moreno**<br>**1002 Beloit Avenue**<br>**Forest Park, IL 60130** | **August 7, 2009** | **3536 Gunderson Avenue**<br>**Berywn, IL**<br>**$217,000** |
| **Jolene L. Altman**<br>**4272 Colton Circle**<br>**Naperville, IL 60564** | **September 25, 2009** | **6421 27th Place**<br>**Berwyn, IL  60402**<br>**$191,000** |

12

None   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
☐    trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Chicago Title Trust 11975** | **4/17/2000** | **1800 S. Lombard Ave.**<br>**Berwyn, IL**<br>**$108,000.00**<br>**Seller: Fern Scelonge** |
| **Amerimark Bank Trust 00-502** | **7/27/2000** | **1817 S. Kenilworth Ave.**<br>**Berwyn, IL**<br>**$195,000.00**<br>**Seller: Trustee of Bernice Gebhardt** |
| **Amerimark Bank Trust 00-507** | **8/14/2000** | **6430 W. 18th St**<br>**Berwyn, IL**<br>**$322,500.00**<br>**Seller: Everardo & Julia Meza** |
| **Citizens Bank Trust 820232** | **8/17/2000** | **1515 S. East Ave**<br>**Berwyn, IL**<br>**$84,500.00**<br>**Seller: Robert & Helen Defebaugh** |
| **Amerimark Bank Trust 01-522** | **9/5/2000** | **2431 S. Clarence Ave**<br>**Berwyn, IL**<br>**$100,000.00**<br>**Seller: Peggy Chandler** |
| **Amerimark Bank Trust 00-507** | **10/10/2000** | **4615 S. Wisconsin Ave**<br>**Forest View, IL**<br>**$56,000.00**<br>**Seller: Ronald C. Munro** |
| **Amerimark Bank Trust 01-522** | **10/25/2000** | **3600 S. Clarence Ave**<br>**Berwyn, IL**<br>**$220,000.00**<br>**Seller: Jerry & Sylvia Jelinek** |
| **Amerimark Bank Trust 00-507** | **11/6/2000** | **2628 S. Highland Ave**<br>**Berwyn, IL**<br>**$93,000.00**<br>**Seller: Intercounty Judicial Sales Corporation** |
| **Amerimark Bank Trust 00-507** | **12/21/2000** | **3834 S. Wesley Ave**<br>**Berwyn, IL**<br>**$41,000.00**<br>**Seller: Donald & Jacqueline Calhoun** |
| **Amerimark Bank Trust 00-507** | **3/23/2001** | **1049 S. Catherine Ave**<br>**LaGrange, IL**<br>**$375,000.00**<br>**Seller: Standard Bank & Trust 14065** |
| **Amerimark Bank Trust 00-507** | **3/29/2001** | **1029 S. Catherine Ave**<br>**LaGrange, IL**<br>**$200,000.00**<br>**Seller: Karen Mielke** |
| **Marquette Bank Trust 15819** | **7/11/2001** | **23541 S. Center Rd**<br>**Frankfort, IL**<br>**$2,200,000.00**<br>**Seller: Kimberly Weiner & Daniel Whitman** |
| **Amerimark Bank Trust 01-524** | **8/31/2001** | **4512 Grand**<br>**Western Springs, IL**<br>**$240,000.00**<br>**Seller: Colleen Saleh** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 01-524** | **12/21/2001** | **4146 Garden**<br>**Western Springs, IL**<br>**$245,000.00**<br>**Seller: Ronald E. & Amanda Cook** |
| **Amerimark Bank Trust 00-502** | **4/24/2002** | **2343 S. East Ave**<br>**Berwyn, IL**<br>**$120,000.00**<br>**Seller: First Natl Bank Trust 6281** |
| **Amerimark Bank Trust 00-502** | **9/5/2002** | **1341 S. 56th Ct**<br>**Cicero, IL**<br>**$85,000.00**<br>**Seller: Janet & Michael Lombardi** |
| **Amerimark Bank Trust 00-502** | **9/20/2002** | **3807 S. Wesley Ave**<br>**Berwyn, IL**<br>**$103,500.00**<br>**Seller: Chicago Title Trust 1077701** |
| **Amerimark Bank Trust 00-502** | **9/23/2002** | **3638 S. Austin Blvd**<br>**Cicero, IL**<br>**$70,000.00**<br>**Seller: Nancy Ann Murphy** |
| **Amerimark Bank Trust 00-502** | **10/1/2002** | **2218 S. Oak Park Ave**<br>**Berwyn, IL**<br>**$350,000.00**<br>**Seller: Stephen & Ljubica Ruzich** |
| **Amerimark Bank Trust 00-502** | **10/2/2002** | **2722 S. 59th Ave**<br>**Cicero, IL**<br>**$92,500.00**<br>**Seller: Adele Cenek** |
| **Amerimark Bank Trust 00-502** | **10/3/200** | **3601 S. Wesley Ave**<br>**Berwyn, IL**<br>**$162,500.00**<br>**Seller: James A. Coglianese Trust** |
| **Amerimark Bank Trust 00-502** | **11/6/2002** | **5131 W. 23rd St**<br>**Cicero, IL**<br>**$86,000.00**<br>**Seller: Pinnacle Bank Trust 11144** |
| **Amerimark Bank Trust 00-502** | **1/15/2003** | **1833 S. Euclid Ave**<br>**Berwyn, IL**<br>**$163,500.00**<br>**Seller: Michael & Debra Konstatos** |
| **Amerimark Bank Trust 00-502** | **2/21/2003** | **1302 S. 50th Ct**<br>**Cicero, IL**<br>**$86,000.00**<br>**Seller: Bernadette Longawa, Ind. Executor** |
| **Amerimark Bank Trust 01-524** | **3/24/2003** | **4217 Rose**<br>**Western Springs, IL**<br>**$410,000.00**<br>**Seller: Charles R. Locke** |
| **Amerimark Bank Trust 00-502** | **3/31/2003** | **2334 S. Elmwood Ave**<br>**Berwyn, IL**<br>**$122,000.00**<br>**Seller: Estate of Mary Bastar** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Amerimark Bank Trust 01-524** | **4/1/2003** | **5332 Caroline**<br>**Western Springs, IL**<br>**$285,000.00**<br>**Seller: Robert J. & Margaret M. Dvorak** |
| **Amerimark Bank Trust 03-535** | **8/21/2003** | **2524 S. 58th Ct**<br>**Cicero, IL**<br>**$100,000.00**<br>**Seller: Justine & Stanley Gerybo** |
| **Amerimark Bank Trust 00-502** | **9/15/2003** | **1837 S. 50th Ct**<br>**Cicero, IL**<br>**$162,000.00**<br>**Seller: James & Maxine Rowe** |
| **Amerimark Bank Trust 00-502** | **9/24/2003** | **1813 S. Clinton Ave**<br>**Berwyn, IL**<br>**$210,000.00**<br>**Seller: Randall & Kelly Sharer** |
| **Amerimark Bank Trust 00-502** | **9/26/2003** | **1600 S. Lombard Ave**<br>**Berwyn, IL**<br>**$117,500.00**<br>**Seller: Kathleen Lydon** |
| **Amerimark Bank Trust 00-502** | **10/16/2003** | **1929 S. Central Ave**<br>**Cicero, IL**<br>**$62,500.00**<br>**Seller: Bernice Gorak** |
| **Amerimark Bank Trust 00-502** | **10/20/2003** | **2216 S. Clinton Ave**<br>**Berwyn, IL**<br>**$180,000.00**<br>**Seller: Robert Knapkiewicz** |
| **Amerimark Bank Trust 03-535** | **10/22/2003** | **2830 S. 51st Avenue**<br>**Cicero, IL**<br>**$114,000.00**<br>**Seller: Jewel & Donald Cross** |
| **Amerimark Bank Trust 00-502** | **11/12/2003** | **3515 S. 59th Ct**<br>**Cicero, IL**<br>**$115,000.00**<br>**Seller: Adam & Deborah Mentlewski** |
| **Amerimark Bank Trust 00-502** | **11/13/2003** | **2630 S. 61st Ave**<br>**Cicero, IL**<br>**$61,500.00**<br>**Seller: Robert Vostal** |
| **Amerimark Bank Trust 00-502** | **11/20/2003** | **1218 S. Ridgeland Ave**<br>**Berwyn, IL**<br>**$115,000.00**<br>**Seller: Linda Tubacek** |
| **Amerimark Bank Trust 00-502** | **11/20/2003** | **1811 S. Clinton Ave**<br>**Berwyn, IL**<br>**$130,000.00**<br>**Seller: Victor Napolitano** |
| **Amerimark Bank Trust 00-502** | **12/4/2003** | **5041 W. 29th Place**<br>**Cicero, IL**<br>**$117,000.00**<br>**Seller: Keith & Loretta Uniger** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 01-524** | **12/16/2003** | **6735 Riverside Drive**<br>**Berwyn, IL**<br>**$165,000.00**<br>**Seller: Catherine Bucciferro** |
| **Amerimark Bank Trust 01-524** | **12/29/03** | **3837 Grand Ave**<br>**Western Springs, IL**<br>**$320,000.00**<br>**Seller: Susan Daniels** |
| **Amerimark Bank Trust 00-502** | **1/22/2004** | **2103 S. Kenilworth Ave**<br>**Berywn, IL**<br>**$285,000.00**<br>**Seller: Edward & Alice Campbell** |
| **Amerimark Bank Trust 00-502** | **1/23/2004** | **3536 S. Gunderson Ave**<br>**Berwyn, IL**<br>**$182,500.00**<br>**Seller: Cathleen & Henry Franklin** |
| **Amerimark Bank Trust 00-502** | **5/17/2004** | **6542 Fairfield Ave**<br>**Berwyn, IL**<br>**$165,000.00**<br>**Seller: Kurt & Kris Karlenborn** |
| **Amerimark Bank Trust 00-502** | **5/18/2004** | **1912 S. 61st Ave**<br>**Cicero, IL**<br>**$175,000.00**<br>**Seller: Judith Toman Kraska** |
| **Amerimark Bank Trust 00-502** | **6/7/2004** | **2524 S. Kenilworth Ave**<br>**Berwyn, IL**<br>**$196,000.00**<br>**Seller: Margaret & Peter Gahala** |
| **Amerimark Bank Trust 04-543** | **7/7/2004** | **4745 Franklin**<br>**Western Springs, IL**<br>**$403,000.00**<br>**Seller: John P. Larocque** |
| **Amerimark Bank Trust 03-535** | **8/10/2004** | **3122 S. Clinton Ave**<br>**Berwyn, IL**<br>**$176,000.00**<br>**Seller: Christine Alcorn** |
| **Amerimark Bank Trust 01-524** | **8/26/2004** | **6527 W. 26th Place**<br>**Berwyn, IL**<br>**$157,000.00**<br>**Seller: Mila Slominski, Trustee** |
| **Amerimark Bank Trust 00-502** | **9/2/2004** | **1411 S. Cuyler Ave**<br>**Berwyn, IL**<br>**$169,250.00**<br>**Seller: Estate of Margaret Van Stedum** |
| **Amerimark Bank Trust 00-502** | **9/10/2004** | **3332 S. 60th Ct**<br>**Cicero, IL**<br>**$178,000.00**<br>**Seller: Francisco Contreras** |
| **Amerimark Bank Trust 00-502** | **10/7/2004** | **3733 S. 52nd Ct**<br>**Cicero, IL**<br>**$163,500.00**<br>**Seller: Carolyn Gavras** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 00-502** | **11/10/2004** | **1234 S. Grove Ave**<br>**Berwyn, IL**<br>**$225,000.00**<br>**Seller: Walter & Carol Wirack** |
| **Amerimark Bank Trust 01-524** | **11/18/2004** | **4077 Garden Ave**<br>**Wester Springs, IL**<br>**$336,000.00**<br>**Seller: Annette Mitchell** |
| **Amerimark Bank Trust 04-543** | **11/30/2004** | **3839 S. Grand Ave**<br>**Western Springs, IL**<br>**$332,500.00**<br>**Seller: Giles & Mary Kay Wachowski** |
| **Amerimark Bank Trust 00-502** | **12/30/2004** | **3946 S. Clinton Ave**<br>**Stickney, IL**<br>**$161,500.00**<br>**Seller: Marilyn & Charles Hurbanis** |
| **Amerimark Bank Trust 00-502** | **1/2/2005** | **1324 S. 57th Ave**<br>**Cicero, IL**<br>**$143,500.00**<br>**Seller: West Suburban Bank Trust 12204** |
| **Amerimark Bank Trust 00-502** | **3/15/2005** | **3820 S. 58th Ave**<br>**Cicero, IL**<br>**$109,000.00**<br>**Seller: Delfino Guerrero, Jr.** |
| **Amerimark Bank Trust 00-502** | **4/8/2005** | **2412 S. Euclid Ave**<br>**Berwyn, IL**<br>**$175,000.00**<br>**Seller: David & Linda Skupien** |
| **Amerimark Bank Trust 00-502** | **4/14/2005** | **3243 S. Austin Blvd**<br>**Cicero, IL**<br>**$135,750.00**<br>**Seller: Chicago Title Trust 9826** |
| **Amerimark Bank Trust 00-502** | **4/21/2005** | **3716 S. Euclid Ave**<br>**Berwyn, IL**<br>**$195,000.00**<br>**Seller: Anna Srotyr** |
| **Amerimark Bank Trust 01-524** | **5/23/2005** | **3731 S. Highland Ave**<br>**Berwyn, IL**<br>**$269,000.00**<br>**Seller: Heirs at Law & Devisees of Sylvia M. Kryst** |
| **Amerimark Bank Trust 00-502** | **5/24/2005** | **2419 S. Clarence Ave**<br>**Berwyn, IL**<br>**$223,350.00**<br>**Seller: Mary Vitak** |
| **Amerimark Bank Trust 00-502** | **6/29/2005** | **929 Portsmouth**<br>**Westchester, IL**<br>**$180,000.00**<br>**Seller: Dora Green** |
| **Amerimark Bank Trust 00-502** | **6/30/2005** | **3225 S. 54th Ave**<br>**Cicero, IL**<br>**$167,900.00**<br>**Seller: Kenneth & Patricia Farkas** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 00-502** | **7/15/2005** | **2511 S. Highland Ave**<br>**Berwyn, IL**<br>**$275,000.00**<br>**Seller: Carlos Rivera** |
| **Amerimark Bank Trust 00-502** | **7/21/2005** | **3849 S. Oak Park Ave**<br>**Berwyn, IL**<br>**$200,000.00**<br>**Seller: Dolores Rokusek & Joseph Olsoska** |
| **Amerimark Bank Trust 00-502** | **8/11/2005** | **3521 S. 53rd Ave**<br>**Cicero, IL**<br>**$169,000.00**<br>**Seller: Patrick Gora** |
| **Amerimark Bank Trust 00-502** | **8/30/2005** | **3334 S. 57th Ave**<br>**Cicero, IL**<br>**$135,000.00**<br>**Seller: Virginia Cozzi** |
| **Amerimark Bank Trust 00-502** | **9/15/2005** | **2409 S. Central Ave**<br>**Berwyn, IL**<br>**$64,250.00**<br>**Seller: Mildred DeLong** |
| **Amerimark Bank Trust 00-502** | **12/1/2005** | **3132 S. 55th Ct**<br>**Cicero, IL**<br>**$151,900.00**<br>**Seller: Dorothy & Emil Decker** |
| **Amerimark Bank Trust 00-502** | **12/2/2005** | **3409 S. Central Ave**<br>**Cicero, IL**<br>**$90,000.00**<br>**Seller: Deborah Tworek** |
| **Amerimark Bank Trust 00-502** | **12/14/2005** | **3935 S. East Ave**<br>**Stickney, IL**<br>**$190,000.00**<br>**Seller: Wayne & Sharon Steffl** |
| **Amerimark Bank Trust 01-524** | **12/14/2006** | **1533 S. 57th Ct**<br>**Cicero, IL**<br>**$128,650.00**<br>**Seller: Campbell** |
| **Amerimark Bank Trust 00-502** | **12/21/2005** | **4919 W.29th Place**<br>**Cicero, IL**<br>**$141,500.00**<br>**Seller: William Gangarcyzk & Ronald Gangarcyzk** |
| **Amerimark Bank Trust 01-524** | **1/9/2006** | **1223 S. Elmwood Ave**<br>**Berwyn, IL**<br>**$105,500.00**<br>**Seller: Alvin Dukes** |
| **Amerimark Bank Trust 00-502** | **5/19/2006** | **1533 S. Laramie Ave**<br>**Cicero, IL**<br>**$240,000.00**<br>**Seller: Mitchell Niziolek** |
| **Amerimark Bank Trust 01-522** | **6/30/2006** | **1314 S. Grove Ave**<br>**Berwyn, IL**<br>**$170,667.00**<br>**Seller: Elizabeth Keenan Trust** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 01-522** | **7/7/2006** | **1930 S. Central Ave<br>Cicero, IL<br>$167,000.00<br>Seller: Pinnacle Bank Trust 11369** |
| **Amerimark Bank Trust 01-522** | **7/13/2006** | **4851 W. 28th Place<br>Cicero, IL<br>$130,000.00<br>Seller: Carolyn Laub** |
| **Amerimark Bank Trust 00-502** | **12/15/2006** | **4400 S. Clinton Ave<br>Stickney, IL<br>$148,500.00<br>Seller: Dennis Tworek** |
| **Amerimark Bank Trust 01-522** | **1/12/2007** | **3540 S. 53rd Ct<br>Cicero, IL<br>$150,000.00<br>Seller: Phyllis Camardo Trust** |
| **Chicago Title Trust 8105** | **2/7/2007** | **16453 127th St<br>Lemont, IL<br>$3,030,615.00<br>Seller: Joseph & Lydia Selbka** |
| **Amerimark Bank Trust 01-522** | **3/30/2007** | **2809 S. Wisconsin Ave<br>Berwyn, IL<br>$187,500.00<br>Seller: Robert Nikodem, Trustee** |
| **Amerimark Bank Trust 00-502** | **5/11/2007** | **2710 S. Highland Ave<br>Berwyn, IL<br>$182,500.00<br>Seller: Anthony & Mary Rose Daviero** |
| **Amerimark Bank Trust 01-524** | **5/11/2007** | **2424 S. Wesley Ave<br>Berwyn, IL<br>$179,500.00<br>Seller: Shirley Bilanski** |
| **Amerimark Bank Trust 00-502** | **6/27/2007** | **2519 Hainsworth Ave<br>N. Riverside, IL<br>$196,808.00<br>Seller: Northstar Trust 2928** |
| **Amerimark Bank Trust 00-502** | **7/13/2007** | **1415 S. Clarence Ave<br>Berwyn, IL<br>$195,212.00<br>Seller: Mildred Hendrick Trust** |
| **Amerimark Bank Trust 00-500** | **8/29/2007** | **2900 Colorado Ave<br>Joliet, IL<br>$3,050,000.00<br>Seller: 2900 Colorado Ave, LLC** |
| **Amerimark Bank Trust 01-524** | **10/5/2007** | **3515 S. Lombard Ave<br>Cicero, IL<br>$170,000.00<br>Seller: Chicago National Bank Trust 15315** |
| **Amerimark Bank Trust 01-524** | **10/25/2007** | **426 S. Euclid Ave, #1N<br>Oak Park, IL<br>$205,000.00<br>Seller: Majestic Condominiums, LLC** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 01-524** | **10/25/2007** | **425 S. Euclid Ave, #2N**<br>**Oak Park, IL**<br>**$205,000.00**<br>**Seller: Majestic Condominiums, LLC** |
| **Amerimark Bank Trust 01-522** | **2/22/2008** | **6944 W. 29th Street**<br>**Berwyn, IL**<br>**$206,000.00**<br>**Seller: Chicago Title Trust 3000109294** |
| **Amerimark Bank Trust 01-522** | **6/4/2008** | **1430 S. 61st Ave**<br>**Cicero, IL**<br>**$103,000.00**<br>**Seller: Terry Rollberg** |
| **Amerimark Bank Trust 01-522** | **6/25/2008** | **3420 S. 60th Ct**<br>**Cicero, IL**<br>**$182,000.00**<br>**Seller: Vlasta Hellwig Living Trust** |
| **Citizens Bank Trust 910178** | **1/21/200** | **2628 S. Kenilworth Ave**<br>**Berwyn, IL**<br>**$133,900.00**<br>**Buyer: Hector & Rosana Reyes** |
| **Citizens Bank Trust 910178** | **3/20/2000** | **6417 W. 27th St**<br>**Berwyn, IL**<br>**$184,900.00**<br>**Buyer: Oscar & Delia Cabrales** |
| **Old Kent Bank Trust 11975** | **3/30/2000** | **2232 S. Highland Ave**<br>**Berwyn, IL**<br>**$134,000.00**<br>**Buyer: Aldo & Maria Salinas** |
| **Citizen Bank Trust 910178** | **4/21/2000** | **1815 S. 61st Ave**<br>**Cicero, IL**<br>**$120,000.00**<br>**Buyer: Lennie Martinez & Marisol Ramos** |
| **Fifth Third Bank Trust 6569** | **5/2/2000** | **2621 S. 59th Ct**<br>**Cicero, IL**<br>**$110,600.00**<br>**Buyer: Diego Cortez** |
| **Amerimark Bank Trust 00-502** | **1/31/2001** | **6440 W. 26th Pl**<br>**Berwyn, IL**<br>**$194,000.00**<br>**Buyer: 194,000.00** |
| **Citizens Bank Trust 910178** | **5/3/2001** | **8013 Country Club Lane**<br>**No. Riverside, IL**<br>**$222,000.00**<br>**Buyer: Howard & Linda Kintner** |
| **Amerimark Bank Trust 00-507** | **7/9/2001** | **4615 Wisconsin**<br>**Forest View, IL**<br>**$75,000.00**<br>**Buyer: Pablo Guzman** |
| **Citizens Bank Trust 890614** | **8/31/2001** | **6447 W. 18th St, Unit 2**<br>**Berwyn, IL**<br>**$97,590.00**<br>**Buyer: Scott & Maria Kroll** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Citizens Bank Trust 890614** | **9/11/2001** | **6447 W. 18th St, Unit G**<br>**Berwyn, IL**<br>**$79,900.00**<br>**Buyer: Frances Manosca** |
| **Citizens Bank Trust 890614** | **9/19/2001** | **6445 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$96,000.00**<br>**Buyer: Javier & Sonia Torres** |
| **Citizens Bank Trust 890614** | **9/28/2001** | **6445 W. 18th St, Unit 2**<br>**Berwyn, IL**<br>**$99,850.00**<br>**Buyer: Ion Abrams** |
| **Fifth Third Bank Trust 9290** | **10/12/2001** | **5128 W. 21st St, Unit 1W**<br>**Cicero, IL**<br>**$87,500.00**<br>**Buyer: Alfredo & Rosa Garcia** |
| **Fifth Third Bank Trust 9290** | **10/30/2001** | **5134 W. 21st St, Unit 1**<br>**Cicero, IL**<br>**$89,994.00**<br>**Buyer: Pablo Aguilar** |
| **Fifth Third Bank Trust 9290** | **10/31/2001** | **5128 W. 21st St, Unit 2W**<br>**Cicero, IL**<br>**$90,300.00**<br>**Buyer: David Garcia** |
| **Citizens Bank Trust 890614** | **11/14/2001** | **6445 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$88,978.00**<br>**Buyer: Kerri Monroy** |
| **Fifth Third Bank Trust 9290** | **11/15/201** | **5128 W. 21st St, Unit 3N**<br>**Cicero, IL**<br>**$97,700.00**<br>**Buyer: Marisa Bahena** |
| **Fifth Third Bank Trust 9290** | **11/15/2001** | **5128 W. 21st St, Unit 2E**<br>**Cicero, IL**<br>**$87,500.00**<br>**Buyer: Raul Arroyo** |
| **Citizens Bank Trust 890614** | **11/20/2001** | **6447 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$86,900.00**<br>**Buyer: Anna Laura** |
| **Amerimark Bank Trust 00-507** | **11/21/2001** | **3834 S. Wesley Ave**<br>**Berwyn, IL**<br>**$252,000.00**<br>**Buyer: Alice Krzak** |
| **Fifth Third Bank Trust 9290** | **11/29/2001** | **5134 W. 21st St, Unit 2**<br>**Cicero, IL**<br>**$87,890.00**<br>**Buyer: Jose Medina** |
| **Citizens Bank Trust 890614** | **11/29/2001** | **6441 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$98,500.00**<br>**Buyer: Alfonso & Maria Rodriguez** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Fifth Third Bank Trust 9290** | **12/11/2001** | **5134 W. 21st St, Unit 3**<br>**Cicero, IL**<br>**$89,000.00**<br>**Buyer: Ernesto Quenedit & Alicia Garza** |
| **Fifth Third Bank 9290** | **12/14/2001** | **5132 W. 21st St, Unit 3N**<br>**Cicero, IL**<br>**$93,690.00**<br>**Buyer: Anibal Santiago, Jr.** |
| **Fifth Third Bank Trust 9290** | **12/17/2001** | **5132 W. 21st St, Unit 1N**<br>**Cicero, IL**<br>**$87,400.00**<br>**Buyer: Blanca & Jesus Sanchez** |
| **Fifth Third Bank Trust 9290** | **12/28/2001** | **5132 W. 21st St, Unit 1S**<br>**Cicero, IL**<br>**$87,500.00**<br>**Buyer: Lorenza Silva** |
| **Fifth Third Bank Trust 11878** | **12/28/2001** | **5118 W. 24th Pl**<br>**Cicero, IL**<br>**$144,900.00**<br>**Buyer: Victor & Sandra Feliciano** |
| **LaSalle Trust #890614** | **1/11/2002** | **6443 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$97,900.00**<br>**Buyer: Rogelio Oseguera** |
| **Fifth Third Bank Trust 9290** | **1/28/2002** | **5128 W. 21st St, Unit 2N**<br>**Cicero, IL**<br>**$94,900.00**<br>**Buyer: Ernesto Perez & Elizabeth Solis** |
| **Amerimark Trust 00-507** | **4/22/2002** | **2628 S. Highland Ave**<br>**Berwyn, IL**<br>**$179,000.00**<br>**Buyer: Sergio Oseguera & Ana Arrieta** |
| **Fifth Third Bank Trust 9290** | **4/26/2002** | **5126 W. 21st St, Unit G**<br>**Cicero, IL**<br>**$105,990.00**<br>**Buyer: Moses Vazquez** |
| **LaSalle Trust #890614** | **6/6/2002** | **6441 W. 18th St, Unit 2**<br>**Berwyn, IL**<br>**$95,900.00**<br>**Buyer: Mauricio Penaranda & Paula Corona** |
| **Fifth Third Bank Trust 9290** | **7/2/2002** | **5128 W. 21st St, Unit 3E**<br>**Cicero, IL**<br>**$88,900.00**<br>**Buyer: Luis Chavez** |
| **Fifth Third Bank Trust 9290** | **7/29/2002** | **5126 W. 21st St, Unit 3W**<br>**Cicero, IL**<br>**$83,900.00**<br>**Buyer: Antonio Ortiz** |
| **Fifth Third Bank Trust 9290** | **8/5/2002** | **5126 W. 21st St, Unit 1E**<br>**Cicero, IL**<br>**$84,900.00**<br>**Buyer: Hector Velazquez** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Fifth Third Bank Trust 9290** | **8/29/2002** | **5128 W. 21st St, Unit 3W**<br>**Cicero, IL**<br>**$89,900.00**<br>**Buyer: Arturo Jaime Tapia** |
| **Fifth Third Bank Trust 9290** | **10/4/2002** | **5128 W. 21st St, Unit 1N**<br>**Cicero, IL**<br>**$97,700.00**<br>**Buyer: Steven Rodriquez** |
| **Amerimark Trust 00-507** | **10/9/2002** | **1029 S. Catherine Ave**<br>**LaGrange, IL**<br>**$700,000.00**<br>**Buyer: Jason & Christine Winchester** |
| **Fifth Third Bank Trust 9290** | **10/30/2002** | **5132 W. 21st St, Unit 2S**<br>**Cicero, IL**<br>**$92,900.00**<br>**Buyer: Gustavo & Minerva Sanchez** |
| **Fifth Third Bank 9290** | **11/5/2002** | **5126 W. 21st St, Unit 1W**<br>**Cicero, IL**<br>**$91,700.00**<br>**Buyer: Pablo Flores Espinosza** |
| **Fifth Third Bank Trust 9290** | **11/5/2002** | **5128 W. 21st St, Unit 1E**<br>**Cicero, IL**<br>**$91,900.00**<br>**Buyer: Omar Roman** |
| **Amerimark Trust 00-507** | **11/6/2002** | **1049 S. Catherine Ave**<br>**LaGrange, IL**<br>**$689,500.00**<br>**Buyer: Sean & Shelia O'Malley** |
| **Amerimark Trust 00-507** | **11/18/2002** | **6434 W. 18th St, Unit 2**<br>**Berwyn, IL**<br>**$115,900.00**<br>**Buyer: Maricel & Arturo Cruz** |
| **Fifth Third Bank Trust 9290** | **11/22/2002** | **5126 W. 21st St, Unit 2W**<br>**Cicero, IL**<br>**$86,900.00**<br>**Buyer: Pedro Boyas** |
| **Fifth Third Bank Trust 9290** | **12/13/2002** | **5132 W. 21st St, Unit 3S**<br>**Cicero, IL**<br>**$98,567.00**<br>**Buyer: Warren Lathan & Selina Roque** |
| **Amerimark Trust 00-507** | **12/18/2002** | **6530 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$121,100.00**<br>**Buyer: Deborah Lynn Cooper** |
| **Amerimark Trust 00-507** | **12/20/2002** | **6430 W. 18th St, Unit 2**<br>**Berwyn, IL**<br>**$125,700.00**<br>**Buyer: Amanda Arevalo** |
| **Amerimark Bank Trust 00-507** | **1/28/2003** | **6436 W. 18th St, Unit 2**<br>**Berwyn, IL**<br>**$133,500.00**<br>**Buyer: Romeo J. Carrano** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Amerimark Bank Trust 00-507** | **1/31/2003** | **6434 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$127,500.00**<br>**Buyer: Herberto Sanchez & Gina M. Carr** |
| **Amerimark Bank Trust 00-507** | **2/27/2003** | **6432 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$120,900.00**<br>**Buyer: Carol Hanzelin** |
| **Fifth Third Bank Trust 9290** | **3/13/2003** | **5126 W. 21st St, Unit 3E**<br>**Cicero, IL**<br>**$89,900.00**<br>**Buyer: Feliz Padilla** |
| **Fifth Third Bank Trust 9290** | **4/3/2003** | **5126 W. 21st St, Unit 2E**<br>**Cicero, IL**<br>**$89,900.00**<br>**Buyer: Jesus J. Herrera** |
| **Fifth Third Bank Trust 9290** | **4/17/2003** | **5132 W. 21st St, Unit 2N**<br>**Cicero, IL**<br>**$94,900.00**<br>**Buyer: Armando Abella** |
| **First Natl Bank Trust 3828** | **5/1/2003** | **3200 S. Harlem Ave**<br>**Riverside, IL**<br>**$227,500.00**<br>**Buyer: Kevin & Michelle Brannick** |
| **Amerimark Bank Trust 00-507** | **5/16/2003** | **6436 W. 18th St, Unit 1**<br>**Berwyn, IL**<br>**$131,700.00**<br>**Buyer: Linda Rico** |
| **Amerimark Bank Trust 00-507** | **6/11/2003** | **6432 W, 18th St, Unit 2**<br>**Berwyn, IL**<br>**$136,700.00**<br>**Buyer: Jiri Tomasek & Gabriela Martinakova** |
| **Amerimark Bank Trust 01-524** | **7/7/2003** | **4146 Garden**<br>**Western Springs, IL**<br>**$900,459.00**<br>**Buyer: Steven R. & Elizabeth Hahn** |
| **Amerimark Bank Trust 01-524** | **7/11/2003** | **4512 Grand**<br>**Western Springs, IL**<br>**$830,000.00**<br>**Buyer: Jonathan D. Berry** |
| **Amerimark Bank Trust 00-507** | **8/21/2003** | **1039 Catherine**<br>**LaGrange, IL**<br>**$759,115.00**<br>**Buyer: Edward V. Carr & Erika S. Carr** |
| **Amerimark Bank Trust 00-507** | **9/22/2003** | **6430 W. 18th St, Unit G**<br>**Berwyn, IL**<br>**$116,000.00**<br>**Buyer: Shashi & Swetal James** |
| **Chicago Title Land Trust 9290** | **1/28/2004** | **1512 East Ave**<br>**Berwyn, IL**<br>**$279,000.00**<br>**Buyer: Carlos Aramburo** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Amerimark Bank Trust 01-524** | **5/15/2004** | **5332 S. Caroline**<br>**Western Springs, IL**<br>**$990,000.00**<br>**Buyer: Mary Lee Turk** |
| **Amerimark Bank Trust 01-522** | **6/2/2004** | **6039 W. Cermak Rd**<br>**Cicero, IL**<br>**$395,000.00**<br>**Buyer: Roselia Herrera** |
| **Amerimark Bank Trust 01-524** | **2/28/2005** | **6735 Riverside Drive**<br>**Berwyn, IL**<br>**$332,500.00**<br>**Buyer: Yolanda M. Gamez** |
| **Amerimark Bank Trust 01-524** | **4/5/2005** | **4217 Rose**<br>**Western Springs, IL**<br>**$1,915,000.00**<br>**Buyer: Eizabeth A. Drogosz** |
| **Amerimark Bank Trust 01-524** | **5/6/2005** | **3837 Grand**<br>**Western Springs, IL**<br>**$1,250,000.00**<br>**Buyer: Michael & Amy Best** |
| **Amerimark Bank Trust 00-502** | **1/30/2006** | **3935 East Ave**<br>**Stickney, IL**<br>**$223,000.00**<br>**Buyer: Stefan Machcinik** |
| **Amerimark Bank Trust 01-524** | **2/28/2006** | **4077 Garden Ave**<br>**Western Springs, IL**<br>**$1,280,000.00**<br>**Buyer: Robert M. & Danielle C. Montesano, as Trustee** |
| **Amerimark Bank Trust 00-502** | **3/9/2006** | **1837 S. 50th Ct**<br>**Cicero, IL**<br>**$300,000.00**<br>**Buyer: Adrian Montiel** |
| **Amerimark Bank Trust 00-502** | **4/17/2006** | **5408 W. 23rd St**<br>**Cicero, IL**<br>**$249,900.00**<br>**Buyer: Raul Sandoval** |
| **Amerimark Bank Trust 00-502** | **4/24/2006** | **4830 W. 23rd St**<br>**Cicero, IL**<br>**$192,000.00**<br>**Buyer: Jose Armando Lara** |
| **Amerimark Bank Trust 00-502** | **4/27/2006** | **1302 S. 50th Ct**<br>**Cicero, IL**<br>**$232,500.00**<br>**Buyer: Pedro Maya Cruz** |
| **Amerimark Bank Trust 00-502** | **7/5/2006** | **3734 S. 58th Ave**<br>**Cicero, IL**<br>**$184,900.00**<br>**Buyer: Carolina Hurtado** |
| **Amerimark Bank Trust 04-543** | **12/1/2006** | **3839 Grand Ave**<br>**Western Springs, IL**<br>**$1,287,500.00**<br>**Buyer: Thomas Westercamp** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **LaSalle Bank Trust 910178** | **12/19/2006** | **1343 S. 50th Ave**<br>**Cicero, IL**<br>**$239,900.00**<br>**Buyer: Nancy Sanchez** |
| **Amerimark Bank Trust 04-543** | **1/16/2007** | **4745 Franklin**<br>**Western Springs, IL**<br>**$1,673,125.00**<br>**Buyer: Stephen J. & Megan H. Dragich** |
| **Amerimark Bank Trust 01-524** | **4/4/2007** | **3735 Highland**<br>**Berwyn, IL**<br>**$464,500.00**<br>**Buyer: Maria Hernandez** |
| **Amerimark Bank Trust 01-522** | **4/16/2007** | **1411 S. 56th Ct**<br>**Cicero, IL**<br>**$209,000.00**<br>**Buyer: Karen Swan** |
| **Amerimark Bank Trust 00-502** | **4/24/2007** | **1817 S. Clinton Ave**<br>**Berwyn, IL**<br>**$282,900.00**<br>**Buyer: Michael Aleckson** |
| **Amerimark Bank Trust 00-502** | **4/26/2007** | **5131 W. 23rd St**<br>**Cicero, IL**<br>**$214,900.00**<br>**Buyer: Roberto Martinez** |
| **Amerimark Bank Trust 00-502** | **5/4/2007** | **3637 S. 55th Ave**<br>**Cicero, IL**<br>**$229,300.00**<br>**Buyer: Saul Moreno & Nancy Garcia** |
| **Amerimark Bank Trust 00-500** | **6/13/2007** | **2636 DesPlaines Ave**<br>**No. Riverside, IL**<br>**$570,000.00**<br>**Buyer: US Bank Trust 8280** |
| **Amerimark Bank Trust 00-500** | **6/13/2007** | **2640 DesPlaines Ave**<br>**No. Riverside, IL**<br>**$570,000.00**<br>**Buyer: US Bank Trust 8290** |
| **Amerimark Bank Trust 00-500** | **7/18/2007** | **2628-32 DesPlaines Ave**<br>**No. Riverside, IL**<br>**$840,000.00**<br>**Buyer: US Bank Trust 8300** |
| **Amerimark Bank Trust 01-524** | **7/23/2007** | **2424 Wesley**<br>**Berwyn, IL**<br>**$250,000.00**<br>**Buyer: Onofre Sanchez & Elisa Sanchez** |
| **Amerimark Bank Trust 00-502** | **9/18/2007** | **3946 S. Clinton Ave**<br>**Stickney, IL**<br>**$245,000.00**<br>**Buyer: Natalie Velazquez** |
| **Amerimark Bank Trust 00-502** | **10/31/2007** | **2511 S. Highland Ave**<br>**Berwyn, IL**<br>**$275,000.00**<br>**Buyer: Carlos E. Rivera & Carols G. Rivera** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Amerimark Bank Trust 00-502** | **12/7/2007** | **2519 Hainsworth Ave**<br>**No. Riverside, IL**<br>**$269,500.00**<br>**Buyer: Nicholas Sourbis** |
| **Amerimark Bank Trust 01-524** | **1/18/2008** | **1223 Elmwood, Unit 2**<br>**Berwyn, IL**<br>**$239,900.00**<br>**Buyer: Sarah Frederking** |
| **Amerimark Bank Trust 01-524** | **3/4/2008** | **1223-25 Elmwoodd, Unit G**<br>**Berwyn, IL**<br>**$137,000.00**<br>**Buyer: Brande Massey** |
| **Amerimark Bank Trust 01-524** | **3/10/2008** | **3731 Highland**<br>**Berwyn, IL**<br>**$247,320.00**<br>**Buyer: Robert & Lucia Hoelbl** |
| **Amerimark Bank Trust 01-524** | **5/21/2008** | **1223-25 Elmwood, Unit 1**<br>**Berwyn, IL**<br>**$164,000.00**<br>**Buyer: Rosa E. Isais** |
| **Amerimark Bank Trust 00-502** | **6/2/2008** | **3807 S. Wesley Ave**<br>**Berwyn, IL**<br>**$159,250.00**<br>**Buyer: Martin Garcia** |
| **Amerimark Bank Trust 00-502** | **7/1/2008** | **3515 S. 59th Ct**<br>**Cicero, IL**<br>**$230,000.00**<br>**Buyer: Edwin & Jacqueline Melendez** |
| **Amerimark Bank Trust 01-524** | **8/1/2008** | **3515 Lombard**<br>**Cicero, IL**<br>**$235,000.00**<br>**Buyer: Antonio Roman & Michelle Barrios-Roman** |
| **Amerimark Bank Trust 01-522** | **9/3/2008** | **6944 W. 29th St**<br>**Berwyn, IL**<br>**$275,000.00**<br>**Buyer: Richard & Lupe Arevalo** |
| **Amerimark Bank Trust 01-522** | **11/21/2008** | **2809 Wisconsin**<br>**Berwyn, IL**<br>**$289,900.00**<br>**Buyer: Audrey H. & Anthony R. Gerdt** |
| **Amerimark Bank Trust 01-522** | **5/29/2009** | **2415 S. Gunderson Ave**<br>**Berwyn, IL**<br>**$179,900.00**<br>**Buyer: Jorge Gonzalez** |
| **Amerimark Bank Trust 00-502** | **8/7/2009** | **3536 S. Gunderson Ave**<br>**Berwyn, IL**<br>**$217,000.00**<br>**Buyer: Raul Moreno** |
| **Amerimark Bank Trust 00-502** | **9/25/2009** | **6421 W. 27th Pl**<br>**Berwyn, IL**<br>**$191,000.00**<br>**Buyer: Jolene Altman** |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Amerimark Bank Trust 01-522** | **12/22/2009** | **3600 S. Clarence Ave**<br>**Berwyn, IL**<br>**$260,000.00**<br>**Buyer: Danny Kladis & Mary Rozos** |
| **Chicago Title Land Trust 980135** | **3/17/2010** | **7860-7900 Ogden Avenue**<br>**Lyons, IL**<br>**$10.00**<br>**Buyer:  Elgin State Bank** |
| **Inland Bank Trust 01-524** | **3/25/2010** | **6527 W. 26th Place**<br>**Berwyn, IL**<br>**$10.00**<br>**Buyer:  Elgin State Bank** |
| **Inland Bank Trust 00-500** | **3/25/2010** | **2900 Colorado**<br>**Joliet, IL**<br>**$10.00**<br>**Buyer:  Chicago Title Land Trust Co. Trust 7002354672** |
| **Inland Bank Trust 04-541** | **3/25/2010** | **3057 Harlem**<br>**Berwyn, IL**<br>**$10.00**<br>**Buyer:  Elgin State Bank** |

---

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Bank** | **(J) Checking**<br>**(. . . 9957)** | **February 2009** |
| **Fifth Third Bank** | **(H) Checking**<br>**(. . . 3986)** | **March 2009** |
| **National City** | **(W) Checking**<br>**(. . . 7054)** | **April 2009** |
| **Fifth Third Bank** | **(W) CD**<br>**(. . . 9220)** | **February 2009** |
| **World Equity Group Inc.** | **(W) Brokerage Account**<br>**(. . . 4298)** | **March 2009** |
| **Inland Bank** | **(J) Checking (. . . 9631)** | **March 2009** |
| **George Washington Bank** | **(J) Checking (. . . 8856)** | **March 2009** |
| **Elgin State Bank** | **(H) Savings (. . . 1009)** | **March 2009** |

### 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **National City Bank** | **Denise Pav** <br> **Phillip Lombardo** | **Significant papers only** | |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Serena A. Pav, minor** <br> **14144 131st Street** <br> **Lemont, IL 60439** | **20% beneficial interest in Chicago Land Title Trust #8105 by Denise Pav** | **Timberline & West Avenue** <br> **Lemont, IL** |
| **Serena A. Pav, minor** <br> **14144 131st Street** <br> **Lemont, IL 60439** | **20% beneficial interest in Chicago Land Title Trust #8105 by Denise Pav** | **16453 127th Street** <br> **Lemont, IL** |
| **Serena A. Pav, minor** <br> **14144 131st Street** <br> **Lemont, IL 60439** | **5% beneficial interest in Marquette Bank Trust #15819 by Joseph Pav** | **23541 S. Center Road** <br> **Frankfort, IL** |
| **Serena A. Pav, minor** <br> **14144 131st Street** <br> **Lemont, IL 60439** | **5% beneficial interest in Marquette Bank Trust #14800 by Joseph Pav** | **104th & Stunkel** <br> **Green Gardens Township** |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Pav Realty, Inc.** | 36-3037913 | | **Real Estate** | **1979 to present** |
| **Midwest Property Management** | 36-3491816 | | **Property management** | **1979 to present** |
| **Riverside Trails** | 36-4270458 | | **Real Estate** | **1998 to present** |
| **Pav Custom Builders, LLC** | 14-1880499 | | **Construction** | **2004 to present** |

30

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Colorado Investment Partners, LLC.** | **26-0735868** | **2900 Colorado Avenue Joliet, IL 60435** | **Property management** | **2007 to present** |

None
☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **Colorado Investment Partners, LLC.** | **2900 Colorado Avenue Joliet, IL 60435** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **A.R. Petska & Associates Oak Brook, IL** | **1978 to present** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Inland Bank 5456 S. LaGrange Road La Grange, IL 60525** | **4/23/2008** |
| **Elgin State Bank** | |
| **Citizens Community Bank 3322 S. Oak Park Ave Berwyn, IL 60402** | **4/23/2008** |
| **MB Financial Bank** | **6/10/2008** |
| **Private Bank** | **9/8/2008** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Choice Bancshares**<br>**2401 Plum Grove Rd, Suite 122**<br>**Palatine, IL 60067** | **9/11/2008** |
| **Inland Bank**<br>**5456 S. LaGrange Road**<br>**La Grange, IL 60525** | **12/19/2008** |
| **Citizens Financial Bank** | **1/21/2009** |
| **MB Financial Bank** | **1/26/2009** |
| **MB Financial Bank** | **9/16/2009** |
| **Citizens Financial Bank** | **11/18/2009** |
| **Inland Bank**<br>**5456 S. LaGrange Road**<br>**La Grange, IL 60525** | **11/23/2009** |
| **Family Federal Savings Bank** | **11/24/2009** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April  6, 2010**                    Signature    **/s/ Joseph J Pav**
                                                          **Joseph J Pav**
                                                          Debtor


Date  **April  6, 2010**                    Signature    **/s/ Denise A Pav**
                                                          **Denise A Pav**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Joseph J Pav**
**Denise A Pav**
_____
Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**George Washington Savings Bank** | **Describe Property Securing Debt:**<br>**1st mortgage**<br>**14144 131st Street**<br>**Lemont, IL  60439** |

Property will be (check one):
☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt              ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**George Washington Savings Bank** | **Describe Property Securing Debt:**<br>**2nd mortgage**<br>**14144 131st Street**<br>**Lemont, IL  60439** |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April  6, 2010** _____        Signature   **/s/ Joseph J Pav** _____
                                                              **Joseph J Pav**
                                                              Debtor

Date  **April  6, 2010** _____        Signature   **/s/ Denise A Pav** _____
                                                              **Denise A Pav**
                                                              Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Joseph J Pav**
**Denise A Pav**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................   $ _____ **4,699.00**

Prior to the filing of this statement I have received ........................   $ _____ **4,699.00**

Balance Due ...................................................................................   $ _____ **0.00**

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April  6, 2010** _____

**/s/ Robert R. Benjamin**
**Robert R. Benjamin 0170429**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000   Fax: (312)540-0578**
**rbenjamin@querrey.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy
Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes
briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of
bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General
may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an
attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that
you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in
your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists
the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed
from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse
receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy
relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and
provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The
briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be
provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The
clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a
joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management
instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management
instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose
debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to
proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases,
the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court
dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take
possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have
committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the
purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be
responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement
obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your
bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated
from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and
malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee,
### $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

| In re | **Joseph J Pav** | | |
|---|---|---|---|
| | **Denise A Pav** | Case No. | |
| | Debtor(s) | Chapter | **7** |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Joseph J Pav**
**Denise A Pav**                                          X  **/s/ Joseph J Pav**                    **April 6, 2010**

Printed Name(s) of Debtor(s)                          Signature of Debtor              Date

Case No. (if known) _____          X  **/s/ Denise A Pav**                    **April 6, 2010**

                                                       Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph J Pav**
       **Denise A Pav**            Case No. _____

                   Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **369**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 6, 2010**          **/s/ Joseph J Pav**
                                  **Joseph J Pav**
                                  Signature of Debtor

Date:   **April 6, 2010**          **/s/ Denise A Pav**
                                  **Denise A Pav**
                                  Signature of Debtor

A1 Credit Corp
101 Hudson Street
35th Floor
Jersey City, NJ 07302


Accurate Irrigation, Inc
17031 Ozark Ave
Tinley Park, IL 60477


Adeline Stejskal Living Trust
c/o Mildred Baskiewicz
6627 Sheffield Lane
Willowbrook, IL 60521


Adventist Hinsdale Hosp
P.O. Box 9247
Oak Brook, IL 60522-9247


Adventist LaGrange Hosp
P.O. Box 9234
Oak Brook, IL 60522-9234


Advocate Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673


Algor Plumbing & Heating
5220 W Cermak Rd
Cicero, IL 60804


Allen & Josephine Hoard
929 Portsmouth
Westchester, IL


Allen & Josephine Hoard
929 Portsmouth
Westchester, IL 60154


Amanda Coleman
6624 W. Pershing Road
Unit #2
Berwyn, IL 60402

Amanda Coleman
6624 W. Pershing Rd, Unit 2
Berwyn, IL 60402


American Express
Box 0001
Los Angeles, CA 90096-8000


American General Life Insurance Co
P.O. Box 4880
Houston, TX 77210-4880


American Marine of Delavan
P.O. Box 102
Delavan, WI 53115


American Telephone & Data
P. O. Box 649
Wheaton, IL 60189-0649


Amerimark Bank Trust # 00-502
5456 S. LaGrange Road
La Grange, IL 60525


Amerimark Bank Trust #04-541
6447 W. Cermak Road
Berwyn, IL 60402


Anais Soto & Adalberto Nova
3218 S. 49th Ave.
Unit #1R
Cicero, IL 60804


Anais Soto & Adalberto Nova
3218 S. 49th Ave, Unit 1R
Cicero, IL 60804


Andrew & Shirley A. Jendrusiak
3562 San Carlos Drive
Saint James City, FL 33956


Angel Custodio
5731 W. 21st Street, Unit 2E
Cicero, IL 60804

Angelina Anzures
3043 Elm Street, Unit #3S
River Grove, IL 60171

Anne Butler
6525 Stanley Ave.
Unit #A
Berwyn, IL 60402

Anne Butler
6525 Stanley Ave, Unit A
Berwyn, IL 60402

Antonio Rainy & Courtney Cox
3043 Elm Street, Unit #3N
River Grove, IL 60171

Aretha Samuels
2103 S. Kenilworth Ave.
Unit #G
Berwyn, IL 60402

Aretha Samuels
2103 S. Kenilworth Ave, Unit G
Berwyn, IL 60402

Arlene Lencioni
6513 W. 33rd Street
Berwyn, IL 60402

Armando Perez Martinez
3244 S. Oak Park Ave.
Unit #9
Berwyn, IL 60402

Armando Perez Martinez
3244 S. Oak Park Ave, Unit 9
Berwyn, IL 60402

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001


Bank of America
135 S. LaSalle
Chicago, IL 60603


Bethena & Thaddus Johnson
2532 S. Grove Ave.
Unit #1
Berwyn, IL 60402


Bethena & Thaddus Johnson
2532 S. Grove Ave, Unit 1
Berwyn, IL 60402


Betty Day & Tahisha Morris
2402 S. Clarence Ave.
Unit #7
Berwyn, IL 60402


Betty Day & Tahisha Morris
2402 S. Clarence Ave, Unit 7
Berwyn, IL 60402


Bolt Scavenger Svc
5819 W Ogden Ave
Cicero, IL 60804


Bonnie Carlson & Fred Galluzzi
1344 S. Austin Blvd, #GW
Cicero, IL 60804


Brenda Dale
2324 S. Cuyler Ave.
Unit #1
Berwyn, IL 60402


Brenda Dale
2324 S. Cuyler Ave, Unit 1
Berwyn, IL 60402

Brenda Guerrero & Jimmy Casillas
2402 S. Clarence Ave.
Unit #3
Berwyn, IL 60402


Brenda Guerrero & Jimmy Casillas
2402 S. Clarence Ave, Unit 3
Berwyn, IL 60402


Brian Redmon
2409 S. Clarence Ave
Berwyn, IL 60402


Brian Shelton
4412 S. Grove Ave.
Stickney, IL 60402


Brian Wisner
6622 W. Pershing Road
Berwyn, IL 60402


Brian Wisner
6622 W. Pershing Rd
Berwyn, IL 60402


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Carlos Ponton
6447 W. Cermak Rd
Berwyn, IL 60402


Carmen Morales
4816 W. 24th St.
Unit #2
Cicero, IL 60804


Carmen Morales
4816 W. 24th St, Unit 2
Cicero, IL 60804


Carole Norton
1809 S. Kenilworth Ave
Berwyn, IL 60402

Charles & Michelle Queen
4325 S. Clinton Ave.
Stickney, IL 60402

Charles & Michelle Queen
4325 S. Clinton Ave
Berwyn, IL 60402

Charles Leonardi & Dan Goldman
3055 Elm Street, Unit 1S
River Grove, IL 60171

Charles M. Niedrich
7890 W. Ogden Avenue
#1D
Lyons, IL 60534

Charles M. Niedrich
7890 W. Ogden Ave, Unit 1D
Lyons, IL 60534

Charlie & Brandy Guy
2412 S. Euclid Ave
Berwyn, IL 60402

Charlotte Williams
4851 W. 28th St Unit 2R
Cicero, IL 60804

Charter One
1215 Superior Avenue
Cleveland, OH 44114

Chicago Sun Times Circulation
c/o Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188

Chicago SunTimes, Inc.
P.O. Box 1003
Tinley Park, IL 60477

Chicago Title Land Trust
171 N Clark St
Ste 575
Chicago, IL 60601


Chimere Finley
3244 S. Oak Park Ave.
Unit #6
Berwyn, IL 60402


Chimere Finley
3244 S. Oak Park Ave, Unit 6
Berwyn, IL 60402


Christopher B. Lega
Riemer & Braunstein LLP
71 South Wacker Drive, Suite 3515
Chicago, IL 60606


Christy Faulkner
3716 S. Euclid Ave
Berwyn, IL 60402


Chuck Tomas
P.O. Box 3079
Friday Harbor, WA 98250


CIT Tech Financing
% McCarthy,Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146


Citi
P.O. Box 22060
Tempe, AZ 85285-2060


Citi
P.O. Box 183041
Columbus, OH 43218-3041


Citizens Bank
PO Box 1029
Hammond, IN 46320

Citizens Community Bank
3322 S. Oak Park Avenue
Berwyn, IL 60402


Citizens Financial Bank
P.O. Box 1029
Hammond, IN 46320


City of Berwyn
6700 W 26th St
Berwyn, IL 60402


City of Berwyn
City Hall, Main Lobby
6700 West 26th Street
Berwyn, IL 60402


City of Berwyn
Attn: Mary K. DelMedico
6700 W 26th St
Berwyn, IL 60402


Claribel Miranda & Jon Jay Lewis
2218 S. Oak Park Ave.
Unit #G
Berwyn, IL 60402


Claribel Miranda/Jonathan Jay Lewis
2218 S. Oak Park Ave, Unit G
Berwyn, IL 60402


Claudia & Jesus Hernandez
3206 S. 52nd Ct.
Unit #1R
Cicero, IL 60804


Claudia & Jesus Hernandez
3206 S. 52nd Ct, Unit 1R
Cicero, IL 60804


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

ComEd
PO Box 6111
Carol Stream, IL 60197


Constance Ptak
c/o Wolin, Kelter & Rosen, Ltd.
55 W. Monrose St., Ste. 3600
Chicago, IL 60603


Cornelious McDade & Nicole Neeley
3244 S. Oak Park Ave.
Unit #2
Berwyn, IL 60402


Cornelious McDade & Nicole Neeley
3244 S. Oak Park Ave, Unit 2
Berwyn, IL 60402


Crystal Robinson & James Reeder
1821 S. Harlem Ave.
Unit #2W
Berwyn, IL 60402


Cynthia Meza & Rudy Parra
1821 S. Harlem Ave.
Unit #1E
Berwyn, IL 60402


Cynthia Meza & Rudy Parra
1821 S. Harlem Ave, Unit 1E
Berwyn, IL 60402


Cyrstal Robinson & James Reeder
1821 S. Harlem Ave Unit 2W
Berwyn, IL 60402


Dalia Flores
1234 S. Grove Ave #G
Berwyn, IL 60402


Danush Sukie
3206 S. 52nd Ct.
Unit #1F
Cicero, IL 60804

Danush Sukie
3206 S. 52nd Ct, Unit 1F
Cicero, IL 60804


David & Linda Skupien
3436 S. Grove Ave
Berwyn, IL 60402


David Anderson & Tiffany Gibson
1813 S. Clinton Ave.
Berwyn, IL 60402


David Anderson & Tiffany Gibson
1813 S. Clinton Ave
Berwyn, IL 60402


David Mayer
3244 S. Oak Park Ave.
Unit #4
Berwyn, IL 60402


David Meyer
3244 S. Oak Park Ave, Unti 4
Berwyn, IL 60402


Davinia Barnes
1344 S. Austin Blvd, Unite 1E
Cicero, IL 60804


Debra Jaros
3051 Elm Street, Unit 3N
River Grove, IL 60171


Deloise&Claudell Britt/Mary Edwards
2419 S. Clarence Ave
Berwyn, IL 60402


Diana & Stephany James
6446 W. 18th St, Unit 2E
Berwyn, IL 60402


Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Disposal Waste Svcs
6201 W Canal Bank Rd
P.O. Box 164059
Forest View, IL 60402


Dominion Retail
% CBCS 24
P.O. Box 164059
Columbus, OH 43216-4059


Doris J. Moore Faust
1415 S. Clarence Ave.
Berwyn, IL 60402


Doris J. Moore Faust
1415 S. Clarence Ave
Berwyn, IL 60402


Dorothy & Gregory Smylie
1817 S. Kenilworth Ave., Unit #2
Berwyn, IL 60402


Dorothy, Johnnie & Melvin Smith
1929 S. Central Ave
Cicero, IL 60804


Dr. Leslie Braun
P.O. Box 501
Vermillon Bay, ON P0V 2V0
CANADA


Ea Stewart & Robert Yound
2324 S. Cuyler Ave.
Unit #2
Berwyn, IL 60402


Ea Stewart & Robert Young
2324 S. Cuyler Ave, Unit 2
Berwyn, IL 60402


Eboni Presswood & Courtney Hendrix
1811 S. Clinton Ave.
Berwyn, IL 60402

Eboni Presswood & Courtney Hendrix
1811 S. Clinton Ave
Berwyn, IL 60402


Edward Caro
912 S. Lyman Ave.
Oak Park, IL 60304


Edwinita Allan/Kristopher Williams
3244 S. Oak Park Ave, Unit 1
Berwyn, IL 60402


Edwinita Allen
Kristopher Williams
3244 S. Oak Park Ave., Unit #1
Berwyn, IL 60402


Elgin State Bank
c/o Bazos Freeman Kramer Schuster
1250 Larkin Ave., Ste. 100
Elgin, IL 60123


Elgin State Bank
1001 S. Randall Road
Elgin, IL 60123


Elgin State Bank
1001 S Randall Rd
Elgin, IL 60123-0541


Eliseo & Cecilia Lopez
3243 S. Austin Blvd.
Cicero, IL 60804


Eliza Quinones
3047 Elm Street, Unit 2N
River Grove, IL 60171


Elizabeth Zambrano
3540 S. 53rd Ct, Unit 2
Cicero, IL 60804

Erika McDaniel
1218 S. Ridgeland Ave
Unit #1
Berwyn, IL 60402


Erika McDaniel
1218 S. Ridgeland Ave, Unit 1
Berwyn, IL 60402


Ernesto Mejia
3055 Elm Street, Unit 3S
River Grove, IL 60171


Esperanza & Daniel Rodriguez
6542 Fairfield Ave
Berwyn, IL 60402


Essie Boatman & Joanne Berry
2710 S. Highland Ave.
Berwyn, IL 60402


Essie Boatman & Joanne Berry
2710 S. Highland Ave
Berwyn, IL 60402


Eva Colon & Francisco Aguilar
3334 S. 57th Avenue
Cicero, IL 60804


Family Federal Savings of Illinois
c/o Gomberg Sharfman Gold & Ostler
208 S. LaSalle St., #1410
Chicago, IL 60604


Family Federal Savings of Illinois
5225 W. 25th Street
Cicero, IL 60804


Fayneshia Dale
2218 S. Oak Park Ave.
Unit #1F
Berwyn, IL 60402

Fayneshia Dale
2218 S. Oak Park Ave, Unit 1F
Berwyn, IL 60402


Fifth Third Bank
346 W. Carol Lane
Elmhurst, IL 60126


Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274-0789


Fifth Third Bank
346 W. Carol Ln
MDGOPS11
Elmhurst, IL 60126


Fifth Third Bank
c/o Crowley Barrett & Karaba
20 S Clark St., Ste. 2310
Chicago, IL 60603


Fifth Third Bank
640 Pasquinelli Drive
Suite 200
Westmont, IL 60559


Figatner-Scott Co
6217 W Cermak Rd
Berwyn, IL 60402


First Arm Investment Group Inc.
c/o Leon Zelechowski, Ltd.
111 W Washington, Ste. 1051
Chicago, IL 60602


First Insurance Funding Corp.
PO Box 66468
Chicago, IL 60666


Garfield & Merel, Ltd
Two Prudential Plaza
180 N Stetson Ave #1300
Chicago, IL 60661

George Pieper & Phyllis Rosell
3250 S. Kenilworth Ave.
Berwyn, IL 60402

George Washington Savings Bank
10240 S. Cicero Avenue
Oak Lawn, IL 60453

Gomberg Sharfman Gold & Ostler, PC
208 S. LaSalle Street
#1410
Chicago, IL 60604

Gregory Gordon
2324 S. Cuyler Ave.
Unit #G
Berwyn, IL 60402

Gregory Gordon
2324 S. Cuyler Ave, Unit G
Berwyn, IL 60402

Gregory McKeithen
6525 Stanley Ave.
Unit #E
Berwyn, IL 60402

Gregory McKeithen
6525 Stanley Ave, Unit E
Berwyn, IL 60402

Grisella Rodriguez
3051 Elm Street, Unit 2S
River Grove, IL 60171

Groot
P.O. Box 92257
Elk Grove Village, IL 60009

H.H. Holmes Testing Labs
170 Shepard Ave
Attn: Todd Nelson
Wheeling, IL 60090

Haikila Johnson
1817 S. Kenilworth Ave, Unit #1
Berwyn, IL 60402


HSBC Business
P.O. Box 5219
Carol Stream, IL 60197-5219


Humberto Diaz
6525 Stanley Ave.
Unit #D
Berwyn, IL 60402


Humberto Diaz
6525 Stanley Ave, Unit D
Berwyn, IL 60402


Inland Bank
5456 S. LaGrange Road
La Grange, IL 60525


Inland Bank
305 W. St. Charles Road
Villa Park, IL 60181


Inland Bank
305 W St. Charles Rd
Villa Park, IL 60181


Inland Bank
5456 S. LaGrange Rd
Countryside, IL 60525


Inland Bank & Trust #00-502
2805 Butterfield Road
Suite 200
Oak Brook, IL 60523


Inland Bank & Trust fka AmeriMark
c/o Latimer LeVay Jurasek LLC
55 W Monroe St., Ste. 1100
Chicago, IL 60603

```
Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0030


Iris Perez
3244 S. Oak Park Ave.
Unit #3
Berwyn, IL 60402


Iris Perez
3244 S. Oak Park Ave, Unit 3
Berwyn, IL 60402


J. Steven Butkus, Esq.
Guerard, Kalina & Butkus
100 W. Roosevelt Road, Suite A-1
Wheaton, IL 60187


Jermeka Neil
6446 W. 18th St, Unit 1W
Berwyn, IL 60402


Jocquin Henderson
3244 S. Oak Park Ave.
Unit #5
Berwyn, IL 60402


Jocquin Henderson
3244 S. Oak Park Ave, Unit 5
Berwyn, IL 60402


Joe Luis Cortes & Linda Morales
4816 W. 24th St, Unit 1
Cicero, IL 60804


John Kuri
6447 W. Cermak Rd
Berwyn, IL 60402


Jorge & Rose Vasquez
1912 S. 61st Ave.
60804
```

Jorge & Rose Vasquez
1912 S. 61st Ave
Cicero, IL 60804


Jose & Rafailla Jiminez
2402 S. Clarence Ave.
Unit #4
Berwyn, IL 60402


Jose & Rafailla Jiminez
2402 S. Clarence Ave, Unit 4
Berwyn, IL 60402


Jose Luis Cortes & Linda Morales
4816 W. 24th St.
Unit #1
Berwyn, IL 60402


Josefina Arenas & David Mondragon
3244 S. Oak Park Ave.
Unit #8
Berwyn, IL 60402


Josefina Arenas & David Mondragon
3244 S. Oak Park Ave, Unit 8
Berwyn, IL 60402


Joseph R. Pav
3951 Forest Avenue
Western Springs, IL 60558


Joseph T. Selbka & Lydia R. Selbka
c/o Law Offices Joseph P. Selbka
53 W. Jackson Blvd., Ste. 1118
Chicago, IL 60604


Josephine Lampignano
3043-55 Elm Street
River Grove, IL 60171


Juan Torres
3043 Elm Street, Unit #2S
River Grove, IL 60171

Juliana Garcia
1833 S. Euclid Ave.
Berwyn, IL 60402

Juliana Garcia
1833 S. Euclid Ave
Berwyn, IL 60402

Julie M. Pav
925 W. 58th Street
La Grange, IL 60525

Kareem & Alberta Neal
4851 W. 28th St (Front House)
Cicero, IL 60804

Karen Cloutier
3601 S. Wesley Ave, Unit 2
Berwyn, IL 60402

Karl Snow
3043 Elm Street, Unit #1N
River Grove, IL 60171

Kathleen Lydon
1713 Winger Drive
Plainfield, IL 60544

Kathy Magda
3055 Elm Street, Unit 2N
River Grove, IL 60171

Kendra Sanders
2218 S. Oak Park Ave.
Unit #2R
Berwyn, IL 60402

Kendra Sanders
2218 S. Oak Park Ave, Unit 2R
Berwyn, IL 60402

Kennetta & Saifu Carter
6446 W. 18th St, Unit 2W
Berwyn, IL 60402

Kimberly A. Rooney
c/o Wolin, Kelter & Rosen, Ltd.
55 W. Monrose St., Ste. 3600
Chicago, IL 60603


Kimberly A. Rooney, et al.
c/o Wolin Kelter & Rosen Ltd.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603


Konica Minolta
100 Williams Dr
Ramsey, NJ 07446


Kristopher Kowal
16453 127th Street
Lemont, IL 60439


Lakysha Payton
5731 W. 21st Street, Unit 1W
Cicero, IL 60804


Laticia Jackson
2402 S. Clarence Ave.
Unit #5
Berwyn, IL 60402


Laticia Jackson
2402 S. Clarence Ave, Unit 5
Berwyn, IL 60402


Latonya Smith
6525 Stanley Ave.
Unit #F
Berwyn, IL 60402


Latonya Smith
6525 Stanley Ave, Unit F
Berwyn, IL 60402


LaVera Taylor & George Smith
1821 S. Harlem Ave.
Unit #1W
Berwyn, IL 60402

LaVera Taylor & George Smith
1821 S. Harlem Ave, unit 1W
Berwyn, IL 60402


Laverne Bernal
5731 W. 21st Street, Unit 1E
Cicero, IL 60804


Law Office of Jack H. Rottner
PO Box 10417
Chicago, IL 60610


Law Offices of M.H. Cohon
PO Box 636
Morton Grove, IL 60053


LeShawn & Sylvester Martin
2343 East Ave
Berwyn, IL 60402


Lluvia Ramirez
3332 S 60th Court
Cicero, IL 60804


Luis & Gloria Patron/Cheryl Arnette
3218 S. 49th Ave.
Unit #1 & #2
Cicero, IL 60804


Luis & Gloria Patron/Cheryl Arnette
3218 S. 49th Ave, Unit 1&2
Cicero, IL 60804


Luis Rodriguez
2716 S Ridgeland Ave Apt #7
Berwyn, IL 60402


Lynn & Walter Hoenisch
4128 S. Gunderson Ave
Berwyn, IL 60402


Macias
3047 Elm Street, Unit #1N
River Grove, IL 60171

Majestic Condo Asso
% Mastercare Bldg Svcs.
41 Chicago Ave.
Oak Park, IL 60302


Marchello & Stacy Cole
1411 S. Cuyler Ave., Unit #2
Berwyn, IL 60402


Marco A. Sanchez
1838 S. Clinton Ave.
Berwyn, IL 60402


Margareta Guzman
3055 Elm Street, Unit 2S
River Grove, IL 60171


Maria & Joe Gomez
2524 S. Kenilworth Ave
Berwyn, IL 60402


Maria Estrada
c/o Steven J. Critz
221 N. LaSalle St., Ste. 2006
Chicago, IL 60601


Maria Medina
3051 Elm Street, Unit 1S
River Grove, IL 60171


Marquette Bank
6155 S Pulaski Rd
Chicago, IL 60629


Martha Quintero & Antonio Vega
2103 S. Kenilworth Ave.
Unit #2
Berwyn, IL 60402


Martha Quintero & Antonio Vega
2103 S. Kenilworth Ave, Unit 2
Berwyn, IL 60402

Martha Webber
6446 W 18th Street, Unit G
Berwyn, IL 60402

Martin Luter & Victor Luter
2218 S. Oak Park Ave, Unit 1R
Berwyn, IL 60402

Master Elevator Co
7255 N Harlem Ave
Niles, IL 60714

Matthew J. Conti
218 N Jefferson St
Ste 400
Chicago, IL 60661

MB Financial
475 E. 162nd Street
South Holland, IL 60473

MB Financial Bank
475 E. 162nd Street
South Holland, IL 60473

Melinda Cordero & Jose Torres
1218 S. Ridgeland Ave.
Unit #1
Berwyn, IL 60402

Melinda Cordero & Jose Torres
1218 S. Ridgeland Ave, Unit 1
Berwyn, IL 60402

Melvin Malden
1715 S. 2nd Ave
Maywood, IL 60153

Michael Franklin
408 Garden Terrace
Shorewood, IL 60404

Michael Johnson
6525 Stanley Ave.
Unit #H
Berwyn, IL 60402


Michael Johnson
6525 Stanley Ave, Unit H
Berwyn, IL 60402


Michael Reed & Elishia Teague
2524 S. 58th Court
Unit #2
Cicero, IL 60804


Michael Reed & Elishia Teague
2524 S. 58th Ct, Unit 2
Cicero, IL 60804


Michelle Bright
3055 Elm Street, Unit 3N
River Grove, IL 60171


Michelle Hubbard
1344 S. Austin Blvd, Unite #2E
Cicero, IL 60804


Michelle Sinn & Scott Yordy
3225 S. 54th Ave (Rear House)
Cicero, IL 60804


Middlesex Mutual Assurance Company
PO Box 981035
Boston, MA 02298


Midwest Digestive Disease Speclsts
360 W. Butterfield Road
Suite 280
Elmhurst, IL 60126


Milton Luter & Victor Luter
2218 S. Oak Park Ave.
Unit #1R
Berwyn, IL 60402

Monica Dotson
2830 S. 51st Ave.
Unit #2
Cicero, IL 60804


Monica Dotson
2830 S. 51st Ave, Unit 2
Cicero, IL 60804


Myrna & Francisco Fisher
2630 S. 61st Ave
Cicero, IL 60804


Nancy Diaz & Victor Hernandez
3244 S. Oak Park Ave.
Unit #10
Berwyn, IL 60402


Nancy Diaz & Victor Hernandez
3244 S. Oak Park Ave, Unit 10
Berwyn, IL 60402


National City
P.O. Box 856177
Louisville, KY 40285-6177


National City Bank
c/o Dana O'Brien, Pierce & Assoc
1 N. Dearborn, Suite 1300
Chicago, IL 60602


National City Bank
c/o Crowley & Lamb, P.C.
350 N. LaSalle St., Ste. 900
Chicago, IL 60654


National City Bank
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602


National City Bank
c/o Lydia Siu, Pierce & Assoc
1 N. Dearborn, Suite 1300
Chicago, IL 60602

NCO Group
P.O. Box 73521
Cleveland, OH 44193


Nicholas Friend & Valencia Coleman
1344 S. Austin Blvd, Unit 1W
Cicero, IL 60804


Nicole Ambrosia & Randy Reynolds
1515 East Ave
Berwyn, IL 60402


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Norma & Araceli Mondragon
4919 W. 29th Place
Cicero, IL 60804


Norma Pena & Juana Juarez
1930 S. Central Ave
Cicero, IL 60804


Pablo Lopez & Elbacia Perez
5041 W. 29th Place
Unit #1
Cicero, IL 60804


Pablo Lopez & Elbacia Perez
5041 W. 29th Place, Unit 1
Cicero, IL 60804


Paetec
P.O. Box 3177
Cedar Rapids, IA 62406-3177


Pamela Benson
2524 S. 58th Court
Unit #1
Cicero, IL 60804


Pamela Benson
2524 S. 58th Ct, Unit 1
Cicero, IL 60804

Park National Bank
P.O. Box 4000
Oak Park, IL 60303


Paulette Hawkins & Tia Jones
6446 W. 18th St., Unit 1E
Berwyn, IL 60402


Pav Realty Inc.
6447 West Cermak Road
Berwyn, IL 60402


Pav Realty, Inc.
6447 W. Cermak Road
Berwyn, IL 60402


Pedro & Elizabeth Guzman
2218 S. Oak Park Ave.
Unit #2F
Berwyn, IL 60402


Pedro & Elizabeth Guzman
2218 S. Oak Park Ave, Unit 2F
Berwyn, IL 60402


Phillip T. Lombardo
13870 Kit Lane
Lemont, IL 60439


PNC Mortgage
PO Box 533510
Atlanta, GA 30353


R & R Enterprises
15311 S. Corbin Street
Plainfield, IL 60544


Randall & Roslyn Matthews
3820 S. 58th Ave
Cicero, IL 60804


Randy & Kathy Pafford
3733 S. 52nd Ct (Rear House)
Cicero, IL 60804

Reinke Excavating, Inc
10 S 440 Drew Ave
Burr Ridge, IL 60527


Richard & Carmen LaBarbara
1411 S. Cuyler Ave, Unit #1
Berwyn, IL 60402


Richard Ramirez
3132 S. 55th Ct
Cicero, IL 60804


Rieff Schramm & Kanter
100 N. LaSalle St
23rd Floor
Chicago, IL 60602-2402


Roake & Assoc
% Teller Levit Silvertrust,PC
11 E Adams St
Chicago, IL 60603


Robert Garcia
3244 S. Oak Park Ave.
Store #1
Berwyn, IL 60402


Robert Garcia
3244 S. Oak Park Ave, Store 1
Berwyn, IL 60402


Robert Wakefield & Nicole Lemon
1600 S. Lombard Ave
Berwyn, IL 60402


Robin Bomicino
3051 Elm Street, Unit 3S
River Grove, IL 60171


Ron Crawford & Jennifer Gavrick
2216 S. Clinton Ave.
Berwyn, IL 60402

Ron Crawford & Jennifer Gavrick
2216 S. Clinton Ave
Berwyn, IL 60402


Ronald Burdick
7900 W. Ogden Avenue
#GB
Lyons, IL 60534


Ronald Burdick
7900 W. Ogden Ave, Unit GB
Lyons, IL 60534


Roque & Nadya Mondragon
5731 W 21st Street, Unit 2W
Cicero, IL 60804


Rosalina Garcia
3055 Elm Street, Unit 1N
River Grove, IL 60171


Rose Ann Buonicore
1243 S Euclid Ave
Berwyn, IL 60402


Rose White
1246 S. 57th Avenue
Unit #7
Cicero, IL 60804


Rose White
1246 S. 57th Ave, Unit 7
Cicero, IL 60804


Rose, Esther & Shirley Hester
2722 S. 59th Avenue
Cicero, IL 60804


Rosemary Snipes
1234 S Grove Ave #3
Berwyn, IL 60402


Ruben Mata
3225 S. 54th Avenue (Front House)
Cicero, IL 60804

Rudy Flores
3409 S. Cicero Avenue
Cicero, IL 60804


Sam Gialdini
4115 S. Harlem Ave
Berwyn, IL 60402


Sam Person


Samantha Bell & Walter Watkins
3540 S. 53rd Ct, Unit 1
Cicero, IL 60804


Samantha Neloms
2103 S. Kenilworth Ave.
Unit #1
Berwyn, IL 60402


Samantha Neloms
2103 S. Kenilworth Ave, Unit 1
Berwyn, IL 60402


Sandro Sanchez
1533 S. Laramie Ave.
Cicero, IL 60804


Sandro Sanchez
1533 S. Laramie Ave
Cicero, IL 60804


Scott Isitoro
6525 Stanley Ave.
Unit #C
Berwyn, IL 60402


Scott Isitoro
6525 Stanley Ave, Unit C
Berwyn, IL 60402


Sears Credit Cards
P.O. Box 183082
Columbus, OH 43218-3082

Selina Davenport
1821 S. Harlem Ave.
Unit #GE
Berwyn, IL 60402


Selina Davenport
1821 S. Harlem Ave, Unit GE
Berwyn, IL 60402


Serena A. Pav, a minor
14144 131st Street
Lemont, IL 60439


Sharese & Joanne Longmire
1324 S 57th Ave
Cicero, IL 60804


Sharonna Lavell Henderson
2402 S. Clarence Ave.
Unit #8
Berwyn, IL 60402


Sharonna Lavell Henderson
2402 S. Clarence Ave, Unit 8
Berwyn, IL 60402


Sherrise Webster
4851 W. 28th St, Unit 1R
Cicero, IL 60804


Sheryl A. Fyock
Latimer LeVay Jurasek LLC
55 W. Monroe St., Ste. 1100
Chicago, IL 60603


Smithereen
7400 N Melvina Ave
Niles, IL 60714-3908


Sovereign Bank
195 Montague Street
Brooklyn, NY 11201

State Fire Marshall
1035 Stevenson Dr
Springfield, IL 62703


Steve Converse & Maritza Zigumbo
3849 S. Oak Park Ave
Berwyn, IL 60402


Steven J. Pav
6045 Edgewood
La Grange, IL 60525


Sual Carrillo
3043 Elm Street, Unit #2N
River Grove, IL 60171


Suburban Life Pub.
1101 W 31st St
Ste 100
Downers Grove, IL 60515


Susana Olivares & Juan Valdez
3206 S. 52nd Ct.
Unit #2
Cicero, IL 60804


Susana Olivares & Juan Valdez
3206 S. 52nd Ct, Unit 2
Cicero, IL 60804


Sylvester J. Ptak
5717 W. 35th Street
Cicero, IL 60804


Sylvester J. Ptak & Lorraine Ptak
5717 W. 35th Street
Cicero, IL 60804


Tamara & Matthew Miles
John & Sandra Herrera
2532 S. Grove Ave., Unit #2
Berwyn, IL 60402

Tamara & Matthew Miles
John & Sandra Herrera
2532 S. Grove Ave, Unit 2
Berwyn, IL 60402


Tawanda Hudson
2402 S. Clarence Ave.
Unit #2
Berwyn, IL 60402


Tawanda Hudson
2402 S. Clarence Ave, Unit 2
Berwyn, IL 60402


Terrance Change
3244 S. Oak Park Ave.
Unit #7
Berwyn, IL 60402


Terrance Change
3244 S. Oak Park Ave, Unit 7
Berwyn, IL 60402


Terry & Anita McBeth/Lily Brown
1341 S 56th Ct
Cicero, IL 60804


TGI Mastercard
P.O. Box 183082
Columbus, OH 43218-3082


The Lannert Group, Inc.
215 Fulton St
Geneva, IL 60134


The Private Bank
70 West Madison
Suite 200
Chicago, IL 60602


The Private Bank
70 W Madison, Ste 200
Chicago, IL 60602

Thomas & Kathy Osika
6518 W. 26th Street
Berwyn, IL 60402

Tony Carillo
5041 W. 29th Place
Unit #2
Cicero, IL 60804

Tony Carillo
5041 W. 29th Place, Unit 2
Cicero, IL 60804

Tony Sanchez
3218 S. 49th Ave.
Unit #2R
Cicero, IL 60804

Tony Sanchez
3218 S. 49th Ave, Unit 2R
Cicero, IL 60804

Town of Cicero
4949 W Cermak Rd
Cicero, IL 60804

Town of Cicero
Bureau of Water & Sewerage
4949 W. Cermak Road
Cicero, IL 60804

Town of Cicero
Rodent Control Dept.
1342 S. 50th Ct.
Cicero, IL 60804

Tracy & Ibraham Omar/Cathy Lundry
6624 W. Pershing Road
Unit #1
Berwyn, IL 60402

Tracy & Ibraham Omar/Cathy Lundry
6624 W. Pershing Rd, Unit 1
Berwyn, IL 60402

```
U.S. Cellular
P.O. Box 7835
Madison, WI 53707


Veolia Svcs
4612 W Lake St
Melrose Park, IL 60160


Vernell Reeder & Zelma Reeder
1511 S. Elmwood Ave, Unit #1
Berwyn, IL 60402


Vicki Holman
1821 S. Harlem Ave.
Unit #2E
Berwyn, IL 60402


Vicki Holman
1821 S. Harlem Ave Unit 2E
Berwyn, IL 60402


Victor Spehar
6525 Stanley Ave.
Unit #B
Berwyn, IL 60402


Victor Spehar
6525 Stanley Ave, Unit B
Berwyn, IL 60402


Victoria Loyola & Donald Burnett
2402 S. Clarence Ave.
Unit #6
Berwyn, IL 60402


Victoria Loyola & Donald Burnett
2402 S. Clarence Ave, Unit 6
Berwyn, IL 60402


Village of Lyons
4200 Lawndale Ave
Lyons, IL 60534
```

Village of River Grove
2621 Thatcher
River Grove, IL 60171


Village of Stickney
6533 W. Pershing Rd
Stickney, IL 60402


Village of Westchester
10300 Roosevelt Rd
Westchester, IL 60154


Waste Management
1411 Opus Pl
Ste 400
Downers Grove, IL 60515


Wayne & Sandra Buturusis
1511 S. Elmwood Ave, Unit #G
Berwyn, IL 60402


William Jones
5045 W. 24th St.
#303
Cicero, IL 60804


Wolin Kelter & Rosen Ltd.
55 W. Monroe St., Ste. 3600
Chicago, IL 60603


Xochitl Marquez
2402 S. Clarence Ave.
Unit #9
Berwyn, IL 60402


Xochitl Marquez
2402 S. Clarence Ave, Unit 9
Berwyn, IL 60402


Yvette Moore & Philip Varnado
1344 S. Austin Blvd, Unit #2W
Cicero, IL 60804